**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Fair State Brewing Cooperative |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | dba GMST |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 32-0400422 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2075 Ellis Ave | |
| Number     Street | Number     Street |
| | P.O. Box |
| Saint Paul     MN   55114 | |
| City            State   ZIP Code | City            State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ramsey County | |
| County | Number     Street |
| | City            State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | fairstate.coop |
| 6. **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☑ Other. Specify:  Minnesota Cooperative Association |

Debtor   Fair State Brewing Cooperative _____   Case number (if known) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

312120__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                            MM / DD / YYYY

          District _____   When _____   Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

          District _____

          When _____
                MM  /  DD  / YYYY

          Case number, if known _____

| Debtor | Fair State Brewing Cooperative | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/13/2024
                  MM   / DD / YYYY

✘ /s/ D Evan Sallee                                         D Evan Sallee
Signature of authorized representative of debtor            Printed name

Title  CEO

| 18. **Signature of attorney** | ✘ /s/ Kenneth Edstrom | Date | 02/13/2024 |
|---|---|---|---|
| | Signature of attorney for debtor | | MM   / DD / YYYY |

Kenneth Edstrom
Printed name

Sapientia Law Group
Firm name

120 S 6th St Ste 100
Number        Street

Minneapolis                                    MN        55402
City                                           State     ZIP Code

612-756-7100                                   kene@sapientialaw.com
Contact phone                                  Email address

148696                                         MN
Bar number                                     State

Fair State Brewing Cooperative

Debtor _____    Case number *(if known)*_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

**Business**                                    2506A Central Ave NE  Minneapolis, MN
                                                55418, Hennepin County

**Fill in this information to identify the case:**

Debtor name ___Fair State Brewing Cooperative___

United States Bankruptcy Court for the: ___District of Minnesota___

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:     Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................   $ 6,101,388.78

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................   $ 6,101,388.78

---

**Part 2:     Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................   $ 2,458,869.20

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................   $ 137,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................   +$ 2,566,699.22

4. **Total liabilities**................................................................................   $ 5,162,568.42
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Fair State Brewing Cooperative

United States Bankruptcy Court for the: District of Minnesota

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bernick Family Hldg Co 2% Loan 1996 University Avenue<br><br>St. Paul, MN, 55104 | | Suppliers or Vendors | | | | 429,868.33 |
| 2 | CLRTY Company, Inc. 4570 Churchill Street, Suite 100 Shoreview, MN, 55126 | | Damages due to defective cans-in litigation | Disputed Unliquidated Contingent | | | 180,277.22 |
| 3 | IOU Central Inc. TownPark Lane, Suite 100<br><br>Kennesaw, GA, 30144 | | Suppliers or Vendors | | | | 174,396.25 |
| 4 | KLC 10729-A 43 Main St. SE<br><br>Minneapolis, MN, 55414 | | Suppliers or Vendors | | | | 150,000.00 |
| 5 | Wildpack Beverage 1301 Edison Hwy, Suite A-2<br><br>Baltimore, MD, 21213 | | Suppliers or Vendors | | | | 116,038.02 |
| 6 | Lagersmith 718 Pine St. W<br><br>Stillwater, MN, 55082 | | Suppliers or Vendors | | | | 115,420.05 |
| 7 | Yakima Chief - Hopunion LLC 306 Division Street<br><br>Yakima, WA, 98902 | | Suppliers or Vendors | | | | 80,949.60 |
| 8 | Iron Heart Canning Co Department 1050 PO Box 986500<br><br>Boston, MA, 2298 | | Suppliers or Vendors | | | | 70,553.73 |

Debtor    Fair State Brewing Cooperative
    Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CI MINN I-A LLC PO BOX 208390 Attn: Managing Agent Dallas, TX, 75320-8390 | | Rent | | | | 70,000.00 |
| 10 | Mitsubishi HC Capital America, Inc. 800 Connecticut Ave 4th Flr Norwalk, CT, 06854-1631 | | Suppliers or Vendors | | | | 67,605.51 |
| 11 | Hedway Capital, LLC 175 Jackson Blvd Ste 1000 Chicago, IL, 60604 | | | | | | 66,617.71 |
| 12 | Brook and Whittle (formally ILS) 4000 Hamilton Middletown Rd Hamilton, OH, 45011 | | Suppliers or Vendors | | | | 63,928.54 |
| 13 | Atlas Staffing Inc 189 7TH PLACE EAST St. Paul, MN, 55101 | | Suppliers or Vendors | | | | 63,400.68 |
| 14 | Chase Attn: Agent for Service of Process PO Box 6294 Carol Stream, IL, 60197-6294 | | Credit Card Debt | | | | 58,189.10 |
| 15 | Zuckerman-Honickman 191 South Gulph Road King of Prussia, PA, 19406 | | Suppliers or Vendors | | | | 56,474.42 |
| 16 | BSG PO Box 74769 Chicago, IL, 60694 | | Suppliers or Vendors | | | | 56,018.52 |
| 17 | Perfectly Dosed 6743 N artesian Ave Apt 2 Attn: Managing Agent Chicago, IL, 60645 | | Vendor | | | | 49,463.31 |
| 18 | Salo LLC PO BOX 1414 Minneapolis, MN, 55480-1414 | | Suppliers or Vendors | | | | 45,690.00 |
| 19 | Capital One Attn: Agent for Service of Process PO Box 30285 Salt Lake City, UT, 84130-0285 | | Credit Card Debt | | | | 41,060.00 |
| 20 | MicroStar PO Box 912392 Denver, CO, 80291 | | Suppliers or Vendors | | | | 40,046.42 |

**Fill in this information to identify the case:**

Debtor name ___Fair State Brewing Cooperative___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand** — $ 1,500.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Northeast Bank | Checking | 8 9 7 3 | $ 7,675.61 |
| 3.2. | Northeast Bank | Checking | 0 0 9 0 | $ 36,921.26 |

**4. Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 46,096.87

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor  Fair State Brewing Cooperative
Name _____    Case number (if known)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    419,661.46     –    0.00     = ........➜    $ 419,661.46
face amount         doubtful or uncollectible accounts

11b. Over 90 days old:    0.00     –    0.00     = ........➜    $ 0.00
face amount         doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 419,661.46

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor  Fair State Brewing Cooperative
_____    Case number (*if known*)_____
Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** See Schedule A/B Part 5, Question 21 Attachment | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | 1,049,661.04 $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ____ / __ / ____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,049,661.04

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value _____ Valuation method_____ Current value 1,049,661.04 _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   Fair State Brewing Cooperative _____   Case number *(if known)*_____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> See Schedule A/B Part 7, Question 39 Attachment | $ 46,353.28 | _____ | $ Unknown |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor   Fair State Brewing Cooperative
         Name

Case number (if known)_____

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 See Schedule A/B Part 8, Question 47 Attachment | $ 106,007.46 | | $ 106,007.46 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Schedule A/B Part 8, Question 50 Attachment

| | | |
|---|---|---|
| $ 4,479,961.95 | | $ 4,479,961.95 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 4,585,969.41

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____
        Fair State Brewing Cooperative
        Name

Case number (*if known*)_____

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | 0.00<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>All other Intellectual property,, recipes, website, trademarks, etc. | $_____ | _____ | Unknown<br>$_____ |
| 65. **Goodwill**<br> | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00 _____

---

Debtor   Fair State Brewing Cooperative
         Name                                              Case number (if known)_____

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   0.00   —   0.00   = ➔   $ 0.00
                                   Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

**73. Interests in insurance policies or annuities**

_____                          $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet_____                          $ Unknown

Nature of claim   _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim   _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

_____                          $_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                          $ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Fair State Brewing Cooperative

Name

Case number *(if known)*

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 46,096.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 419,661.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,049,661.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 4,585,969.41 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 6,101,388.78 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ 6,101,388.78     $ 6,101,388.78

| Debtor 1 | Fair State Brewing Cooperative | | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Claim for Lost Profits and related – v. NEIC | Breach of Contract, negligence. | 411,234.40 | Unknown |
| Third Party Complaint in litigation versus Lagersmith | Lost Profits, out of pocket costs | 1,104,949.23 | Unknown |

| <20 Days | Perishable | | Non-Perishable | | Held for 3rd Party | |
|---|---|---|---|---|---|---|
| Raw Materials | $ | 45,712.32 | $ | 31,492.18 | $ | 2,009.22 |
| Work in Progress | $ | 23,712.16 | $ | - | $ | 3,848.47 |
| Finished Goods | $ | 26,104.32 | $ | - | $ | 13,663.31 |
| Other | $ | - | $ | - | $ | - |
| | | | | | | |
| >20 Days | Perishable | | Non-Perishable | | Held for 3rd Party | |
| Raw Materials | $ | 165,167.56 | $ | 518,552.46 | $ | 43,773.43 |
| Work in Progress | $ | 36,871.61 | $ | - | $ | - |
| Finished Goods | $ | 202,048.43 | $ | - | $ | 125,345.49 |
| Other | $ | - | $ | - | $ | - |

Total Inventory Less Held
for 3d Party          $          1,049,661.04

Valuation Method:          "Document Value"

| Doc. No. | Installment No. | Customer Code | Customer Name | Days Overdue |
|---|---|---|---|---|
| 15987 | 1 of 1 | C1291 | Union Distributing | 514 |
| 16390 | 1 of 1 | C1440 | Flood Distribution | 401 |
| 16389 | 1 of 1 | C1440 | Flood Distribution | 400 |
| 16465 | 1 of 1 | C1395 | Pryes | 388 |
| 16654 | 1 of 1 | C1504 | Hopleaf | 363 |
| 16603 | 1 of 1 | C1440 | Flood Distribution | 347 |
| 16747 | 1 of 1 | C1522 | Venn | 310 |
| 16926 | 1 of 1 | C1440 | Flood Distribution | 281 |
| 16925 | 1 of 1 | C1472 | Pequod | 273 |
| 17385 | 1 of 1 | C1472 | Pequod | 135 |
| 17543 | 1 of 1 | C1343 | Global Craft (Nagano Trading) | 101 |
| 17535 | 1 of 1 | C1472 | Pequod | 93 |
| 17575 | 1 of 1 | C1472 | Pequod | 66 |
| 17670 | 1 of 1 | C1543 | Oath Distributing- Chicago | 48 |
| 17617 | 1 of 1 | C1440 | Flood Distribution | 44 |
| 17766 | 1 of 1 | C1563 | Portage Brewing Company | 39 |
| 17661 | 1 of 1 | C1464 | Lime Ventures | 36 |
| 17723 | 1 of 1 | C1420 | BlackStack Brewing | 30 |
| 17647 | 1 of 1 | C1472 | Pequod | 30 |
| 17778 | 1 of 1 | C1440 | Flood Distribution | 28 |
| 17733 | 1 of 1 | C1454 | General Beer - Northwest (Western) | 25 |
| 17678 | 1 of 1 | C1571 | Global Source Distribution | 24 |
| 17793 | 1 of 1 | C1441 | Oath Distributing- Michigan | 21 |
| 17777 | 1 of 1 | C1466 | Sixth City Distribution | 18 |
| 17802 | 1 of 1 | C1391 | Day One Distribution | 13 |
| 17799 | 1 of 1 | C1543 | Oath Distributing- Chicago | 7 |
| 17817 | 1 of 1 | C1450 | General Beer - Madison | 0 |
| 17818 | 1 of 1 | C1447 | General Beer - Milwaukee | 0 |
| 17822 | 1 of 1 | C1452 | General Beer - Northeast (Eastern) | 0 |
| 17823 | 1 of 1 | C1454 | General Beer - Northwest (Western) | 0 |

Fair State AR Total as of 2/12/24

| Customer Ref. No. | Due Date | Amount | Net | Tax |
|---|---|---|---|---|
| 6FUBD0822 | 9/16/2022 | $32.00 | $32.00 | $0.00 |
| | 1/7/2023 | $222.37 | $222.37 | $0.00 |
| | 1/8/2023 | $106.93 | $106.93 | $0.00 |
| | 1/20/2023 | $340.00 | $340.00 | $0.00 |
| | 2/14/2023 | $315.00 | $315.00 | $0.00 |
| | 3/2/2023 | $379.96 | $379.96 | $0.00 |
| | 4/8/2023 | $1,232.00 | $1,232.00 | $0.00 |
| | 5/7/2023 | $416.61 | $416.61 | $0.00 |
| | 5/15/2023 | $18.96 | $18.96 | $0.00 |
| | 9/30/2023 | $730.00 | $730.00 | $0.00 |
| FS202309-1 | 11/3/2023 | $200.00 | $200.00 | $0.00 |
| | 11/11/2023 | $3,870.00 | $3,870.00 | $0.00 |
| | 12/8/2023 | $2,648.00 | $2,648.00 | $0.00 |
| | 12/26/2023 | $582.21 | $582.21 | $0.00 |
| | 12/30/2023 | $25,227.10 | $25,227.10 | $0.00 |
| Portage - Pine Line IPA - PPL02 | 1/4/2024 | $14,729.08 | $14,729.08 | $0.00 |
| | 1/7/2024 | $20.00 | $20.00 | $0.00 |
| | 1/13/2024 | $1,166.00 | $1,166.00 | $0.00 |
| | 1/13/2024 | $3,864.00 | $3,864.00 | $0.00 |
| | 1/15/2024 | $35,352.00 | $35,352.00 | $0.00 |
| | 1/18/2024 | $2,505.50 | $2,505.50 | $0.00 |
| | 1/19/2024 | $11,920.00 | $11,920.00 | $0.00 |
| | 1/22/2024 | $1,975.00 | $1,975.00 | $0.00 |
| | 1/25/2024 | $2,599.00 | $2,599.00 | $0.00 |
| | 1/30/2024 | $5,077.50 | $5,077.50 | $0.00 |
| | 2/5/2024 | $6,044.81 | $6,044.81 | $0.00 |
| | 2/17/2024 | $7,492.00 | $7,492.00 | $0.00 |
| | 2/17/2024 | $8,119.50 | $8,119.50 | $0.00 |
| | 2/20/2024 | $2,230.50 | $2,230.50 | $0.00 |
| | 2/20/2024 | $2,173.50 | $2,173.50 | $0.00 |
| | | $141,589.53 | | |

| Original Amount | Posting Date | Document Date | Document Type | Blanket Agreement |
|---|---|---|---|---|
| $5,422.00 | 8/17/2022 | 8/17/2022 | A/R Invoices | |
| $23,516.50 | 12/8/2022 | 12/8/2022 | A/R Invoices | |
| $106.93 | 12/9/2022 | 12/9/2022 | A/R Invoices | |
| $340.00 | 12/21/2022 | 12/21/2022 | A/R Invoices | |
| $315.00 | 2/14/2023 | 2/14/2023 | A/R Invoices | |
| $379.96 | 1/31/2023 | 1/31/2023 | A/R Invoices | |
| $1,232.00 | 3/9/2023 | 3/9/2023 | A/R Invoices | |
| $416.61 | 4/7/2023 | 4/7/2023 | A/R Invoices | |
| $18.96 | 4/15/2023 | 4/15/2023 | A/R Invoices | |
| $730.00 | 8/31/2023 | 8/31/2023 | A/R Invoices | |
| $5,613.00 | 10/4/2023 | 10/4/2023 | A/R Invoices | |
| $3,870.00 | 10/12/2023 | 10/12/2023 | A/R Invoices | |
| $2,648.00 | 11/8/2023 | 11/8/2023 | A/R Invoices | |
| $582.21 | 12/19/2023 | 12/19/2023 | A/R Invoices | |
| $35,227.10 | 11/30/2023 | 11/30/2023 | A/R Invoices | |
| $14,729.08 | 1/4/2024 | 1/4/2024 | A/R Invoices | |
| $2,950.00 | 12/8/2023 | 12/8/2023 | A/R Invoices | |
| $1,166.00 | 1/3/2024 | 1/3/2024 | A/R Invoices | |
| $3,864.00 | 12/14/2023 | 12/14/2023 | A/R Invoices | |
| $35,352.00 | 1/15/2024 | 1/15/2024 | A/R Invoices | |
| $2,505.50 | 1/3/2024 | 1/3/2024 | A/R Invoices | |
| $11,920.00 | 12/20/2023 | 12/20/2023 | A/R Invoices | |
| $1,975.00 | 1/22/2024 | 1/22/2024 | A/R Invoices | |
| $2,599.00 | 1/15/2024 | 1/15/2024 | A/R Invoices | |
| $5,077.50 | 1/30/2024 | 1/30/2024 | A/R Invoices | |
| $6,044.81 | 1/29/2024 | 1/29/2024 | A/R Invoices | |
| $7,492.00 | 2/2/2024 | 2/2/2024 | A/R Invoices | |
| $8,119.50 | 2/2/2024 | 2/2/2024 | A/R Invoices | |
| $2,230.50 | 2/5/2024 | 2/5/2024 | A/R Invoices | |
| $2,173.50 | 2/5/2024 | 2/5/2024 | A/R Invoices | |

# GMST, LLC
## A/R Aging Summary
### As of February 12, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **56 Brewing** | | 111.00 | | 111.00 | 296.00 | 518.00 |
| **Ale Jail** | | | | | 604.00 | 604.00 |
| **Bench Pressed** | | | | 320.00 | 458.00 | 778.00 |
| **Dabbler Depot Coffee** | | | | | 84.00 | 84.00 |
| **Dark Horse Bar & Eatery** | | | | | 636.00 | 636.00 |
| **Eastside Food Coop** | | 148.00 | 148.00 | | 222.00 | 518.00 |
| **El Diablo Amps & Guitars** | | 432.00 | | | | 432.00 |
| **Flipside** | | 240.00 | | 633.00 | | 873.00 |
| **Grumpy's Northeast** | | | | | 192.00 | 192.00 |
| **Happi** | | 66,487.98 | | | 25,791.88 | 92,279.86 |
| **Hennepin Lake Liquors** | | | | | -838.64 | -838.64 |
| **Jack's Hardware & Farm Supply** | | | 640.00 | | | 640.00 |
| **LITT Pinball Bar** | | | | | 240.00 | 240.00 |
| **Lua Brewing (Climbing Kites)** | | 36,067.24 | 21,145.74 | 135.00 | | 57,347.98 |
| **Maison Bloom** | | | 27,803.91 | | 3,080.00 | 30,883.91 |
| **Mississippi Market - East 7th St** | | 218.00 | | | | 218.00 |
| **Mississippi Market - Selby Ave** | | 292.00 | | | | 292.00 |
| **OFFFIELD** | | 751.73 | | 29,989.06 | 80.00 | 30,820.79 |
| **Plift (Noble Brands)** | | | 34,254.21 | 12,274.28 | | 46,528.49 |
| **Public Functionary** | | | | | 480.00 | 480.00 |
| **Radix Labs, Inc. (Wunder)** | | | | 166.24 | | 166.24 |
| **Root To Rise (Hi Flora)** | | 240.00 | | 240.00 | 240.00 | 720.00 |
| **Seward Community Co-op - Franklin Store** | | 640.00 | | 640.00 | 720.00 | 2,000.00 |
| **Seward Community Co-op Friendship Store** | | | 880.00 | | 80.00 | 960.00 |
| **Simply Crafted CBD** | | | | | 834.00 | 834.00 |
| **SOCALI/CANN** | | | | | 766.30 | 766.30 |
| **Split Rock Farms** | | | | | 640.00 | 640.00 |
| **The Block Food & Drink** | | | | | 336.00 | 336.00 |
| **The Wedge Community Co-op** | | | | | 480.00 | 480.00 |
| **Top Ten Dinkytown** | | | | | 782.00 | 782.00 |
| **Top Ten Liquors Andover** | | | | 210.00 | | 210.00 |
| **Top Ten Liquors Blaine** | | | | 144.00 | 530.00 | 674.00 |
| **Top Ten Liquors Chanhassen** | | | | | 258.00 | 258.00 |
| **Top Ten Liquors Minnetonka** | | | | | 304.00 | 304.00 |
| **Top Ten Liquors Osseo** | | | | 198.00 | | 198.00 |
| **Top Ten Liquors Plymouth** | | | | 942.00 | 342.00 | 1,284.00 |
| **Top Ten Liquors Ramsey** | | | | | 288.00 | 288.00 |
| **Top Ten Liquors Rosemount** | | | | 198.00 | 276.00 | 474.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Top Ten Liquors Roseville** | | | 132.00 | 321.00 | 453.00 |
| **Top Ten Liquors St. Louis Park** | | | 120.00 | | 120.00 |
| **Top Ten Liquors Vadnais Heights** | | | | 296.00 | 296.00 |
| **Top Ten Liquors Woodbury** | | | 408.00 | 342.00 | 750.00 |
| **Uffda Cannabis Co.** | | 282.00 | | | 282.00 |
| **Whitey's Old Town Saloon** | | | | 384.00 | 384.00 |
| **Wooden Ship Brewing Company** | | 111.00 | | | 111.00 |
| **Zero Proof - Central Ave** | | | | 774.00 | 774.00 |
| **TOTAL** | $   0.00 | $ 105,627.95 | $ 85,264.86 | $ 46,860.58 | $ 40,318.54 | $ 278,071.93 |

Monday, Feb 12, 2024 04:33:15 PM GMT-8

**Disputed**

œˇÓⱢ

œˇÓⱢ
œˇÓⱢ

œˇÓⱢ

**Fill in this information to identify the case:**

Debtor name _____ Fair State Brewing Cooperative

United States Bankruptcy Court for the: __District of Minnesota__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
FC Capital Holdings, LLC

**Describe debtor's property that is subject to a lien**
Hemp related Intellectual Property

$ 95,062.20 | $ Undetermined

**Creditor's mailing address**
Attn: Managing Agent
420 Stevens Ave Ste 120, Solana Beach, C

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**

**Creditor's name**
KLC Financial, Inc.

**Describe debtor's property that is subject to a lien**
Equipment

$246,211.09 | $Undetermined

**Creditor's mailing address**
3514 County Road 101
Attn: Managing Agent, Minnetonka, MN 553

**Creditor's email address, if known**
_____

**Describe the lien**
Capital Equipment Lease

**Date debt was incurred** 11/11/2022
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 2,458,869.20

Debtor _____
Fair State Brewing Cooperative
Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
KLC Financial, Inc.
_____

**Creditor's mailing address**

3514 County Road 101
Minnetonka, MN 55345
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   06/23/2022
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment

**Describe the lien**

Equipment Lease
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$111,181.05     $ Undetermined

---

**2.4** **Creditor's name**
KLC Financial, Inc.
_____

**Creditor's mailing address**

3514 County Road 101
Attn: Managing Agent, Minnetonka, MN 55:
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   11/25/2020
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment

**Describe the lien**

Capital Equipment lease
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,808.99     $ Undetermined

---

Debtor  Fair State Brewing Cooperative _____
        Name

Case number *(if known)* _____

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
KLC Financial, Inc.

**Creditor's mailing address**

3514 County Road 101
Attn: Managing Agent, Minnetonka, MN 55:

**Creditor's email address, if known**

**Date debt was incurred** 03/30/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment

$70,062.91        $Undetermined

**Describe the lien**

Equipment lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
KLC Financial, LLC

**Creditor's mailing address**

4350 Baker Rd, Suite 100
Attn: Managing Agent, Hopkins, MN 55343

**Creditor's email address, if known**

**Date debt was incurred** 08/09/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment

$119,812.27        $ 0.00

**Describe the lien**

Capital Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
Fair State Brewing Cooperative
Name

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7 Creditor's name**
LIVE OAK BANKING COMPANY/SBA

**Describe debtor's property that is subject to a lien**
All Assets

$1,183,080.09     $Undetermined

**Creditor's mailing address**

1741 Tiburon Dr.
Attn: Managing Agent, Wilmington, NC 284

**Creditor's email address, if known**

**Date debt was incurred** 10/11/2018
**Last 4 digits of account number** _____

**Describe the lien**
All assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.8 Creditor's name**
Pinnacle Captial [sic] Partners, LLC

**Describe debtor's property that is subject to a lien**

$6,576.68     $ Undetermined

**Creditor's mailing address**

914 A Street, Ste 200
Attn: Managing Agent, Tacoma, WA 98402

**Creditor's email address, if known**

**Date debt was incurred** 04/29/2019
**Last 4 digits of account number** _____

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Fair State Brewing Cooperative
_____ Case number (if known) _____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9**

**Creditor's name**
Specialty Capital

**Describe debtor's property that is subject to a lien**
All Assets

$258,193.40    $Undetermined

**Creditor's mailing address**

224 W 35th St Ste 500 #583
Attn: Managing Agent, New York, NY 1000

**Creditor's email address, if known**

**Date debt was incurred** 12/12/2023
**Last 4 digits of account number**

**Describe the lien**
All Assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10**

**Creditor's name**
U.S. Small Business Administration-EIDL

**Describe debtor's property that is subject to a lien**
All Assets

$165,838.52    $ Undetermined

**Creditor's mailing address**

2 North Street, Suite 320
Attn: Agent for Service, Birmingham, AL 35

**Creditor's email address, if known**

**Date debt was incurred** 07/25/2020
**Last 4 digits of account number**

**Describe the lien**
All assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   Fair State Brewing Cooperative
         Name                                                        Case number *(if known)*

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
VOX FUNDING, LLC

**Creditor's mailing address**

100 Park Avenue, 26th Floor
New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred**   07/03/2023
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

All Assets

$188,416.57        $ Undetermined

**Describe the lien**

Alleged Merchant Cash Advance Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
Wells Fargo Bank, N.A.

**Creditor's mailing address**

800 Walnut Street, 4th Floor
Des Moines, IA 50309

**Creditor's email address, if known**

**Date debt was incurred**   05/17/2019
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

Forklift and related

$3,099.08        $ Undetermined

**Describe the lien**

Capital Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____
Fair State Brewing Cooperative
Name

Case number _(if known)_ _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**

Wells Fargo Bank, N.A.
_____

**Creditor's mailing address**

800 Walnut Street, F0005-044
_____
Attn: Managing Agent, Des Moines, IA 5030
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklift

**Describe the lien**

Capital Lease

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $526.35    Column B: $0.00

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____    Column B: $_____

---

Debtor  Fair State Brewing Cooperative
        Name

Case number (if known)_____

---

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Capitol Lien Records & Research, Inc.<br>1010 Dale St. N<br>Saint Paul, MN, 55117 | Line 2. 7 | _____ |
| Corporation Service Co.<br>PO Box 2576<br>Springfield, IL, 62708 | Line 2. 9 | _____ |
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL, 62703 | Line 2. 9 | _____ |
| Corporation Service Company<br>801 Stevenson Dr<br>Springfield, IL, 62703 | Line 2. 10 | _____ |
| Corporation Service Company<br>801 Stevenson Dr<br>Springfield, IL, 62703 | Line 2. 12 | _____ |
| Corporation Service Company<br>801 Stevenson Dr<br>Springfield, IL, 62703 | Line 2. 13 | _____ |
| First Utah Bank<br>11025 South State St.<br>Sandy, UT, 84070 | Line 2. 4 | _____ |
| First Utah Bank<br>11025 South State St.<br>Sandy, UT, 84070 | Line 2. 5 | _____ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA, 91209 | Line 2. 2 | _____ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA, 91209 | Line 2. 3 | _____ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA, 91209 | Line 2. 5 | _____ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA, 91209 | Line 2. 6 | _____ |
| Lien Solutions<br>PO Box 29071<br>Glendale, CA, 91209 | Line 2. 11 | _____ |
| North American Banking Company<br>2230 Albert Street North<br>Saint Paul, MN, 55113 | Line 2. 3 | _____ |

Debtor    Fair State Brewing Cooperative
_____                    Case number (if known)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Qiang Xu CT Lien Solutions<br>330 N. Brand Blvd, Suite 700<br>Glendale, CA, 91203 | Line 2. _4_ | _____ |
| Qiang Xu CT Lien Solutions<br>330 N. Brand Blvd, Suite 700<br>Glendale, CA, 91203 | Line 2. _8_ | _____ |
| SBA-MN Dist. Office<br>100 N 6th St Ste 210 C<br>Attn: Agent for Service of Process<br>Minneapolis, MN, 55403-1525 | Line 2. _10_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Fair State Brewing Cooperative |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Evan Sallee
c/o 2075 Ellis Ave
Saint Paul, MN, 55114

As of the petition filing date, the claim is: $ 130,000.00     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Federal Tax and Trade Bureau
1310 G Street, NW, Box 12
Washington, DC, 20005

As of the petition filing date, the claim is: $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Metropolitan Council Environmental Services
Attn: Agent for Service of Process
455 Etna St, St Paul
Saint Paul, MN, 55106

As of the petition filing date, the claim is: $ Unknown     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor _____    Case number _(if known)_____
Fair State Brewing Cooperative
Name

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | | |

**2.⁴** **Priority creditor's name and mailing address**                                           $ 7,000.00        $ 7,000.00

Minnesota Department of Revenue
P.O. Box 64447-BKY
Bky Collection Div.
Saint Paul, MN, 55164-0447

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_8_)**

☑ No
☐ Yes

---

**2.___** **Priority creditor's name and mailing address**                                           $ _____        $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

☐ No
☐ Yes

---

**2.___** **Priority creditor's name and mailing address**                                           $ _____        $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

☐ No
☐ Yes

---

**2.___** **Priority creditor's name and mailing address**                                           $ _____        $ _____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

☐ No
☐ Yes

---

Debtor   Fair State Brewing Cooperative
         Name                                                    Case number (if known)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Abstrax Tech, Inc
2661 Dow Ave
Attn: Managing Agent
Tustin, CA, 92780

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,890.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
AGForce
PO BOX 736353

Dallas, TX, 75373-6353

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 23,789.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Aki's - Vendor
2506 Central Ave NE

Minneapolis, MN, 55418

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,195.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Altemp Mechanical Inc.
303 Lindsay Road

Hudson, WI, 54016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,312.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
American Engineering Testing
PO BOX 860678

Minneapolis, MN, 55486

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,614.84

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
American Express
Attn: Managing Agent
PO Box 981535
El Paso, TX, 79998-1535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,224.81

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Fall State Brewing Cooperative_____  Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7 Nonpriority creditor's name and mailing address**

Anton Paar
10215 Timber Ridge Drive

Ashland, VA, 23005

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,582.00

---

**3.8 Nonpriority creditor's name and mailing address**

Appetite for Change
1200 W Broadway Ave N #250

Minneapolis, MN, 55411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,320.00

---

**3.9 Nonpriority creditor's name and mailing address**

Aramark - FS1
PO BOX 650977

Dallas, TX, 75265-0977

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,251.85

---

**3.10 Nonpriority creditor's name and mailing address**

Aramark - FS2
PO BOX 650977

Dallas, TX, 75265-0977

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,560.85

---

**3.11 Nonpriority creditor's name and mailing address**

Arrow Lift Accessibilty
PO Box 34

Duluth, MN, 55801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 668.32

---

Debtor  Fall State Brewing Cooperative _____    Case number *(if known)*_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 12   **Nonpriority creditor's name and mailing address**

Arryved Inc
3002 Sterling Cir Ste 100

Boulder, CO, 80301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,400.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 13   **Nonpriority creditor's name and mailing address**

Artbox Creative Studios
20218 221st Ave NW

Big Lake, MN, 55309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,643.75

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14   **Nonpriority creditor's name and mailing address**

ASBC - American Society of Brewing Chemists
3340 Pilot Knob Road

St Paul, MN, 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 204.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15   **Nonpriority creditor's name and mailing address**

Atlas Staffing Inc
189 7TH PLACE EAST

St. Paul, MN, 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 63,400.68

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 16   **Nonpriority creditor's name and mailing address**

Atlas Toyota Material Handling
27294 Network Place

Chicago, IL, 60673-1272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,684.29

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Fall State Brewing Cooperative _____    Case number *(if known)* _____
                Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.17** **Nonpriority creditor's name and mailing address**

aui fine foods
P.O. Box 24085

New York, NY, 11087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 415.36

---

**3.18** **Nonpriority creditor's name and mailing address**

Bent Brewstillery
1744 Terrace Drive

Roseville, MN, 55113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 250.00

---

**3.19** **Nonpriority creditor's name and mailing address**

Bent Paddle Brewing Co.
1832 W Michigan St
Attn: Managing Agent
Duluth, MN, 55806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,480.00

---

**3.20** **Nonpriority creditor's name and mailing address**

Bernick Family Hldg Co 2% Loan
1996 University Avenue

St. Paul, MN, 55104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 429,868.33

---

**3.21** **Nonpriority creditor's name and mailing address**

Bernick's - Vendor
PO Box 7008

St. Cloud, MN, 56302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,992.09

---

| Debtor | Fall State Brewing Cooperative | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22**  **Nonpriority creditor's name and mailing address**

Bike Box
2504 Central Avenue NE
Minneapolis, MN, 55418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.23**  **Nonpriority creditor's name and mailing address**

Blackjack Farms
755 Prior Ave

St. Paul, MN, 55104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 2,000.00

---

**3.24**  **Nonpriority creditor's name and mailing address**

Boelter
PO BOX 734296

Chicago, IL, 60673-4296

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 387.18

---

**3.25**  **Nonpriority creditor's name and mailing address**

Books By Mel LLC
1701 Holton St

Falcon Heights, MN, 55113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 585.00

---

**3.26**  **Nonpriority creditor's name and mailing address**

Boyum & Barenscheer PLLP
PO BOX 860725

Minneapolis, MN, 55486-0725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

$ 4,000.00

---

Debtor   Fall State Brewing Cooperative _____ Case number *(if known)* _____

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Brewing & Distilling Analytical Services
7100 Broadway Unit 1J

Denver, CO, 80221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,260.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Brook and Whittle (formally ILS)
4000 Hamilton Middletown Rd

Hamilton, OH, 45011

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 63,928.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

BSG
PO Box 74769

Chicago, IL, 60694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 56,018.52

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Capital One
Attn: Agent for Service of Process
PO Box 30285
Salt Lake City, UT, 84130-0285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 41,060.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Central McGowan
123 Roosevelt Rd

St. Cloud, MN, 56301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 13,744.22

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Fall State Brewing Cooperative
        Name                                                    Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** **32**    **Nonpriority creditor's name and mailing address**

Chase
Attn: Agent for Service of Process
PO Box 6294
Carol Stream, IL, 60197-6294

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 58,189.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **33**    **Nonpriority creditor's name and mailing address**

ChemStation Minnesota
PO BOX 933033

Cleveland, OH, 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,749.49

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **34**    **Nonpriority creditor's name and mailing address**

Christian Dean Architecture, LLC
2909 Bryant Ave S Ste 304

Minneapolis, MN, 55408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,020.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **35**    **Nonpriority creditor's name and mailing address**

Chubb
150 Allen Road Suite 101

Basking Ridge, NJ, 7920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 243.13

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **36**    **Nonpriority creditor's name and mailing address**

CI MINN I-A LLC
PO BOX 208390
Attn: Managing Agent
Dallas, TX, 75320-8390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

$ 70,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor  Fall State Brewing Cooperative
        Name                                              Case number (if known)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.37**  **Nonpriority creditor's name and mailing address**

CLRTY Company, Inc.
4570 Churchill Street, Suite 100
Shoreview, MN, 55126

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Damages due to defective cans-in litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 180,277.22

---

**3.38**  **Nonpriority creditor's name and mailing address**

Country Malt Group
PO Box 51602

Los Angeles, CA, 90051-5902

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,703.67

---

**3.39**  **Nonpriority creditor's name and mailing address**

Crafted Consultants, LLC
9805 Friar Drive

Eden Prairie, MN, 55347

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,750.00

---

**3.40**  **Nonpriority creditor's name and mailing address**

Crosby Hop Farm, LLC
PO BOX 518

Rodeo, CA, 94572

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 46.68

---

**3.41**  **Nonpriority creditor's name and mailing address**

Crown Lift Trucks
PO BOX 641173

Cincinnati, OH, 45264-1173

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,703.04

---

Debtor  Fall State Brewing Cooperative
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

Culligan Bottled Water
DEPARTMENT 8511, P.O. BOX 77043

Minneapolis, MN, 55480-7743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 999.83

---

**3.43** | **Nonpriority creditor's name and mailing address**

Dave Manthei
2407 5th St NE #1

Minneapolis, MN, 55418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,140.00

---

**3.44** | **Nonpriority creditor's name and mailing address**

Davis Mechanical Systems
21225 Hamburg Ave Ste 3

Lakeville, MN, 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 128.00

---

**3.45** | **Nonpriority creditor's name and mailing address**

Domino Amjet, Inc.
3809 Collection Center Drive

Chicago, IL, 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,317.30

---

**3.46** | **Nonpriority creditor's name and mailing address**

Dorsey & Whitney LLP
PO Box 1680

Minneapolis, MN, 55480

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,136.50

---

Debtor _____Fall State Brewing Cooperative_____    _____Case number _(if known)_____
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47 | **Nonpriority creditor's name and mailing address**

Double Take Salsa
6821 Gleason Road

Minneapolis, MN, 55439

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48 | **Nonpriority creditor's name and mailing address**

E-Z Recycling
875 Prior Ave N

St. Paul, MN, 55104

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 720.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49 | **Nonpriority creditor's name and mailing address**

eGrandstand
PO Box 3497

Wichita, KS, 67201

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,113.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50 | **Nonpriority creditor's name and mailing address**

Ekos
2520 N Brevard St suite 200

Charlotte, NC, 28205

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,191.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51 | **Nonpriority creditor's name and mailing address**

Equalstacks LLC
421 Cedar Ave S Apt 28

Minneapolis, MN, 55454

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 480.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Fall State Brewing Cooperative
        Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 52  **Nonpriority creditor's name and mailing address**

Evolution Electric
10550 Hidden Valley Drive

Rogers, MN, 55374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,250.25

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 53  **Nonpriority creditor's name and mailing address**

Financial Pacific Leasing
43 Main St. SE

Minneapolis, MN, 55414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,192.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 54  **Nonpriority creditor's name and mailing address**

Garner, Ginsburg & Johnsen
43 Main St. SE

Minneapolis, MN, 55414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,392.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 55  **Nonpriority creditor's name and mailing address**

GEA Mechanical Equipment
PO BOX 13370

Newark, NJ, 07101-3362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,436.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 56  **Nonpriority creditor's name and mailing address**

Green Air Supply
2523 Jefferson Avenue

Tacoma, WA, 98402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 502.32

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor     Fall State Brewing Cooperative
_____     Case number (if known)_____
           Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** **Nonpriority creditor's name and mailing address**

GS1 US, Inc.
Dept 781271

Detroit, MI, 48278

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 385.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.58** **Nonpriority creditor's name and mailing address**

Happi
2139 Cole St
Attn: Managing Agent
Birmingham, MI, 48009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,280.80

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.59** **Nonpriority creditor's name and mailing address**

Hedway Capital, LLC
175 Jackson Blvd Ste 1000
Chicago, IL, 60604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 66,617.71

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.60** **Nonpriority creditor's name and mailing address**

Heggies Pizza
1115 Enterprise Ave

Milaca, MN, 56353

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,539.10

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.61** **Nonpriority creditor's name and mailing address**

Hi-Tech Refrigeration
4610 Milton St N

Shoreview, MN, 55126

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 316.99

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    Fall State Brewing Cooperative
_____    Case number *(if known)*_____
           Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.62** Nonpriority creditor's name and mailing address

Hohensteins
2330 Ventura Dr

Woodbury, MN, 55125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 456.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Hopsteiner
1 West Washington Ave

Yakima, WA, 98903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,135.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Hygiena
1801 W Olympic Blvd

Pasadena, CA, 91199-2007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,208.75

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

ICS Chillers
1015 6th Avenue NE

Milaca, MN, 56353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 20,146.77

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Independent Brewers Alliance
PO Box 454

Rumson, NJ, 7760

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,433.62

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Fall State Brewing Cooperative _____  Case number _(if known)_ _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 67  **Nonpriority creditor's name and mailing address**

Indie Hops
2505 SE 11th Ave, Ste 311

Portland, OR, 97202

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,657.77

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 68  **Nonpriority creditor's name and mailing address**

Ingersoll Rand
15768 Collections Center Drive

Chicago, IL, 60693

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,265.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 69  **Nonpriority creditor's name and mailing address**

IngTon Recruiting
15782 Falcon Circle North

Hugo, MN, 55038

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 70  **Nonpriority creditor's name and mailing address**

Integrated Consulting Services LLC
4917 W. 93rd St

Bloomington, MN, 55418

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 30,750.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 71  **Nonpriority creditor's name and mailing address**

IOU Central Inc.
TownPark Lane, Suite 100

Kennesaw, GA, 30144

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 174,396.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Fall State Brewing Cooperative _____    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 72    **Nonpriority creditor's name and mailing address**

Iron Heart Canning Co
Department 1050 PO Box 986500

Boston, MA, 2298

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 70,553.73

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 73    **Nonpriority creditor's name and mailing address**

Keg Logistics
PO Box 912908

Denver, CO, 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 10,119.60

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 74    **Nonpriority creditor's name and mailing address**

KLC 10729-A
43 Main St. SE

Minneapolis, MN, 55414

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 150,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 75    **Nonpriority creditor's name and mailing address**

Kutak Rock LLP
PO BOX 30057

Omaha, NE, 68103-1157

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 900.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 76    **Nonpriority creditor's name and mailing address**

Lagersmith
718 Pine St. W

Stillwater, MN, 55082

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 115,420.05

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     Fall State Brewing Cooperative
_____     Case number _(if known)_____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.77** **Nonpriority creditor's name and mailing address**

Liberty Packaging
870 Louisianna Ave S.

Minneapolis, MN, 55426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 23,475.09

---

**3.78** **Nonpriority creditor's name and mailing address**

Live Oak Brewing Company
1615 Crozier Lane

Del Valle, TX, 78617

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 540.07

---

**3.79** **Nonpriority creditor's name and mailing address**

Maison Bloom
1221 Harrison St,
Attn: Managing Agent
San Francisco, CA, 94103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 73.50

---

**3.80** **Nonpriority creditor's name and mailing address**

Maltwerks
1448 Cormorant Ave

Detroit Lakes, MN, 56501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,819.00

---

**3.81** **Nonpriority creditor's name and mailing address**

Martin Schwartz
6636 Old Viking Blvd NW

Anoka, MN, 55303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 400.00

---

Debtor    Fall State Brewing Cooperative _____    Case number *(if known)*_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** **Nonpriority creditor's name and mailing address**

Metropolitan Council
PO Box 856513

Minneapolis, MN, 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,674.75

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.83** **Nonpriority creditor's name and mailing address**

MicroStar
PO Box 912392

Denver, CO, 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 40,046.42

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.84** **Nonpriority creditor's name and mailing address**

Minneapolis Regional Chamber
81 South Ninth St., Ste. 200

Minneapolis, MN, 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 443.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.85** **Nonpriority creditor's name and mailing address**

Mitsubishi HC Capital America, Inc.
800 Connecticut Ave 4th Flr

Norwalk, CT, 06854-1631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 67,605.51

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.86** **Nonpriority creditor's name and mailing address**

MN Department of Revenue
Mail Station 1260

St. Paul, MN, 55145-1260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.77

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  Fall State Brewing Cooperative
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

Murphy Rigging and Erecting
PO BOX 582116

Minneapolis, MN, 55458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,637.50

---

**3.88** **Nonpriority creditor's name and mailing address**

Northern Diversified Solutions
12272 Nicollet

Burnsville, MN, 55337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,055.50

---

**3.89** **Nonpriority creditor's name and mailing address**

Northland Automation
1888 Nightengale St

Mora, MN, 55051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 750.00

---

**3.90** **Nonpriority creditor's name and mailing address**

Northland Mechanical Contractors
Lockbox 224 PO BOX 1575

Minneapolis, MN, 55480-1575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 22,582.67

---

**3.91** **Nonpriority creditor's name and mailing address**

Northwest Packaging, Inc
1996 University Avenue

St. Paul, MN, 55104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 14,652.75

---

Debtor     Fall State Brewing Cooperative
           _____
           Name                                     Case number (if known)_____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.92** Nonpriority creditor's name and mailing address

PakTech
70 S Bertelsen Rd

Eugene, OR, 97402-5371

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

$ 23,111.07

---

**3.93** Nonpriority creditor's name and mailing address

Pallet Resource Corp
3371 99th Ct NE

Blaine, MN, 55449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

$ 4,564.00

---

**3.94** Nonpriority creditor's name and mailing address

Perfectly Dosed
6743 N artesian Ave Apt 2
Attn: Managing Agent
Chicago, IL, 60645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

$ 49,463.31

---

**3.95** Nonpriority creditor's name and mailing address

Perfectly Dosed
6743 Artesian Avenue Apt 2

Chicago, IL, 60645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

$ 6,000.00

---

**3.96** Nonpriority creditor's name and mailing address

Plunketts
40 52nd Way Northeast

Fridley, MN, 55421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

$ 1,189.89

---

| Debtor | Fall State Brewing Cooperative | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.97  Nonpriority creditor's name and mailing address**

Proximity Malt
644 South 5th Street

Milwaukee, WI, 53204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,893.00

---

**3.98  Nonpriority creditor's name and mailing address**

Pryes Brewing Co. LLC
1401 W River Rd
Attn: Managing Agent
Minneapolis, MN, 55411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,000.00

---

**3.99  Nonpriority creditor's name and mailing address**

Pryes Brewing Company LLC
1401 West River Road N

Minneapolis, MN, 55411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 192.50

---

**3.100  Nonpriority creditor's name and mailing address**

PSI Engineering
PO BOX 73278

Cleveland, OH, 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,792.93

---

**3.101  Nonpriority creditor's name and mailing address**

Re-Cycle Bike Shop
2504 Central Ave NE

Mineapolis, MN, 55418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 661.70

---

Debtor  Fall State Brewing Cooperative
        Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102  **Nonpriority creditor's name and mailing address**

Red V Foods Corp (RV Industries)
1665 Heraeus Blvd.

Buford, GA, 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,425.08

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 103  **Nonpriority creditor's name and mailing address**

Salo LLC
PO BOX 1414

Minneapolis, MN, 55480-1414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 45,690.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 104  **Nonpriority creditor's name and mailing address**

Sapientia
120 South 6th Street

Minneapolis, MN, 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,000.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 105  **Nonpriority creditor's name and mailing address**

Schuler Publicity Inc
405 Tyler Ave

Hopkins, MN, 55343

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,815.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Strategic Print Solutions Inc.
1420 Stamy Rd

Hiawatha, IA, 52233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,635.50

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __Fall State Brewing Cooperative_____ Case number _(if known)_____
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107** **Nonpriority creditor's name and mailing address**

The Brewing Science Institute
106 Glen Dale Dr.

Woodland Park, CO, 80863

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,806.62

---

**3.108** **Nonpriority creditor's name and mailing address**

The Lab
219 Little Canada Rd. E Ste. #100

St. Paul, MN, 55117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 960.00

---

**3.109** **Nonpriority creditor's name and mailing address**

The Propane Express
12520 Nevada Ave S

Savage, MN, 55378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 650.12

---

**3.110** **Nonpriority creditor's name and mailing address**

Thomas Printworks
PO Box 830768

Richardson, TX, 75083-0768

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 661.12

---

**3.111** **Nonpriority creditor's name and mailing address**

Tommy Helgen
100 3rd Ave S #702

Minneapolis, MN, 55401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 900.00

---

Debtor    Fall State Brewing Cooperative
          Name                                              Case number (if known)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 112  **Nonpriority creditor's name and mailing address**

Trinity Logistics, Inc.
PO Box 536203

Pittsburgh, PA, 15253-5904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 260.82

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 113  **Nonpriority creditor's name and mailing address**

Tursso Companies
223 Plato Boulevard East

St. Paul, MN, 55107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,310.63

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114  **Nonpriority creditor's name and mailing address**

Twin City Tees
2501 Winter Street NE

Minneapolis, MN, 55413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,529.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115  **Nonpriority creditor's name and mailing address**

Two Bettys Green Cleaning
PO BOX 18057

Minneapolis, MN, 55418

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,667.06

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 116  **Nonpriority creditor's name and mailing address**

Uline
PO Box 88741

Chicago, IL, 60681-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,935.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Fall State Brewing Cooperative _____  Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.117**  **Nonpriority creditor's name and mailing address**

Unite Here Local 17
312 Central Ave SE Ste 444

Minneapolis, MN, 55414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 141.00

---

**3.118**  **Nonpriority creditor's name and mailing address**

Vanilla Bean Kings
1185 Ruud Trail Ste 1

Hartford, SD, 57033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,625.00

---

**3.119**  **Nonpriority creditor's name and mailing address**

Vasquez Pallets LLC
2137 Nokomis Ave

Saint Paul, MN, 55119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,680.00

---

**3.120**  **Nonpriority creditor's name and mailing address**

Vertosa Wellness
1630 N Main St Ste 363

Walnut Creek, CA, 94596

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,705.49

---

**3.121**  **Nonpriority creditor's name and mailing address**

Viresco-Turtle Lake, LLC
465 Western Blvd

Turtle Lake, WI, 54889-4424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,620.00

---

Debtor    Fall State Brewing Cooperative _____    Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 122  **Nonpriority creditor's name and mailing address**

Walters Recycling & Refuse
2830 101st Ave NE

Blaine, MN, 55449-5705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,515.20

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Wellington Security
5555 W 78th St.

Edina, MN, 55439

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,684.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 124  **Nonpriority creditor's name and mailing address**

Westrock Packaging Systems
PO BOX 409424

Atlanta, GA, 30384-9424

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 125  **Nonpriority creditor's name and mailing address**

WI Excise Tax Unit
PO Box 8900

Madison, WI, 53708

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 141.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Wild Goose-Meheen
633 CTC Blvd., Ste 100

Louisville, CO, 80027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,195.79

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    Fall State Brewing Cooperative _____    Case number _(if known)_____

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127 **Nonpriority creditor's name and mailing address**

Wildpack Beverage
1301 Edison Hwy, Suite A-2

Baltimore, MD, 21213

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 116,038.02

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 128 **Nonpriority creditor's name and mailing address**

Yakima Chief - Hopunion LLC
306 Division Street

Yakima, WA, 98902

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80,949.60

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 129 **Nonpriority creditor's name and mailing address**

Your HR Navigator
2234 N Rosewood Lane

Roseville, MN, 55113

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,012.50

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 130 **Nonpriority creditor's name and mailing address**

Zee Loffler Chemical Corporation
412 Georgia Avenue, Suite 300

Chattanooga, TN, 37403

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,947.75

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 131 **Nonpriority creditor's name and mailing address**

Zuckerman-Honickman
191 South Gulph Road

King of Prussia, PA, 19406

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 56,474.42

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

| Debtor | Flat State Brewing Cooperative | Case number (if known) |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | CI Minn1-A LLC<br>Attn: Managing Agent<br>227 Park Ave , 46th Flr<br>New York, NY, 10172 | Line 3.36<br>☐ Not listed. Explain: | _____ |
| 4.2. | Dist. Counsel of the IRS<br>380 Jackson St. Ste 650<br>Saint Paul, MN, 55101 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.3. | Dist. Director of the IRS<br>30 E 7th St<br>Stop 5700 Ste 1222<br>Saint Paul, MN, 55101 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.4. | Lagersmith c/o Tim Carrigan<br>Arthur Chapman et. al.<br>81 S 9th St. Ste 500<br>Minneapolis, MN, 55402 | Line 3.37<br>☐ Not listed. Explain | _____ |
| 41. | Lagersmith Holdings LLC<br>718 Pine St W<br>Stillwater, MN, 55082 | Line 3.37<br>☐ Not listed. Explain | _____ |
| 4.5. | NEIC c/o David Brandis<br>7900 Xerxes Ave S Ste 2020<br>Minneapolis, MN, 55431 | Line 3.22<br>☐ Not listed. Explain | _____ |
| 4.6. | Nicholas W.  Laird, Esq.<br>200 W Madison St Ste 3900<br>Chicago, IL, 60606 | Line 3.36<br>☐ Not listed. Explain | _____ |
| 4.7. | Northeast Investment Coop<br>PO Box 18082<br>Minneapolis, MN, 55418 | Line 3.22<br>☐ Not listed. Explain | _____ |
| 4.8. | Office of the Attorney General<br>US Dep't of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC, 20530-0001 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.9. | US Attorney's Office<br>Attn: Civil Process Clerk<br>PO Box 7238 Ben Frkln Stn<br>Washington, DC, 20044 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.10. | US Attorney's Office-Dist of MN<br>Attn: Civil Process Clerk<br>316 N Robert St Ste 404<br>Saint Paul, MN, 55101 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.11. | US Atty for the Dist of MN<br>300 S 4th St Ste 600<br>Minneapolis, MN, 55415 | Line 2.2<br>☐ Not listed. Explain | _____ |

Debtor    Fen State Brewing Cooperative
          Name                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 137,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,566,699.22 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 2,703,699.22 |

**Fill in this information to identify the case:**

Debtor name ___Fair State Brewing Cooperative___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2506 Central Ave NE<br>Lessor | Northeast Investment Cooperative<br>PO Box 18082<br>Minneapolis, MN, 55418 |
| | State the term remaining | 03.30.2019 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Carbon Dioxide<br>Lessor | Central McGowan, Inc.<br>123 Roosevelt Road<br>Saint Cloud, MN, 56301 |
| | State the term remaining | 07.24.2029 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | License of trademarks, recipes and other IP<br>Lessor | Radix Labs, Inc.<br>259 Patchett Street<br>Napa, CA, 94559 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Manufacturing Agreement<br>Lessor | Off Field Inc.<br>8200 Wilshire Blvd<br>Suite 402<br>Beverly Hills, CA, 90211 |
| | State the term remaining | 09.19.2023 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | License of trademarks, recipes and other IP<br>Lessor | Noble Brands Inc.<br>6743 N. Artesian Ave.<br>Chicago, IL, 60645 |
| | State the term remaining | 09.19.2023 | |
| | List the contract number of any government contract | | |

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | License of trademarks, recipes and other IP | Avec Bloom, Inc.<br>1221 Harrison St.<br>Suite 16<br>San Francisco, CA, 94103 |
| | **State the term remaining** | 09.19.2023 | |
| | **List the contract number o any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory)<br>Lessor | Circle City Beverages, LLC DBA Craftroads Beverage<br>950 Dorman St,<br>Indianapolis, IN, 46202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory)<br>Lessor | College City Beverage, Inc.<br>700 Railway St. S.<br>Dundas, MN, 55019 |
| | **State the term remaining** | 60 days after written notice | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory)<br>Lessor | Global Distributing, Inc.<br>PO Box 89711<br>Sioux Falls, SD, 57109 |
| | **State the term remaining** | written notice of termination | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory)<br>Lessor | Sixth City Distribution, LLC<br>12141 Bennington Ave.<br>Cleveland, OH, 44135 |
| | **State the term remaining** | written notice of termination | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory)<br>Lessor | UB Distributors, LLC<br>1213-1217 Grand Street<br>Brooklyn, NY, 11211 |
| | **State the term remaining** | written notice of termination | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement<br>Lessor | Oath Chicago LLC<br>852 Eagle Drive<br><br>Bensenville, IL, 60106 |
| | **State the term remaining** | written notice of termination | |
| | **List the contract number of any government contract** | | |

| Debtor | Fair State Brewing Cooperative | Case number (if known) | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Annual Supply Agreement (Malt) Lessor | Brewers Supply Group 2075 Ellis Ave. Minneapolis, MN, 55432 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | 2506 Central Ave NE Lessor | Northeast Investment Cooperative PO Box 18082 Minneapolis, MN, 55418 |
| | State the term remaining | 08.31.2024 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | 2075 Ellis Ave. and use of equipment for sleeving Lessor | Lagersmith, LLC 2077 Ellis Ave Door 26 Saint Paul, MN, 55114 |
| | State the term remaining | 01.31.2021 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement (exclusive by territory) Lessor | Lime Ventures, Inc. 1021 Detroit Ave Concord, CA, 94518 |
| | State the term remaining | written notice of termination | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | License of trademarks, recipes and other IP Lessor | Climbing Kites, LLC 13211 Beechwood Drive Urbandale, IA, 50323 |
| | State the term remaining | 09.19.2023 | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement (exclusive by territory) Lessor | Capitol Beverage Sales, LP 20240 S. Diamond Lake Rd. Rogers, MN, 55374 |
| | State the term remaining | 60 days after written notice | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement (exclusive by territory) Lessor | Flood Distribution, LLC 10615 Shadow Wood Dr. Warehouse A Houston, TX, 77043 |
| | State the term remaining | written notice of termination | |
| | List the contract number of any government contract | | |

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory) Lessor | Bergseth Bros. 1211 47th St. N. Fargo, ND, 58102 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory) Lessor | College City Beverage, Inc. 700 Railway St. S. Dundas, MN, 55019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory) Lessor | Capitol Beverage Sales, LP 20240 S. Diamond Lake Rd. Minneapolis, MN, 55432 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturing Agreement Lessor | Brewers Supply Group 2075 Ellis Ave. Minneapolis, MN, 55432 |
| | **State the term remaining** | 12.31.2023 | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | 2512 Central Ave NE Lessor | Northeast Investment Cooperative PO Box 18082 Minneapolis, MN, 55418 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | License of trademarks, recipes and other IP Lessor | Happi Co. 2139 Cole St. Birmingham, MI, 48009 |
| | **State the term remaining** | 09.19.2023 | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory) Lessor | Global Distributing, Inc. 47498 Monarch Ln. Renner, SD, 57055 |
| | **State the term remaining** | 60 days after written notice | |
| | **List the contract number of any government contract** | | |

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory) Lessor | Meadowbrook Beverage Company, dba Stockertown Beverage Center 515 Main Street PO Box 20 Stockertown, PA, 18083 |
| | **State the term remaining** | 60 days after written notice | |
| | **List the contract number o any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement (exclusive by territory) Lessor | General Beer Distributors, Inc. 6169 McKee Road Madison, WI, 53719 |
| | **State the term remaining** | written notice of termination | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement Lessor | Chas A. Bernick, Inc. 801 Sundial Drive Waite Park, MN, 56387 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | 2075-2085 Ellis Ave. Lessor | CI MINN I-A, LLC |
| | **State the term remaining** | 12.31.2028 | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.___ | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name ___Fair State Brewing Cooperative___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____

❑ Check if this is an amended filing

Official Form 206H
_____

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Attached Schedule H | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | ❑ D<br>❑ E/F<br>❑ G |

| Current:<br>Creditor | Guarantors |
|---|---|
| 2 Pinnacle Capital Partners | David Evan Sallee, Matthew Hauck, Nicholas E. Hart Ton |
| 4 Financial Pacific Leasing | D. Evan Sallee, Matthew Hauck, Nicholas Tonks |
| 5 Wells Fargo Equipment Leasing | Nicholas Tonks |
| 6 Marlin | David Evan Sallee, Matthew Hauck, Nicholas E. Hart Ton |
| 7 KLC | David Evan Sallee, Nicholas Estabrook Hart Tonks, Matth |
| 8 Live Oak Bank | David E. Sallee, Nicholas E. Tonks, Matthew A. Hauck, Sin |
| 12 KLC | David Evan Sallee, Matthew Allan Hauck |
| 14 KLC 2022 | Matthew Allan Hauck, David Evan Sallee |
| 16 KLC 10729-A | Matthew Allan Hauck, David Evan Sallee |
| 18 Vox | David Evan Sallee |
| 19 KLC 2023 July | Matthew Allan Hauck, David Evan Sallee |
| 20 Mitsubishi | Evan Sallee |
| 21 Specialty Capital | David Evan Sallee, Matthew Allan Hauck |
| 22 Bow Apple | David Evan Sallee, Matthew Allan Hauck |

# Schedule H Guarantors



Schedule H Guarantors

**Fill in this information to identify the case:**

Debtor name _____Fair State Brewing Cooperative_____

United States Bankruptcy Court for the:  District of Minnesota

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**    **Income**

---

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2024<br><sub>MM / DD / YYYY</sub>  to | Filing date | ☑ Operating a business<br>☐ Other | $               336,589.54 |
   | **For prior year:** | From 01/01/2023<br><sub>MM / DD / YYYY</sub>  to | 12/31/2023<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $             7,462,505.15 |
   | **For the year before that:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub>  to | 12/31/2022<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $             4,580,203.24 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br><sub>MM / DD / YYYY</sub>  to | Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br><sub>MM / DD / YYYY</sub>  to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $_____ |
   | **For the year before that:** | From _____<br><sub>MM / DD / YYYY</sub>  to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $_____ |

---

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 <br> Creditor's name | | $ 5,833,337.33 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name | | $ _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ <br> Insider's name | _____ <br> _____ <br> _____ | $ _____ | |
| | **Relationship to debtor** <br> _____ | | | |
| 4.2. | _____ <br> Insider's name | _____ <br> _____ <br> _____ | $ _____ | |
| | **Relationship to debtor** <br> _____ | | | |

| Debtor | Fair State Brewing Cooperative | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | CLRTY Company, Inc. v. GMST | Contract dispute with 3rd Party Claim | Hennepin County Dist Ct | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 62-CV-23-5877 | | | |
| 7.2. | **Case title** _____ | | **Court or agency's name and address** _____ | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** _____ | | | |

---

Debtor   Fair State Brewing Cooperative
_____
Name

Case number *(if known)*_____

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. See attached | See attached. | _____ | $ 0.00 |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **4**

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sapientia Law Group | | January-Febuar | $ 37,000.00 |
| | **Address** | | | |
| | 120 S 6th St Ste 100 Minneapolis, MN 55402 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $_____ |
| | **Trustee** | | | |

Debtor      Fair State Brewing Cooperative
                 _____          Case number (if known)_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

| Debtor | Fair State Brewing Cooperative | Case number (if known) |
|---|---|---|
| | Name | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Sales to Patron Members are recorded to provide discounts.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Fair State Brewing Cooperative
          _____    Case number (if known)_____
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    Fair State Brewing Cooperative
          _____          Case number *(if known)*_____
          Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Debtor | Fair State Brewing Cooperative | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | GMST LLC _____<br>Name<br>Debtor's Address | Distributor of Hemp Based Beer | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | _____ <br> Name | From _____ <br><br> To _____ |

| Name and address | | Dates of service |
|---|---|---|
| 26a.2. | _____ <br> Name | From _____ <br><br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | _____ <br> Name | From _____ <br><br> To _____ |

| Name and address | | Dates of service |
|---|---|---|
| 26b.2. | _____ <br> Name | From _____ <br><br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. See Attached <br> Name | |

Debtor    Fair State Brewing Cooperative
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name
Case number (if known)‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Name |

| Name and address |
|---|
| 26d.2. ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ‾‾‾‾‾‾ | $‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>Name |

| Debtor | Fair State Brewing Cooperative | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carolyn Hart & John Firth | 1601 Cooper St, Missoula, MT 59802 | | 0.05 |
| D. Evan Sallee | 3039 Fillmore St NE, Minneapolis, MN 55418 | Chief Executive Officer | 31.74 |
| Will Dixon | 633 Dayton Ave., Apt 5, Saint Paul, MN 55104 | | 0.81 |
| Rick & Lory Sutton | 5217 W 62nd St, Minneapolis, MN 55436 | | 0.25 |
| Liz Scholz | 337 14th Ave NE, Minneapolis, MN 55413 | | 0.25 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor  Fair State Brewing Cooperative _____  Case number (if known)_____
      Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| | Name | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/13/2024
        MM  / DD  / YYYY

✖ /s/ D Evan Sallee _____   Printed name  D Evan Sallee _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name    Fair State Brewing Cooperative _____     Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**28) Additional people in control of the debtor at the time of the filing of this case**

| Matthew Hauck | 2227 Monroe St NE, Minneapolis, MN 55418 | 27.19 |
|---|---|---|
| Sara Hess | 1024 N Honore St., Chicago, IL 60622 | 0.38 |
| Read Winkelman | 1268 Laurel Avenue, Saint Paul, MN 55104 | 16.67 |
| Nicholas Tonks | 906 Division St, Northfield, MN 55057 | 14.41 |
| John Hart & Ruth Lane | 322 West 89Th St., Apt 2, New York, NY 10024 | 0.30 |
| Josh Allen | 1937 Arthur St NE #!, Minneapolis, MN 55418 | 1.52 |
| Mark Arneson | 2101 27Th Ave S, Minneapolis, MN 55406 | 0.76 |
| Brian Martucci | 427 Russell Ave N, Minneapolis, MN 55405 | 0.51 |
| Andrew Tonks & Carla Hunt | 3 Church St, Yarmouth, ME 04096 | 0.25 |
| David Fege | 12934 Texana St, San Diego, CA 92125 | 0.51 |
| Robert Hirai | 1937 Arthur St NE #2, Minneapolis, MN 55418 | 0.25 |
| Patrick Tonks | 207 W Summit St., Ann Arbor, MI 48103 | 0.11 |
| Conor Hagen | 2221 Holly St, Austin, TX 78702 | 0.51 |
| Patrick Gibbs | 3700 Sycamore Lane, Nashville, TN 37215 | 0.50 |
| Tom Arneson | 410 Groveland Avenue, Minneapolis, MN 55403 | 0.45 |
| Linda Hauck | 1796 Tonini Drive, Apt 67, San Luis Obispo, CA 93405 | 0.38 |
| Betsy & Lonnie Mollo | 5325 Zenith Ave, Minneapolis, MN 55418 | 0.28 |
| Elliot Ginsburg | 3920 Vincent Ave. S., Minneapolis, MN 55410 | 0.25 |
| Judith Hart | 412 11th St Apt 2L, Brooklyn, NY 11215 | 0.25 |

Debtor Name ___Fair State Brewing Cooperative_____     Case number (*if known*)_____

## Continuation Sheet for Official Form 207

| | | |
|---|---|---|
| **Bill & Rebecca Scheig** | 3815 Inglewood Ave S, Minneapolis, MN 55416 | 0.03 |
| **Emilie Hitch** | 3301 Garfield Ave APT1, Minneapolis, MN 55408 | 0.25 |
| **Badass, LLP** | 4206 30Th Ave S, Minneapolis, MN 55406 | 0.25 |
| **Steve Sutton & Lou Costello** | 769 Larson Lane, Saint Paul, MN 55126 | 0.25 |
| **Jon Yue** | 1937 Arthur St. NE, #2, Minneapolis, MN 55418 | 0.23 |
| **Michael Brinker** | PO BOX 772, Southfield, MI 48037 | 0.15 |
| **Adam Fetcher** | 1390 Kenyon St. Nw, #414, Washington, DC 20010 | 0.15 |
| **Jimmy Dorsey** | 1413 14th Ave South, Nashville, TN 37212 | 0.08 |

| | Officer | Name | Address |
|---|---|---|---|
| **Current** | | | |
| | | Christina DeVries | 1507 Spruce Place, Minneapolis, MN 55403 |
| | Chair | Karl Gilbertson | 3515 Fillmore St NE Minneapolis, MN 55418 |
| | | Joe Nelson | 2025 19th Ave NE Minneapolis, MN 55418 |
| | Vice Chair | Jordan Merhar | 2642 Quincy St NE Minneapolis, MN 55418 |
| | Records Officer | Grant Gibeau | 3019 31st Ave NE, St Anthony, MN 55418 |
| | | Kyle Knutson | 6115 Upton Ave S, Minneapolis, MN 55410 |
| | | Afton Benson | 195 5th St. E Apt, 2505, St Paul, MN 55101 |
| | Financial Officer | Clemon Dabney | 11415 Johnson Circle, Bloomington, MN 55437 |
| | | | |
| **Historical** | | | |
| | | Dan Bloomberg | 1611 6th St NE Minneapolis, MN 55413 |
| | | Mike Schacherer | 4321 Browndale Ave., St. Louis Park, MN 55424 |
| | | Read Winkelman | 1268 Laurel Ave., St. Paul, MN 55104 |
| | | Jason Pattit | 2180 Farrington St. N, Roseville, MN 55113 |
| | | Tom Thaden | 14217 Davenport Ct. Rosemount, MN  55068 |
| | | Julia Gallagher | 106 W 40th St, Minneapolis, MN 55409 |
| | | Elliot Ginsburg | 3920 Vincent Ave. S., Minneapolis, MN 55410 |
| | | Sarah Olson | 4318 Penn Ave. N Minneapolis, MN 55412 |
| | | Kate Ballard | 2538 Johnson St. NE Minneapolis, MN 55418 |
| | | Michael Obermire | 960 Goodrich #104, St. Paul, MN 55105 |
| | | Megan Murphy | 2005 University Ave. NE, Minneapolis, MN 55418 |
| | | Dan Moret | 2321 Fillmore St NE Minneapolis, MN 55418 |
| | | Brian Grondin | 1822 Skyline Curve, Minneapoilis, MN 55411 |
| | | Iola Kostrzewski | 5622 Glen Ave, Minnetonka, MN 55345 |
| | | Peter DeMaio | 3259 Pierce ST NE Minneapolis MN 55418 |
| | | Serena Boyce | 2717 Central Ave NE, Minneapolis, MN 55418 |

| ID | Name | Address | PMT Date | Amount |
|---|---|---|---|---|
| 2086 | Asian American Organizing Project | 1821 University Ave West Ste 202, St Paul, MN 55104 | 2/11/2022 | $ 1,221.34 |
| 2095 | Until We All Are Free | 2738 Winnetka Ave N, New Hope, MN 55427 | 6/29/2022 | $ 1,335.81 |
| 1619 | Wildlife Rehabilitation Center of Minnesota | 2530 Dale St. N., Roseville, MN 55113 | 7/8/2022 | $ 1,298.62 |
| 1484 | Sexual Violence Center | 2021 E Hennepin Ave, Suite 418, Minneapolis, MN 55413 | 7/1/2022 | $ 1,405.62 |
| 1547 | Appetite for Change | 1200 W Broadway Ave N #250, Minneapolis, MN 55411 | 6/9/2022 | $ 1,054.51 |
| 1315 | Family Tree Clinic | 1919 Nicollet Ave, Minneapolis, MN 55403 | 6/5/2023 | $ 1,269.70 |

Charity Donations

| Name, company | Address | Dates |
|---|---|---|
| Nick Swedberg, Boym & Barenscheer | 3050 Metro Dr Suite 200, Minneapolis, MN 55425 | July 2020 - present |
| Gloria Atika, Crafted Consultants | | Sept 2023 - present |
| Tim Boehmer, Integrated Consulting Services | 4917 W 93rd St, Minneapolis, MN 55437 | July 2022 - Oct 2023 |
| Kelsey Noack, Salo | 701 N Washington Ave Suite 500, Minneapolis, MN | March 2023 - September 2023 |
| Mary Brettman, Mobile CFO | 24325 Armada Drive, Dana Point, CA 92629 | May 2017 - December 2022 |
| Kelly Elliott, Fair State Brewing Cooperative | 6612 Sherman Lake Road, Hugo, MN, 55038 | Sept 2018 - January 2023 |
| Evan Sallee, Fair State Brewing Cooperative | 3039 Fillmore St NE, Minneapolis, MN 55418 | January 2013 - Present |

Books-Audits-Satements

| | Begin Date | End Date | FSBC Recorded Revenue | FSBC Recorded Revenue *from GMST* | GMST Recorded Revenue | Total Revenue |
|---|---|---|---|---|---|---|
| | 1/1/2024 | 1/26/2024 | $ 218,994.00 | $ 4,334.00 | $ 121,929.54 | $ 336,589.54 |
| | 1/1/2023 | 12/31/2023 | $ 6,059,383.00 | $ 2,214,541.00 | $ 3,617,663.15 | $ 7,462,505.15 |
| | 1/1/2022 | 12/31/2022 | $ 4,383,765.00 | $ 261,002.00 | $ 457,440.24 | $ 4,580,203.24 |

Revenue from Business

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Fair State Brewing Cooperative                  Bky File No. 24-_____

                                                                    Chapter 11

Debtor.

## DECLARATION UNDER 11 USC § 1116(A)

D. Evan Sallee, hereby states, under penalty of perjury that: Pursuant to 11 USC § 1116(A), attached to this notice are the Debtor's most recent:

1. Balance Sheet,
2. Statement of Operations,
3. Cash-Flow Statement,
4. Federal Income Tax Return.

To the extent that any listed exhibit is not attached, no such documents have been prepared

Dated: February 11, 2024

                                          /s/ D. Evan Sallee_____
                                          CEO, Fair State Brewing Cooperative

4874-2950-2628, v. 1

# BALANCE SHEET

| | | |
|---|---|---|
| 1-Assets | $ | 3,049,654.05 |
| 2-Liabilities | $ | 5,154,868.63 |
| 3-Equity | $ | (90,083.37) |
| Profit Period | $ | (2,015,131.21) |
| | | |
| TOTAL Liabilities + Equity | $ | 3,049,654.05 |
| | | |
| Balance | | |
| | $ | 45,260.00 |
| 1-Assets | $ | 3,049,654.05 |
| AST-SYS-System Assets | $ | 0.92 |
| CTA-Current Assets | $ | 1,282,442.59 |
| LTA-Long Term Assets | $ | 1,608,239.18 |
| 16000-Fixed Assets | $ | 5,195,032.39 |
| 17000-Accumulated Depreciation | $ | (3,586,793.21) |
| OTA-Other Assets | $ | 158,971.36 |
| 2-Liabilities | $ | (5,154,868.63) |
| CTL-Current Liabilities | $ | (1,922,281.71) |
| 20000-Accounts Payable | $ | (1,531,040.80) |
| 21000-Lines of Credit | $ | 4,470.40 |
| 22000-Credit Card Liabilities | $ | (111,467.92) |
| 23000-Payroll Liabilities | $ | (63,056.33) |
| 24000-Other Tax Liabilities | $ | (50,020.21) |
| 25000-Other Current Liabilities | $ | (171,166.85) |
| LIB-SYS-System Liabilities | $ | - |
| LTL-Long Term Liabilities | $ | (3,232,586.92) |
| 3-Equity | $ | 90,083.37 |
| EQT-Equity | $ | 90,083.37 |
| Grand Total | $ | (2,015,131.21) |

# FAIR STATE BREWING COOP
# BALANCE SHEET
# NOVEMBER 30,2023

# STATEMENT OF OPERATIONS

## Profit & Loss Summary

| | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 |
|---|---|---|---|---|---|
| 4-Revenues | 365,300 | 333,479 | 518,373 | 449,554 | 562,873 |
| 5-Cost of Sales | (350,042) | (343,227) | (373,381) | (329,872) | (341,235) |
| GROSS PROFIT | 15,258 | (9,748) | 144,992 | 119,682 | 221,638 |
| % of Total REVENUE | 4.2% | -2.9% | 28.0% | 26.6% | 39.4% |
| EBITDA | (100,948) | (157,743) | (47,212) | (26,970) | 115,457 |
| % of Total REVENUE | -27.6% | -47.3% | -9.1% | -6.0% | 20.5% |
| NET PROFIT | (171,500) | (224,565) | (114,101) | (92,126) | 35,477 |
| % of Total REVENUE | -46.9% | -67.3% | -22.0% | -20.5% | 6.3% |

Actual

| | 1/31/2023 | 2/28/2023 | 3/31/2023 | 4/30/2023 | 5/31/2023 |
|---|---|---|---|---|---|
| 1-Gross Profit | $ (15,605) | $ (40,611) | $ 114,128 | $ 88,819 | $ 190,774 |
| **4-Revenues** | **$ 365,300** | **$ 333,479** | **$ 518,373** | **$ 449,554** | **$ 562,873** |
| REV-Revenues | $ 365,300 | $ 333,479 | $ 518,373 | $ 449,554 | $ 562,873 |
| 40000-Revenue (Brewery) | $ 162,302 | $ 159,160 | $ 304,111 | $ 211,304 | $ 262,564 |
| 40005-Revenue (Contract & AP) | $ 129,714 | $ 104,694 | $ 136,799 | $ 150,076 | $ 206,107 |
| 41002-Revenue (Taproom) | $ 72,334 | $ 69,015 | $ 76,568 | $ 87,404 | $ 93,533 |
| 41003-Revenue (Events) | $ 590 | $ 250 | $ 550 | $ 450 | $ 375 |
| 41004-Revenue (CORP) | $ 360 | $ 360 | $ 345 | $ 320 | $ 295 |
| REV-SYS-System Revenues | $ - | $ - | $ - | $ - | $ - |
| **5-Cost of Sales** | **$ (350,042)** | **$ (343,227)** | **$ (373,381)** | **$ (329,872)** | **$ (341,235)** |
| COGS-B-COGS Brewery | $ (361,841) | $ (353,429) | $ (382,672) | $ (337,207) | $ (346,095) |
| 50000-COGS - Brewery | $ (139,240) | $ (139,591) | $ (204,757) | $ (159,904) | $ (159,158) |
| 51000-COGS - Inv Adjustments | $ (56,399) | $ (60,334) | $ (6,408) | $ 2,572 | $ (17,042) |
| 52000-COGS - WIP Variance | $ 1,084 | $ 184 | $ 1,515 | $ 122 | $ 594 |
| 53000-MFG Labor Cost | $ (92,611) | $ (85,322) | $ (104,373) | $ (115,882) | $ (109,998) |
| 55000-MFG Overhead COGS | $ (74,552) | $ (68,206) | $ (61,848) | $ (61,226) | $ (60,330) |
| 56000-Taxes (Brewery) | $ (122) | $ (159) | $ (6,800) | $ (2,887) | $ (162) |
| COGS-R1-COGS (Retail 1) | $ 11,799 | $ 10,256 | $ 9,326 | $ 7,607 | $ 4,961 |
| 51002-COGS - (Retail 1) | $ 11,847 | $ 10,284 | $ 9,620 | $ 7,607 | $ 4,961 |
| 54002-COGS - Inventory Adjustment | $ (49) | $ (28) | $ (294) | | |
| COGS-SYS-System COGS | | $ (53) | $ (36) | $ (272) | $ (101) |
| 99-Int/Tax/Deprec/Amort | $ (30,864) | $ (30,864) | $ (30,864) | $ (30,864) | $ (30,864) |
| **2-Expenses** | **$ (155,894)** | **$ (183,954)** | **$ (228,229)** | **$ (180,945)** | **$ (155,298)** |
| 6-Expenses | $ (178,357) | $ (207,638) | $ (231,011) | $ (232,158) | $ (219,574) |
| ETDA-Taxes, Depreciaton, and Amortization | $ (6,037) | $ (4,987) | $ (8,049) | $ (5,170) | $ (5,413) |
| EXL-Retail Labor | $ (32,778) | $ (29,291) | $ (32,484) | $ (32,403) | $ (35,722) |
| EXP-General & Administrative | $ (67,060) | $ (79,739) | $ (84,229) | $ (86,933) | $ (74,863) |
| EXP-SYS-System Expenses | | $ - | $ 120 | $ (94) | $ (37) |
| EXS-Selling Labor & Expense | $ (72,482) | $ (93,620) | $ (106,370) | $ (107,557) | $ (103,538) |
| 8-Other Revenues and Expenses | $ 62,151 | $ 59,642 | $ 38,808 | $ 85,505 | $ 113,392 |
| 99-Int/Tax/Deprec/Amort | $ (39,688) | $ (35,959) | $ (36,026) | $ (34,292) | $ (49,116) |
| Grand Total | $ (171,500) | $ (224,565) | $ (114,101) | $ (92,126) | $ 35,477 |
| | | | | | |
| Addtl Debt Svc | (40,072.66) | (44,862.97) | (61,987.78) | (44,477.86) | (47,461.79) |
| | | | | | |
| Adj Est. Cashflow | (141,020.89) | (202,605.95) | (109,199.45) | (71,448.09) | 67,994.82 |

| Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Grand Total |
|---|---|---|---|---|---|---|
| 501,517 | 518,979 | 636,415 | 638,591 | 508,220 | 607,077 | 5,640,379 |
| (400,217) | (473,403) | (528,784) | (410,106) | (310,832) | (396,403) | (4,257,503) |
| 101,300 | 45,576 | 107,631 | 228,485 | 197,388 | 210,673 | 1,382,876 |
| 20.2% | 8.8% | 16.9% | 35.8% | 38.8% | 34.7% | 24.5% |
| (33,173) | (92,514) | (79,530) | (38,317) | 3,270 | 47,115 | (410,565) |
| -6.6% | -17.8% | -12.5% | -6.0% | 0.6% | 7.8% | -7.3% |
| (98,876) | (157,356) | (145,306) | (103,344) | (62,031) | (14,403) | (1,148,130) |
| **-19.7%** | **-30.3%** | **-22.8%** | **-16.2%** | **-12.2%** | **-2.4%** | **-20.4%** |

| | 6/30/2023 | 7/31/2023 | 8/31/2023 | 9/30/2023 | 10/31/2023 | 11/30/2023 | Grand Total |
|---|---|---|---|---|---|---|---|
| $ | 70,436 | $ 14,712 | $ 76,768 | $ 197,621 | $ 166,524 | $ 179,810 | $ 1,043,377 |
| **$** | **501,517** | **$ 518,979** | **$ 636,415** | **$ 638,591** | **$ 508,220** | **$ 607,077** | **$ 5,640,379** |
| $ | 501,517 | $ 518,979 | $ 636,415 | $ 638,591 | $ 508,228 | $ 607,077 | $ 5,640,379 |
| $ | 238,942 | $ 171,471 | $ 217,814 | $ 243,585 | $ 148,650 | $ 240,949 | $ 2,360,853 |
| $ | 182,008 | $ 270,805 | $ 349,357 | $ 319,763 | $ 307,133 | $ 307,822 | $ 2,464,278 |
| $ | 80,027 | $ 76,014 | $ 68,964 | $ 74,963 | $ 52,300 | $ 58,306 | $ 809,427 |
| $ | 245 | $ 370 | $ - | $ 50 | $ - | $ - | $ 2,880 |
| $ | 295 | $ 320 | $ 280 | $ 230 | $ 145 | | $ 2,950 |
| $ | - | $ - | $ - | $ - | $ (8) | $ - | $ (8) |
| **$** | **(400,217)** | **$ (473,403)** | **$ (528,784)** | **$ (410,106)** | **$ (310,832)** | **$ (396,403)** | **$ (4,257,503)** |
| $ | (412,392) | $ (471,539) | $ (534,383) | $ (408,391) | $ (310,445) | $ (396,006) | $ (4,314,399) |
| $ | (213,187) | $ (207,306) | $ (386,042) | $ (184,500) | $ (175,980) | $ (230,028) | $ (2,199,694) |
| $ | (12,018) | $ (58,941) | $ 18,447 | $ (4,656) | $ (990) | $ 6,505 | $ (189,265) |
| $ | (1,594) | $ 11 | $ (871) | $ 3,572 | $ 551 | $ 70 | $ 5,237 |
| $ | (114,121) | $ (124,283) | $ (115,257) | $ (103,041) | $ (77,051) | $ (97,898) | $ (1,139,838) |
| $ | (63,023) | $ (81,019) | $ (50,524) | $ (111,776) | $ (56,975) | $ (74,284) | $ (763,762) |
| $ | (8,449) | | $ (137) | $ (7,990) | | $ (371) | $ (27,076) |
| $ | 12,268 | $ (1,918) | $ (1,847) | $ (1,680) | $ (1,050) | $ (382) | $ 49,339 |
| $ | 12,129 | $ (1,568) | $ (2,069) | $ (1,680) | $ (1,050) | $ (382) | $ 49,699 |
| $ | 139 | $ (350) | $ 222 | | | | $ (360) |
| $ | (93) | $ 53 | $ 7,446 | $ (35) | $ 663 | $ (15) | $ 7,557 |
| $ | (30,864) | $ (30,864) | $ (30,864) | $ (30,864) | $ (30,864) | $ (30,864) | $ (339,499) |
| **$** | **(169,312)** | **$ (172,068)** | **$ (222,074)** | **$ (300,965)** | **$ (228,555)** | **$ (194,213)** | **$ (2,191,507)** |
| $ | (214,571) | $ (198,269) | $ (172,028) | $ (255,793) | $ (179,454) | $ (145,583) | $ (2,234,436) |
| $ | (5,158) | $ (5,178) | $ (5,170) | $ (5,170) | $ (5,260) | $ (4,681) | $ (60,273) |
| $ | (35,354) | $ (36,008) | $ (32,377) | $ (44,793) | $ (19,621) | $ (30,144) | $ (360,974) |
| $ | (92,004) | $ (72,256) | $ (54,647) | $ (109,924) | $ (65,750) | $ (54,693) | $ (842,099) |
| $ | (1) | $ (0) | $ (5) | $ (243) | $ (404) | $ (213) | $ (877) |
| $ | (82,055) | $ (84,827) | $ (79,829) | $ (95,662) | $ (88,420) | $ (55,853) | $ (970,213) |
| $ | 80,099 | $ 60,179 | $ (15,134) | $ (11,009) | $ (14,664) | $ (17,975) | $ 440,994 |
| $ | (34,840) | $ (33,979) | $ (34,912) | $ (34,163) | $ (34,437) | $ (30,655) | $ (398,065) |
| $ | (98,876) | $ (157,356) | $ (145,306) | $ (103,344) | $ (62,031) | $ (14,403) | $ (1,148,130) |
| | (43,961.34) | (84,138.11) | (90,776.52) | (81,623.05) | (91,844.78) | (102,891.39) | |
| | (77,134.07) | (176,652.25) | (170,306.31) | (119,939.96) | (88,575.26) | (55,776.31) | |

# CASH-FLOW STATEMENT

# FEDERAL INCOME TAX RETURN

4874-2950-2628, v. 1

**Fair State Brewing Cooperative**

**CORPORATE INCOME TAX RETURN**

**December 31, 2022**

**CLIENT COPY**

501845



January 23, 2024

**CONFIDENTIAL**

Fair State Brewing Cooperative
2075 Ellis Ave N
Saint Paul, MN 55114

We have prepared the following returns from information provided by you:

> U.S. Income Tax Return for Cooperative Associations (Form 1120-C)
> Minnesota Corporation Franchise Tax (Form M4)

We suggest that you examine these returns carefully to fully acquaint yourself with all items
contained therein to ensure that there are no omissions or misstatements. Attached are
instructions for signing and filing each return. Please follow those instructions carefully.

If the returns are examined, requests may be made for supporting documentation. Therefore,
we recommend that you retain all pertinent records for at least seven years.

In order that we may properly advise you of tax considerations, please keep us informed of any
significant changes in your financial affairs or of any correspondence received from taxing
authorities.

If you have any questions, or if we can be of assistance in any way, please call.

Sincerely,

Boyum & Barenscheer PLLP

501845

# Filing  Instructions

## Fair State Brewing Cooperative

## Form  1120-C

## U.S. Income Tax Return for Cooperative  Associations

## Taxable Year Ended December 31, 2022

**Date Due:** October 16, 2023

**Remittance:** None is required. No amount is due or overpaid.

**Mail To:** Department of the Treasury
Internal Revenue Service Center
Ogden, UT 84201-0012

**Signature:** The return should be signed and dated by an authorized officer of the
corporation.

Form **7004**

(Rev. December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.

▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| | |
|---|---|
| Name | Identifying number |
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

**Print or Type**

Number, street, and room or suite no. (If P.O. box, see instructions.)

2075 ELLIS AVE N

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)

SAINT PAUL       MN 55114

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1   Enter the form code for the return listed below that this application is for ............................................. | 34

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

2   If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ................................................................................................................ ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ................................................................................................................ ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ............................. ▶ ☐

5a  The application is for calendar year 20 22 , or tax year beginning ................ , and ending ................

b   **Short tax year.** If this tax year is less than 12 months, check the reason:   ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions–attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax ...................................................................... | **6** | 0 |
| 7 | **Total** payments and credits. See instructions ............................................... | **7** | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions ..................................... | **8** | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.       Form **7004** (Rev. 12-2018)

501845

DAA

# Form 1120-C

**U.S. Income Tax Return for Cooperative Associations**

Department of the Treasury
Internal Revenue Service

For calendar year 2022 or tax year beginning                        , ending

Go to *www.irs.gov/Form1120C* for instructions and the latest information.

OMB No. 1545-0123

**2022**

**A  Check if:**

(1) Consolidated return (attach Form 851)  ☐

(2) Schedule M-3 (Form 1120) attached  ☐

(3) Form 1120 filed in previous tax year  ☐

Please type or print

**Name**  FAIR STATE BREWING COOPERATIVE

**Number, street, and room or suite no. If a P.O. box, see instr.**  2075 ELLIS AVE N

**City or town, state or province, country, and ZIP or foreign postal code**  SAINT PAUL    MN    55114

**B  Employer identification number**  32-0400422

**C  Check if:**

(1) Farmers' tax exempt cooperative  ☐

(2) Nonexempt cooperative  ☒

**D  Check if:   (1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change   **(5)** ☐ Amended return

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 4,359,912 | |
| | b Less return and allowances | | c Bal |
| 1c | | | 4,359,912 |
| 2 | Cost of goods sold (see instructions–attach Form 1125-A) | 2 | 3,059,553 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,300,359 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents and royalties | 6 | 101,317 |
| 7 | Capital gain net income (attach Schedule D (Form 1120)) | 7 | |
| 8 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 8 | −363 |
| 9 | Other income (see instructions—attach statement)    SEE STMT 1 | 9 | 232,437 |
| 10 | **Total income.** Add lines 3 through 9 | 10 | 1,633,750 |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 11 | Compensation of officers (attach Form 1125-E) | 11 | |
| 12 | Salaries and wages (less employment credits) | 12 | 838,648 |
| 13 | Bad debts | 13 | |
| 14 | Rents | 14 | 210,215 |
| 15 | Taxes and licenses | 15 | 176,958 |
| 16 | Interest (see instructions) | 16 | 230,473 |
| 17 | Charitable contributions    SEE STMT 2 | 17 | 0 |
| 18 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 18 | 340,202 |
| 19 | Advertising | 19 | |
| 20 | Pension, profit-sharing, etc., plans | 20 | 7,166 |
| 21 | Employee benefit programs | 21 | 94,808 |
| 22 | Section 199A(g) deduction (see instructions) | 22 | |
| 23 | Other deductions (attach statement)    SEE STMT 3 | 23 | −264,720 |
| 24 | **Total deductions.** Add lines 11 through 23 | 24 | 1,633,750 |
| 25a | Taxable income before adjustments and special deductions. Subtract line 24 from line 10 | 25a 0 | |
| b | Less: deductions and adjustments from Schedule H, line 5 | 25b | 25c |
| 26 | **Less: a** Net operating loss deduction (see instructions) | 26a | |
| | **b** Special deductions (Schedule C, line 24) | 26b | 26c |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____    Date _____    Title _____

May the IRS discuss this return with the preparer shown below? See instr.   ☒ Yes   ☐ No

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| NICHOLAS SWEDBERG | NICHOLAS SWEDBERG | 01/23/24 | | P01269214 |

Firm's name   BOYUM & BARENSCHEER PLLP

Firm's EIN   xxxx2096

Firm's address   3050 METRO DR STE 200
MINNEAPOLIS, MN    55425-1547

Phone no.   952-854-4244

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120-C** (2022)

DAA

501845

Case 24-30381   Doc 1   Filed 02/13/24   Entered 02/13/24 14:39:47   Desc Main
FAIR STATE BREWING COOPERATIVE   Document   Page 105 of 200   0400422

Form 1120-C (2022)                                                                 Page **2**

| | | | | |
|---|---|---|---|---|
| **27** | **Taxable income.** Subtract line 26c from line 25c. See instructions | | **27** | 0 |
| **28** | **Total tax** (Schedule J, line 9) | | **28** | 0 |
| **29** | Reserved for future use | | **29** | |

**Tax, Refundable Credits, and Payments**

| | | | | | |
|---|---|---|---|---|---|
| **30a** | 2021 overpayment credited to 2022 | **30a** | | | |
| **b** | 2022 estimated tax payments | **30b** | | | |
| **c** | 2022 refund applied for on Form 4466 | **30c** | ( ) | **d Bal** **30d** | |
| **e** | Tax deposited with Form 7004 | | | **30e** | |
| **f** | Credits: (1) Form 2439 _____ (2) Form 4136 _____ | | | **30f** | |
| **g** | Reserved for future use | | | **30g** | |
| **h** | Section 1383 adjustment (see instructions) | | | **30h** | |
| **i** | Reserved for future use | | **30i** | | **30j** |
| **31** | Estimated tax penalty. See instructions. Check if Form 2220 is attached | | | ☐ | **31** |
| **32** | **Amount owed.** If line 30j is smaller than the total of lines 28 and 31, enter amount owed | | | | **32** |
| **33** | **Overpayment.** If line 30j is larger than the total of lines 28 and 31, enter amount overpaid | | | | **33** |
| **34** | Enter amount of line 33 you want: **Credited to 2023 estimated tax** _____ **Refunded** | | | | **34** |

| **Schedule C** | **Dividends, Inclusions, and Special Deductions** (see instructions) | **(a)** Dividends and inclusions | **(b)** % | **(c)** Special deductions ((a) x (b)) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | See instructions | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid (see instructions) | | | |
| 19 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 13, 16, 21, and 22. Enter here and on page 1, line 26b | | | |

Form **1120-C** (2022)

DAA

Form 1120-C (2022)   FAIR STATE BREWING COOPERATIVE      32-0400422                              Page **3**

## Schedule G    Allocation of Patronage and Nonpatronage Income and Deductions

**Note:** Before completing Schedule G, see Schedule K, Question 14.

| | | | (a) Patronage | (b) Nonpatronage |
|---|---|---|---|---|
| 1 | Gross receipts or sales | 1 | 4,359,912 | |
| 2 | Cost of goods sold | 2 | 3,059,553 | |
| 3 | Gross profit. Subtract line 2 from line 1 | 3 | 1,300,359 | |
| 4 | Other income | 4 | 333,391 | |
| 5 | **Total income.** Combine lines 3 and 4 | 5 | 1,633,750 | |
| 6a | Section 199A(g) deduction (see instructions) | 6a | | |
| b | Other deductions | 6b | 2,599,688 | |
| c | Total deductions. Add lines 6a and 6b | 6c | 2,599,688 | |
| 7 | Taxable income before section 1382, NOL, and special deductions. Subtract line 6c from line 5 | 7 | −965,938 | |
| 8 | Deductions and adjustments under section 1382 from Schedule H, line 5 (see instructions) | 8 | | |
| 9a | Net operating loss deduction (attach statement) | 9a | | |
| b | Special deductions (see instructions) | 9b | | |
| 10 | **Taxable income.** Subtract the total of lines 8, 9a, and 9b from line 7 | 10 | −965,938 | 0 |
| 11 | Combined taxable income. Combine columns (a) and (b) of line 10. See instructions | 11 | | |
| 12 | Unused patronage loss (see instructions) | 12 | 4,311,358 | |
| 13 | Unused nonpatronage loss (see instructions) | 13 | | |

## Schedule H    Deductions and Adjustments Under Section 1382 (see instructions)

| | | | |
|---|---|---|---|
| 1 | Dividends paid on capital stock (section 521 cooperatives only) | 1 | |
| 2 | Nonpatronage income allocated to patrons (section 521 cooperatives only) | 2 | |
| 3 | Patronage dividends: | | |
| a | Money | 3a | |
| b | Qualified written notices of allocation | 3b | |
| c | Other property (except nonqualified written notices of allocation) | 3c | |
| d | Money or other property (except written notices of allocation) in redemption of nonqualified written notices of allocation | 3d | |
| 4 | Section 199A(g) deduction allocated to patrons (see instructions) | 4 | ( ) |
| 5 | **Total.** Combine lines 1 through 4. Enter here and on page 1, line 25b, and Schedule G, line 8 | 5 | |

## Schedule J    Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the cooperative is a member of a controlled group (attach Schedule O (Form 1120)). See instructions | ☐ | |
| 2 | Income tax (see instructions) | 2 | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | 0 |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 (attach Form 8912) | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | |
| 8 | Other taxes. Check if from:  ☐ Form 4255   ☐ Form 8611   ☐ Other (attach statement)   ☐ Form 8902 | 8 | |
| 9 | **Total tax.** Add lines 7 and 8. Enter here and on page 2, line 28 | 9 | 0 |

Form **1120-C** (2022)

DAA

Form 1120-C (2022)    FAIR STATE BREWING COOPERATIVE    32-0400422    Page **4**

## Schedule K    Other Information (see instructions)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: |  |  |  |
| **a** | ☐ Cash |  |  |  |
| **b** | ☒ Accrual |  |  |  |
| **c** | ☐ Other (specify) |  |  |  |
| **2** | See the instructions and enter the: |  |  |  |
| **a** | Business activity code no.    312120 |  |  |  |
| **b** | Business activity    BREWING |  |  |  |
| **c** | Product or service    BEER |  |  |  |
| **d** | Date of incorporation    01/28/2013 |  |  |  |
| **3** | Check the accounting method used to compute distributable patronage: |  |  |  |
| **a** | ☐ Book |  |  |  |
| **b** | ☒ Tax |  |  |  |
| **c** | ☐ Other (specify) |  |  |  |

**4** At the end of the tax year, did the cooperative own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) . . . . . . **X**
If "Yes," attach a statement showing: **(a)** name and employer identification number (EIN), **(b)** percentage owned, and **(c)** taxable income or (loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year.

**5** Is the cooperative a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . **X**
If "Yes," enter name and EIN of the parent corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6** At the end of the tax year, did any individual, partnership, corporation, estate, or trust own, directly or indirectly, 50% or more of the cooperative's voting stock? (For rules of attribution, see section 267(c).) . . . . . . . . . . . . . . . . . . . . . . **X**
If "Yes," attach a statement showing name and identifying number. Do not include any information already entered in **5** above. Enter percentage owned . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**7** Enter the cooperative's total assets. See instructions . . . . . . . . . . . . . $ 3,298,967

**8** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of stock of the cooperative entitled to vote, or **(b)** the total value of all classes of stock of the cooperative? . . . . . . . . . . . . . . . . . . . . . . . . . . **X**
If "Yes," enter: **(a)** Percentage owned and **(b)** Owner's country . . . . . . . . . . . . . .
**c** The cooperative may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter number of Forms 5472 attached

**9** Check this box if the cooperative issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

If checked, the cooperative may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

|  |  | Yes | No |
|---|---|---|---|
| **10** | Enter the amount of tax-exempt income received or accrued during the tax year (for example, interest or extraterritorial income)    $    0 |  |  |
| **11a** | Enter the number of foreign patrons at the end of the tax year |  |  |
| **b** | Enter the total amount of patronage distributions described in (or deducted under) IRC 1382(b) paid or allocated to foreign patrons . . . . . . . . . . . . . . .    0 |  |  |

**12** If the cooperative has an NOL for the tax year and is electing to forego the carryback period, check here. See instructions . . . . . . . . . . . . . . . . . . . . . . . . ☐
If filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**13** Enter the available NOL carryover from prior tax years. Do not reduce it by any deduction on page 1, line 26a.
Patronage . . . . . . . . . . . . . . . . . . . $ 3,345,420
Nonpatronage . . . . . . . . . . . . . . . . $

**14** Are the cooperative's total receipts (page 1, line 1a plus lines 4 through 9) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . **X**
If "Yes," the cooperative is not required to complete Schedules G, L, M-1, or M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year.
$ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**15** Enter the amount of outstanding nonqualified notices of allocation (attach statement)

**16** Does the cooperative have gross receipts of at least $500 million in any of the 3 preceding tax years? (see section 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . **X**
If "Yes," complete and attach Form 8991.

**17** Did the cooperative have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **X**

**18** Does the cooperative satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . **X**
**a** The cooperative owns a pass-through entity with current, or prior year carryover, excess business interest expense.
**b** The cooperative's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the cooperative has business interest expense.
**c** The cooperative is a tax shelter and the cooperative has business interest expense.
If "Yes" to any, complete and attach Form 8990.

Form **1120-C** (2022)

DAA

Form 1120-C (2022)    FAIR STATE BREWING COOPERATIVE    32-0400422      Page **5**

## Schedule L — Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | |
| 1 Cash | | 183,716 | | 95,641 | |
| 2a Trade notes and accounts receivable | 113,711 | | 280,021 | | |
| b Less allowance for bad debts | ( ) | 113,711 | ( ) | 280,021 | |
| 3 Inventories | | 701,702 | | 797,174 | |
| 4 Other current assets (attach statement) STMT 4 | | 64,967 | | 146,569 | |
| 5 Investments (see instructions) | | 2,091 | | 2,091 | |
| 6 Loans to shareholders | | | | | |
| 7 Mortgage and real estate loans | | | | | |
| 8a Buildings and other depreciable assets | 4,456,274 | | 4,930,874 | | |
| b Less accumulated depreciation | ( 2,569,704 ) | 1,886,570 | ( 3,108,918 ) | 1,821,956 | |
| 9a Depletable assets | | | | | |
| b Less accumulated depletion | ( ) | | ( ) | | |
| 10 Land (net of amortization) | | | | | |
| 11a Intangible assets (amortizable only) | 102,701 | | 200,450 | | |
| b Less accumulated amortization | ( 36,306 ) | 66,395 | ( 44,935 ) | 155,515 | |
| 12 Other assets (attach statement) | | | | | |
| 13 **Total assets** | | 3,019,152 | | 3,298,967 | |

### Liabilities and Capital

| | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 14 Accounts payable | | 181,430 | | 440,893 |
| 15 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 16 Other current liabilities (attach stmt.) STMT 5 | | 326,558 | | 401,068 |
| 17 Loans from shareholders | | | | |
| 18 Mortgages, notes, bonds payable in 1 year or more | | 2,027,383 | | 1,859,583 |
| 19 Other liabilities (attach statement) STMT 6 | | 986,389 | | 1,568,522 |
| 20 Capital stock: a Preferred stock | 426,600 | | 464,122 | |
|      b Common stock | | 426,600 | | 464,122 |
| 21 Additional paid-in capital | | | | 90,000 |
| 22 Patronage dividends allocated in noncash form | | 369,000 | | 634,000 |
| 23 Per-unit retains allocated in noncash form | | | | |
| 24 Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 Retained earnings—Unappropriated | | -1,298,208 | | -2,159,221 |
| 26 Adjustments to SH equity (attach stmt.) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 **Total liabilities and capital** | | 3,019,152 | | 3,298,967 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The cooperative may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -837,347 | 7 Income recorded on books this year not included in this tax return (itemize): | |
| 2 Federal income tax per books | | Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | STMT 9    362,393 | 362,393 |
|    STMT 7 | 1,280 | 8 Deductions in this tax return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted in this return (itemize): | | a Depreciation $ | |
| a Depreciation $ 205,403 | | b Charitable contributions $ | |
| b Charitable contributions $ 14,187 | |    STMT 10    1,097 | |
| c Travel and entertainment $ 10,022 | | | 1,097 |
|    STMT 8    969,945 | 1,199,557 | 9 Add lines 7 and 8 | 363,490 |
| 6 Add lines 1 through 5 | 363,490 | 10 Income (page 1, line 25a)—line 6 less line 9 | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -1,298,208 | 5 Distributions: a Cash | 23,666 |
| 2 Net income (loss) per books | -837,347 |      b Stock | |
| 3 Other increases (itemize): | |      c Property | |
| | | 6 Other decreases (itemize): | |
| | | 7 Add lines 5 and 6 | 23,666 |
| 4 Add lines 1, 2, and 3 | -2,135,555 | 8 Balance at end of year (line 4 less line 7) | -2,159,221 |

DAA

**Form 4797**

**Sales of Business Property**
**(Also Involuntary Conversions and Recapture Amounts**
**Under Sections 179 and 280F(b)(2))**
Attach to your tax return.
Go to *www.irs.gov/Form4797* for instructions and the latest information.

OMB No. 1545-0184

**2022**

Department of the Treasury
Internal Revenue Service

Attachment Sequence No. **27**

| Name(s) shown on return | Identifying number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| **2** (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| ASSET DISPOSAL VARIOUS | | 12/01/22 | | 3,706 | 4,069 | −363 |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | −363 |

Partnerships and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

### Part II  Ordinary Gains and Losses (see instructions)

| | | | |
|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **11** | Loss, if any, from line 7 | **11** | ( −363) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | −363 |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2022)

THERE ARE NO AMOUNTS FOR PAGE 2

DAA

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | 701,702 |
| **2** | Purchases | **2** | 1,475,609 |
| **3** | Cost of labor | **3** | 804,083 |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule)                    STMT 11 | **5** | 875,333 |
| **6** | **Total.** Add lines 1 through 5 | **6** | 3,856,727 |
| **7** | Inventory at end of year | **7** | 797,174 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 3,059,553 |

**9a** Check all methods used for valuing closing inventory:

   (i)   [X]  Cost

   (ii)  [ ]  Lower of cost or market

   (iii) [ ]  Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods    ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)    ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO     **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions    [ ] Yes   [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation    [ ] Yes   [X] No

**For Paperwork Reduction Act Notice, see instructions.**        Form **1125-A** (Rev. 11-2018)

DAA

| Form **3800** | **General Business Credit** | OMB No. 1545-0895 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/Form3800* for instructions and the latest information.<br>You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return. | **2022**<br>Attachment Sequence No. **22** |

| Name(s) shown on return | Identifying number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

**Part I   Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)**
(See instructions and complete Part(s) III before Parts I and II.)

| | | | |
|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked .................... | **1** | |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked | **2** | |
| 3 | Enter the applicable passive activity credits allowed for 2022. See instructions .......... | **3** | |
| 4 | Carryforward of general business credit to 2022. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | **4** | |
| | Check this box if the carryforward was changed or revised from the original reported amount .......... ☐ | | |
| 5 | Carryback of general business credit from 2023. Enter the amount from line 2 of Part III with box D checked. See instructions | **5** | |
| 6 | Add lines 1, 3, 4, and 5 ................................................ | **6** | |

**Part II   Allowable Credit**

| | | | |
|---|---|---|---|
| 7 | Regular tax before credits:<br>• Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 2.<br>• Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return.<br>• Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return. | **7** | 0 |
| 8 | Alternative minimum tax:<br>• Individuals. Enter the amount from Form 6251, line 11.<br>• Corporations. Enter -0-.<br>• Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54. | **8** | 0 |
| 9 | Add lines 7 and 8 ................................................... | **9** | |
| 10a | Foreign tax credit ............................... | **10a** | | |
| b | Certain allowable credits (see instructions) ......... | **10b** | | |
| c | Add lines 10a and 10b ................................................ | **10c** | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | 0 |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- | **12** | | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions | **13** | | |
| 14 | Tentative minimum tax:<br>• Individuals. Enter the amount from Form 6251, line 9<br>• Corporations. Enter -0-<br>• Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | **14** | 0 | |
| 15 | Enter the greater of line 13 or line 14 ....................................... | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- .......................... | **16** | |
| 17 | Enter the **smaller** of line 6 or line 16 ..................................... | **17** | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

**For Paperwork Reduction Act Notice, see separate instructions.**                    Form **3800** (2022)

Form 3800 (2022) FAIR STATE BREWING COOPERATIVE 32-0400422 Page **2**

| **Part II** | **Allowable Credit** *(continued)* | |
|---|---|---|

**Note:** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions | 18 | |
| 19 | Enter the greater of line 13 or line 18 | 19 | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | 20 | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | 21 | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | 22 | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked | **23** | |
| 24 | Enter the applicable passive activity credit allowed for 2022. See instructions | 24 | |
| 25 | Add lines 22 and 24 | 25 | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | 26 | 0 |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | 27 | 0 |
| 28 | Add lines 17 and 26 | 28 | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | 29 | 0 |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | 30 | |
| 31 | Reserved | 31 | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked | **32** | |
| 33 | Enter the applicable passive activity credits allowed for 2022. See instructions | 33 | |
| 34 | Carryforward of business credit to 2022. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach <br> Check this box if the carryforward was changed or revised from the original reported amount ☐ | 34 | 11,421 |
| 35 | Carryback of business credit from 2023. Enter the amount from line 5 of Part III with box D checked. See instructions | 35 | |
| 36 | Add lines 30, 33, 34, and 35 | 36 | 11,421 |
| 37 | Enter the **smaller** of line 29 or line 36 | 37 | |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. <br> Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return. <br> • Individuals. Schedule 3 (Form 1040), line 6. <br> • Corporations. Form 1120, Schedule J, Part I, line 5c. <br> • Estates and trusts. Form 1041, Schedule G, line 2b. | 38 | 0 |

Form **3800** (2022)

Form 3800 (2022)             Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

## Part III    General Business Credits or Eligible Small Business Credits (see instructions)

Complete a separate Part III for each box checked below. See instructions.

| | | | | |
|---|---|---|---|---|
| A | ☐ General Business Credit From a Non-Passive Activity | E | ☐ Reserved |
| B | ☐ General Business Credit From a Passive Activity | F | ☐ Reserved |
| C | ☒ General Business Credit Carryforwards | G | ☐ Eligible Small Business Credit Carryforwards |
| D | ☐ General Business Credit Carrybacks | H | ☐ Reserved |

**I**   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts
from all Parts III with box A or B checked. Check here if this is the consolidated Part III ............................................................................ ☐

| (a) Description of credit | (b) Enter EIN if claiming the credit from a pass through entity. | (c) Enter the appropriate amount. |
|---|---|---|

**Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity.

| | (a) Description of credit | | (b) | (c) |
|---|---|---|---|---|
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) | 1a | | |
| b | Advanced Manufacturing Production (Form 7207) | 1b | | |
| c | Increasing research activities (Form 6765) | 1c | | |
| d | Low-income housing (carryforward only) (see instructions) | 1d | | |
| e | Disabled access (Form 8826)* | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) | 1f | | |
| g | Indian employment (Form 8845) | 1g | | |
| h | Orphan drug (Form 8820) | 1h | | |
| i | New markets (Form 8874) | 1i | | |
| j | Small employer pension plan startup costs and auto-enrollment (Form 8881) | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882)* | 1k | | |
| l | Biodiesel, renewable diesel, and sustainable aviation fuels (attach Form 8864) | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) | 1m | | |
| n | Distilled spirits (Form 8906) | 1n | | |
| o | Nonconventional source fuel (carryforward only) | 1o | | |
| p | Energy efficient home (Form 8908) | 1p | | |
| q | Energy efficient appliance (carryforward only) | 1q | | |
| r | Alternative motor vehicle (Form 8910) | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) | 1s | | |
| t | Enhanced oil recovery credit (Form 8830) | 1t | | |
| u | Mine rescue team training (Form 8923) | 1u | | |
| v | Agricultural chemicals security (carryforward only) | 1v | | |
| w | Employer differential wage payments (Form 8932) | 1w | | |
| x | Carbon oxide sequestration (Form 8933) | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) | 1z | | |
| aa | Employee retention (Form 5884-A) | 1aa | | |
| bb | General credits from an electing large partnership (carryforward only) | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I | 2 | | |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) | 4a | | |
| b | Work opportunity (Form 5884) | 4b | | |
| c | Biofuel producer (Form 6478) | 4c | | |
| d | Low-income housing (Form 8586) | 4d | | |
| e | Renewable electricity production (Form 8835) | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | 11,421 |
| g | Qualified railroad track maintenance (Form 8900) | 4g | | |
| h | Small employer health insurance premiums (Form 8941) | 4h | | |
| i | Increasing research activities (Form 6765) | 4i | | |
| j | Employer credit for paid family and medical leave (Form 8994) | 4j | | |
| z | Other | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II | 5 | | 11,421 |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II | 6 | | 11,421 |

* See instructions for limitation on this credit.

Form **3800** (2022)

DAA

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2022** |
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.** Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return | Identifying number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

Business or activity to which this form relates

REGULAR DEPRECIATION

## Part I  Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,080,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,700,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 193,505 |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | **17** | 143,355 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

### Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| | **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only—see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|---|
| 19a | 3-year property | | | | | | |
| b | 5-year property | | | | | | |
| c | 7-year property | | | | | | |
| d | 10-year property | | | | | | |
| e | 15-year property | | | | | | |
| f | 20-year property | | | | | | |
| g | 25-year property | | | 25 yrs. | | S/L | |
| h | Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | | 27.5 yrs. | MM | S/L | |
| i | Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20a | Class life | | | | | S/L | |
| b | 12-year | | | 12 yrs. | | S/L | |
| c | 30-year | | | 30 yrs. | MM | S/L | |
| d | 40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 3,342 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 340,202 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.** Form **4562** (2022)

DAA

Form 4562 (2022)

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed?  ☒ Yes ☐ No  **24b** If "Yes," is the evidence written?  ☐ Yes ☒ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions ......... | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT 12 | | % | 59,655 | 31,895 | | | 3,342 | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........................ | | | | | | **28** | 3,342 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................................................ | | | | | | | **29** | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year ........ | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** | Was the vehicle available for personal use during off-duty hours? ..................... | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? ........... | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use? ........ | | | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............................................................................... | | X |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ................... | | X |
| **39** | Do you treat all use of vehicles by employees as personal use? .......................................................... | | X |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................................................. | | X |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions ........... | | X |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| SEE STATEMENT 13 | | 97,748 | | | 1,879 |
| **43** Amortization of costs that began before your 2022 tax year ................................................ | | | **43** | | 7,847 |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report ........................ | | | **44** | | 9,726 |

DAA

Form **4562** (2022)

## Charitable Contribution Carryover Worksheet

| Form **1120** | | | | | | **2022** |
|---|---|---|---|---|---|---|
| | For calendar year 2022 or tax year beginning | | | , ending | | |

| Name | Employer Identification Number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

### Contributions

| Preceding Tax Year | Excess Contributions | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| | | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 12/31/17 | 15,422 | | 15,422 | | | |
| 4th 12/31/18 | 11,821 | | 11,821 | | | 11,821 |
| 3rd 12/31/19 | 19,771 | | 19,771 | | | 19,771 |
| 2nd 12/31/20 | 46,439 | | 46,439 | | | 46,439 |
| 1st 12/31/21 | 27,142 | | 27,142 | | | 27,142 |
| Charitable Contribution Carryover To Current Year | | | 120,595 | | | |
| Current Year | 14,187 | | | | | 14,187 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 119,360 |

# Patronage Net Operating Loss Carryover Worksheet

| Form **1120-C** | | | | | **2022** |
|---|---|---|---|---|---|

For calendar year 2022 or tax year beginning , ending

| Name | Employer Identification Number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

| | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| **Preceding Taxable Year** | **Adj. To NOL Inc/(Loss) After Adj.** | **NOL Utilized (Income Offset)** | **Carryovers** | **Income Offset By NOL Carryback/ Carryover NOL Utilized** | **Carryover** |
| 20th 12/31/02 | | | | | |
| 19th 12/31/03 | | | | | |
| 18th 12/31/04 | | | | | |
| 17th 12/31/05 | | | | | |
| 16th 12/31/06 | | | | | |
| 15th 12/31/07 | | | | | |
| 14th 12/31/08 | | | | | |
| 13th 12/31/09 | | | | | |
| 12th 12/31/10 | | | | | |
| 11th 12/31/11 | | | | | |
| 10th 12/31/12 | | | | | |
| 9th 12/31/13 | | | | | |
| 8th 12/31/14 | −67,227 | 67,227 | | | |
| 7th 12/31/15 | 12,172 | −12,172 | | | |
| 6th 12/31/16 | 532,507 | −532,507 | | | |
| 5th 12/31/17 | −1,534,538 | 477,452 | 1,057,086 | | 1,057,086 |
| 4th 12/31/18 | −507,950 | | 507,950 | | 507,950 |
| 3rd 12/31/19 | −653,565 | | 653,565 | | 653,565 |
| 2nd 12/31/20 | −785,867 | | 785,867 | | 785,867 |
| 1st 12/31/21 | −340,952 | | 340,952 | | 340,952 |
| NOL Carryover Available To Current Year | | | 3,345,420 | | |
| Current Year | 0 −965,938 | | | | 965,938 |
| NOL Carryover Available To Next Year | | | | | 4,311,358 |

**Carryover Worksheet - Capital Gain (Loss) and Section 1231**

| Form **1120** | | | **2022** |
|---|---|---|---|
| | For calendar year 2022 or tax year beginning | , ending | |

| Name | Employer Identification Number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

## Net Capital Loss

| | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| **Preceding Tax Year** | **Net Capital Gain/(Loss)** | **Loss Utilized or C/B (Gains Offset)** | **Capital Loss Carryover** | **Gain Offset By Carryback/ Carryovers Utilized** | **Capital Loss Carryover** |
| 5th 12/31/17 | | | | | |
| 4th 12/31/18 | | | | | |
| 3rd 12/31/19 | | | | | |
| 2nd 12/31/20 | | | | | |
| 1st 12/31/21 | | | | | |
| Capital Loss Carryover Available To Current Year | | 0 | | | |
| Current Year | 0 | | | | 0 |
| Capital Loss Carryover Available To Next Year | | | | | 0 |

## Section 1231 Losses

| | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| **Preceding Tax Year** | **1231 Loss** | **Recaptured** | **Unrecaptured** | **Prior Losses Recaptured** | **Unrecaptured** |
| 5th 12/31/17 | | | | | |
| 4th 12/31/18 | | | | | |
| 3rd 12/31/19 | | | | | |
| 2nd 12/31/20 | | | | | |
| 1st 12/31/21 | 4,342 | | 4,342 | | 4,342 |
| 1231 Losses Available for Recapture in Current Year | | | 4,342 | | |
| Current Year | 363 | | | | 363 |
| 1231 Losses Available for Recapture in Next Year | | | | | 4,705 |

| Form **3800** | General Business Credit Carryover / Carryback Detail Wrk | **2022** |
|---|---|---|
| | For calendar year 2022 or tax year beginning                          , ending | |

| Name | Employer Identification Number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

## General Business Credit Carryover for Form 8846B

CREDIT FOR EMPLOYER SOCIAL SECURITY AND MEDICARE TAXES - POST 12/31/06

| Preceding Tax Year | Credit Amount Generated | Credit Amount Utilized | | Credit Carried Back to Prior Year | Credit Carryover to Next Year |
|---|---|---|---|---|---|
| | | Prior Year | Current Year | | |
| 20th 12/31/02 | | | | | |
| 19th 12/31/03 | | | | | |
| 18th 12/31/04 | | | | | |
| 17th 12/31/05 | | | | | |
| 16th 12/31/06 | | | | | |
| 15th 12/31/07 | | | | | |
| 14th 12/31/08 | | | | | |
| 13th 12/31/09 | | | | | |
| 12th 12/31/10 | | | | | |
| 11th 12/31/11 | | | | | |
| 10th 12/31/12 | | | | | |
| 9th 12/31/13 | | | | | |
| 8th 12/31/14 | | | | | |
| 7th 12/31/15 | | | | | |
| 6th 12/31/16 | | | | | |
| 5th 12/31/17 | 11,421 | | | | 11,421 |
| 4th 12/31/18 | | | | | |
| 3rd 12/31/19 | | | | | |
| 2nd 12/31/20 | | | | | |
| 1st 12/31/21 | | | | | |
| Current Year | 0 | | 0 | | 0 |
| Total | 11,421 | | 0 | | |
| General Business Credit Carryover Available To Next Year | | | | | 11,421 |

## Credit Carryback for Form 8846

| Preceding Tax Year | Current Year | | Next Year |
|---|---|---|---|
| | Tax Available to be Offset | Tax Offset by Credit Carryback | Tax Available to be Offset |
| 5th | | | |
| 4th | | | |
| 3rd | | | |
| 2nd | | | |
| 1st | | | |
| Current Year | 0 | | 0 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

### Statement 1 - Form 1120-C, Page 1, Line 9 - Other Income

| Description | Amount |
|---|---|
| OTHER INCOME | $        232,437 |
| TOTAL | $        232,437 |

### Statement 2 - Form 1120-C, Page 1, Line 17 - Charitable Contributions

| Description | Amount |
|---|---|
| CHARITABLE GIVING | $ |
| CONTRIBUTIONS | 14,187 |
| CARRYOVER FROM PRIOR YEARS | 120,595 |
| TOTAL CONTRIBUTIONS AVAILABLE | 134,782 |
| LESS CONTRIBUTIONS DISALLOWED | 134,782 |
| LESS QCC DISALLOWED | 0 |
| TOTAL DEDUCTION ALLOWED | $           0 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

### Statement 3 - Form 1120-C, Page 1, Line 23 - Other Deductions

| Description | Amount |
|---|---|
| ACCOUNTING FEES | $ 44,176 |
| ADMINISTRATIVE EXPENSES | 28,639 |
| BANK AND CREDIT CARD CHARGES | 41,423 |
| CONSULTING | 1,013 |
| DATA PROCESSING | 8,833 |
| INSURANCE | 31,804 |
| LEGAL FEES | 9,066 |
| MISCELLANEOUS | 38,053 |
| OTHER EXPENSES | 53,695 |
| PAYROLL SERVICE FEES | 951 |
| POSTAGE | -276 |
| PROFESSIONAL DEVELOPMENT | 3,449 |
| PROMOTION EXPENSE | -10,325 |
| REPAIRS AND MAINTENANCE | 28,469 |
| SUPPLIES | 98,413 |
| TELEPHONE AND COMMUNICATIONS | 433 |
| UTILITIES | 46,435 |
| WEBSITE AND MOBILE APP | 156 |
| MEALS AND ENTERTAINMENT - 100 | 11,315 |
| 625 (CREATED BY IMPORT) | 60,982 |
| FREIGHT | 73,930 |
| COMPUTER EXPENSE | 26,235 |
| RESEARCH AND DEVELOPMENT | 35 |
| WORKERS COMPENSATION | 5,994 |
| PROGRAMMING | 56 |
| VEHICLE EXPENSE | 10,450 |
| TRAVEL | 31,544 |
| MARKETING | 10,004 |
| DUES AND SUBSCRIPTIONS | 11,825 |
| TRANSPORTATION EXPENSE | 3,600 |
| AMORTIZATION | 9,726 |
| 100% OF MEALS | 21,115 |
| PATRONAGE DEDUCTION LIMIT | -965,938 |
| TOTAL | $ -264,720 |

### Statement 4 - Form 1120-C, Page 5, Schedule L, Line 4 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| A/P DOWN PAYMENTS (CORP) | $ 7,857 | $ 16,346 |
| PREPAID EXPENSES | -9,906 | -11,491 |
| PREPAID INSURANCE | 23,469 | 18,807 |
| TAPROOM VENDOR KEG CREDIT (CO | 30 | 270 |
| SECURITY DEPOSITS (CORP) | 43,517 | 43,517 |
| UNDEPOSITED FUNDS (CORP) | | 79,120 |
| TOTAL | $ 64,967 | $ 146,569 |

501845 Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

### Statement 5 - Form 1120-C, Page 5, Schedule L, Line 16 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| ACCRUED EXPENSES | $ -6 | $ 6 |
| ACCRUED PAYROLL LIABILITIES | 7,339 | 4,777 |
| ACCRUED PROFIT SHARING | 7,718 | 13,405 |
| ACCRUED SALES TAX | | 898 |
| CREDIT CARDS PAYABLE | 103,906 | 110,516 |
| DEFERRED REVENUE | 50 | |
| CUSTOMER DEPOSITS | 81,896 | 97,862 |
| DIVVY (CORP) | 659 | 5,492 |
| EXCISE TAX PAYABLE (CORP) | | 17,420 |
| PAYROLL TAXES PAYABLE | 28,415 | 25,918 |
| ACCRUED SALARIES | 67,030 | 81,547 |
| LANDED COSTS ALLOCATION ACCT | -773 | -3,217 |
| GIFT CARD LIABILITY | 20,672 | 25,269 |
| DIVIDEND PAYABLE (CORP) | 9,652 | 21,495 |
| OTHER CURRENT LIABILITIES | | -1,131 |
| ACCRUED STATE TAXES | | 811 |
| TOTAL | $ 326,558 | $ 401,068 |

### Statement 6 - Form 1120-C, Page 5, Schedule L, Line 19 - Other Liabilities

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| AMEX LOAN (LOC) (CORP) | $ 7,205 | $ |
| EIDL (CORP) | 158,307 | 163,654 |
| KEG LOGISTICS KEG LEASE 2017 | 54,600 | 33,673 |
| PINNACLE CAPITAL - 2018 FERME | 19,019 | 5,854 |
| KEG LOGISTICS KEG LEASE 2018 | 68,939 | 45,481 |
| FINANCIAL PACIFIC - PACK LEAD | 32,290 | 19,430 |
| WELLS FARGO - FORKLIFT (CORP) | 14,538 | 9,004 |
| MARLIN - DO METER (CORP) | 9,664 | 2,863 |
| CP LOC 48480-1M (CORP) | 128,766 | 161,696 |
| PPP LOAN (CORP) | 357,611 | |
| KLC 2021 LOAN (CORP) | 119,838 | 96,022 |
| FS1 FORKLIFT LEASE - WELLS FA | 15,612 | 9,515 |
| KLC 2022 LOAN (CORP) | | 136,398 |
| BERNICKS HEMP LOAN | | 150,000 |
| FIN TECH LOAN (CORP) | | 455,889 |
| KLC LOAN 10726 | | 279,043 |
| TOTAL | $ 986,389 | $ 1,568,522 |

### Statement 7 - Form 1120-C, Page 5, Schedule M-1, Line 4 - Taxable Income Not on Books

| Description | Amount |
|---|---:|
| FORM 4797 BOOK/TAX DIFF | $ 1,280 |
| TOTAL | $ 1,280 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

### Statement 8 - Form 1120-C, Page 5, Schedule M-1, Line 5 - Expense on Books Not Deducted

| Description | Amount |
|---|---|
| PATRONAGE DEDUCTION LIMIT | $ 965,938 |
| FINES AND PENALTIES | 4,007 |
| TOTAL | $ 969,945 |

### Statement 9 - Form 1120-C, Page 5, Schedule M-1, Line 7 - Income on Books Not on Return

| Description | Amount |
|---|---|
| M-1 TAX EXEMPT PPP FORGIVENES | $ 362,393 |
| TOTAL | $ 362,393 |

### Statement 10 - Form 1120-C, Page 5, Sch M-1, Line 8 - Deductions on Return Not on Books

| Description | Amount |
|---|---|
| AMORTIZATION BOOK/TAX DIFF | $ 1,097 |
| TOTAL | $ 1,097 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# **Federal Statements**

### **Statement 11 - Form 1125-A, Line 5 - Other Costs**

| Description | Amount |
|---|---:|
| BREWERY CONSUMABLES (BREW) | $      53,241 |
| EMPLOYEE BENEFITS | 117,904 |
| FEDERAL EXCISE TAX (BREW) | 36,155 |
| FREIGHT | 17,102 |
| INSURANCE | 19,566 |
| MANUFACTURING VARIANCE | 5,602 |
| PAYROLL TAXES | 71,569 |
| UTILITIES | 116,553 |
| WA EXCISE AND LITTER TAXES (B | 203 |
| WI EXCISE TAX (BREW) | 1,297 |
| WORKERS COMPENSATION | 5,754 |
| SUPPLIES | 7,295 |
| SPOILAGE (BREW) | 52,775 |
| RENT | 164,089 |
| REPAIRS AND MAINTENANCE | 126,052 |
| PERSONAL PROPERTY/REAL ESTATE | 69,265 |
| PALLET EXPENSE (BREW) | 10,645 |
| IL EXCISE TAX (BREW) | 288 |
| OTHER COST OF SALES | -22 |
| TOTAL | $     875,333 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

**Regular Depreciation**

### Statement 12 - Form 4562, Part V, Line 26 - Property Used More Than 50% in Qualified Business

| Property Type | Date in Service | Busn Use % | Cost or Basis | Basis For Depr | Per | Meth | Deduct | Sec 179 |
|---|---|---|---|---|---|---|---|---|
| VAN | 8/29/14 | 100.00 | $ 2,500 | $ 1,250 | 5.0 | 200DBHY | $ | $ |
| 2015 FORD TRANSIT | 1/01/17 | 100.00 | 27,255 | 15,695 | 5.0 | 200DBHY | 2,075 | |
| 2010 TRANSIT | 1/31/19 | 100.00 | 3,000 | 1,500 | 5.0 | 200DBHY | | |
| VEHICLE | 7/01/19 | 100.00 | 26,900 | 13,450 | 5.0 | 200DBHY | 1,267 | |
| TOTAL | | | $ 59,655 | $ 31,895 | | | $ 3,342 | $ 0 |

## Regular Depreciation

### Statement 13 - Form 4562, Part VI, Line 42 - Amortization

| Description | Date Amortization Begins | Amortizable Amount | Code Section | Period/ Percent | Current Year Amortization |
|---|---|---|---|---|---|
| CHANNEL PARTNERS | 6/06/22 | $ 2,500 | 178 | 5.0 | $ 292 |
| IOU LOAN FEES | 12/12/22 | 94,749 | 178 | 5.0 | 1,579 |
| KLC ADVANCE 10726-A FEES | 12/01/22 | 499 | 178 | 5.0 | 8 |
| TOTAL | | $ 97,748 | | | $ 1,879 |

501845  Fair State Brewing Cooperative
32-0400422

# Federal Asset Report

FYE: 12/31/2022

## Form 1120, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| **5-year GDS Property:** | | | | | | | | | | | | |
| 180 | 584- 1/2 BBL Keg Shells, Knurled | 7/01/22 | 32,120 | | | X | 0 | 5 | HY | 200DB | 0 | 32,120 |
| 181 | 576 - 1/2 BBL Keg Shells, Despeared | 7/28/22 | 23,040 | | | X | 0 | 5 | HY | 200DB | 0 | 23,040 |
| 182 | Keg Wraps - 1,300 | 7/31/22 | 2,182 | | | X | 0 | 5 | HY | 200DB | 0 | 2,182 |
| 183 | Shipping for 20,000 lbs (24 pallets; 576 emp | 7/28/22 | 4,520 | | | X | 0 | 5 | HY | 200DB | 0 | 4,520 |
| 184 | Shipping for 40,000 lbs (pallets/empty kegs) | 7/01/22 | 3,600 | | | X | 0 | 5 | HY | 200DB | 0 | 3,600 |
| 185 | 782 1/2 BBL's | 7/21/22 | 24,414 | | | X | 0 | 5 | HY | 200DB | 0 | 24,414 |
| 186 | 576 - 1/2 BBL Repair w/Valve & Knurling | 7/28/22 | 15,588 | | | X | 0 | 5 | HY | 200DB | 0 | 15,588 |
| 190 | Production Equipment | 12/31/22 | 4,341 | | | X | 0 | 5 | HY | 200DB | 0 | 4,341 |
| | | | 109,805 | | | | 0 | | | | 0 | 109,805 |
| **7-year GDS Property:** | | | | | | | | | | | | |
| 175 | 15hp Glycol Pump | 3/31/22 | 6,452 | | | X | 0 | 7 | HY | 200DB | 0 | 6,452 |
| 176 | Brewsky 100 Variety Pack System | 6/09/22 | 16,547 | | | X | 0 | 7 | HY | 200DB | 0 | 16,547 |
| 178 | 90 BBL Fermentation Tank | 6/27/22 | 27,672 | | | X | 0 | 7 | HY | 200DB | 0 | 27,672 |
| 179 | 60 BBL Brite Tanks | 6/27/22 | 17,000 | | | X | 0 | 7 | HY | 200DB | 0 | 17,000 |
| | | | 67,671 | | | | 0 | | | | 0 | 67,671 |
| **10-year GDS Property:** | | | | | | | | | | | | |
| 172 | Flattop Display Freezer | 2/16/22 | 567 | | | X | 0 | 10 | HY | 200DB | 0 | 567 |
| 173 | Merchandiser Refrigerator | 2/16/22 | 3,240 | | | X | 0 | 10 | HY | 200DB | 0 | 3,240 |
| | | | 3,807 | | | | 0 | | | | 0 | 3,807 |
| **15-year GDS Property:** | | | | | | | | | | | | |
| 174 | Tap Room Expansion design fee | 3/21/22 | 12,222 | | | X | 0 | 15 | HY | S/L | 0 | 12,222 |
| | | | 12,222 | | | | 0 | | | | 0 | 12,222 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | Computers / pads | 8/29/14 | 1,247 | | | X | 624 | 5 | HY | 200DB | 1,247 | 0 |
| 2 | Original Cooperage | 8/29/14 | 9,673 | | | X | 4,836 | 7 | HY | 200DB | 9,673 | 0 |
| 4 | Forklift | 8/29/14 | 4,446 | | | X | 2,223 | 7 | HY | 200DB | 4,446 | 0 |
| 6 | Production Equipment | 8/29/14 | 297,842 | | | X | 148,921 | 7 | HY | 200DB | 297,842 | 0 |
| 7 | Chairs | 8/29/14 | 3,822 | | | X | 1,911 | 7 | HY | 200DB | 3,822 | 0 |
| 8 | SAC/permit/cooler work cold room storage | 8/29/14 | 19,257 | | | X | 9,629 | 7 | HY | 200DB | 19,257 | 0 |
| 9 | Plumbing | 8/29/14 | 22,554 | | | | 22,554 | 39 | MM | S/L | 3,687 | 578 |
| 10 | Sinks & Refrigerator | 8/29/14 | 3,114 | | | X | 1,557 | 7 | HY | 200DB | 3,114 | 0 |
| 11 | Sound Panels | 8/29/14 | 1,908 | | | X | 954 | 7 | HY | 200DB | 1,908 | 0 |
| 12 | Tables | 8/29/14 | 1,130 | | | X | 565 | 7 | HY | 200DB | 1,130 | 0 |
| 13 | Tent | 8/29/14 | 1,552 | | | X | 776 | 7 | HY | 200DB | 1,552 | 0 |
| 14 | Design Services | 8/29/14 | 50,000 | X | | X | 0 | 15 | HY | 150DB | 50,000 | 0 |
| 15 | Electrical | 8/29/14 | 50,991 | | | X | 25,495 | 15 | HY | 200DB | 50,991 | 0 |
| 16 | Improvements | 8/29/14 | 106,468 | | | X | 53,234 | 15 | HY | 150DB | 59,317 | 6,287 |
| 17 | Additional bill for Cold Room build Out Im | 1/01/15 | 5,115 | | | X | 3,138 | 15 | HY | S/L | 1,977 | 210 |
| 20 | 2015 Blending Tank (10 HL Tank) | 8/10/15 | 5,232 | X | | X | 0 | 7 | HY | 200DB | 4,698 | 534 |
| 21 | Improvements in basement for increasing ba | 10/12/15 | 11,705 | | | X | 7,624 | 15 | HY | S/L | 4,081 | 508 |
| 23 | Barrel Room Improvements | 1/01/16 | 2,523 | X | | X | 0 | 15 | HY | 150DB | 2,523 | 0 |
| 24 | Install double doors into Barrel Room in bas | 1/01/16 | 4,000 | X | | X | 0 | 15 | HY | 150DB | 4,000 | 0 |
| 25 | Additional payment for initial buildout | 1/01/16 | 5,115 | X | | X | 0 | 15 | HY | 150DB | 5,115 | 0 |
| 26 | Basement refinishing | 1/22/16 | 6,130 | X | | X | 0 | 15 | HY | 150DB | 6,130 | 0 |
| 27 | Dish Washer | 2/25/16 | 3,279 | X | | X | 0 | 7 | HY | 200DB | 3,279 | 0 |
| 28 | 2016 Transfer Pump | 2/28/16 | 2,923 | X | | X | 0 | 7 | HY | 200DB | 2,923 | 0 |
| 29 | Finishing basement | 3/03/16 | 4,700 | X | | X | 0 | 15 | HY | 150DB | 4,700 | 0 |
| 30 | Electrical work in basement | 3/18/16 | 6,042 | X | | X | 0 | 15 | HY | 150DB | 6,042 | 0 |
| 32 | Bottling Line | 6/01/16 | 39,873 | X | | X | 0 | 7 | HY | 200DB | 39,873 | 0 |
| 33 | 10 Used Barrels | 6/22/16 | 2,000 | X | | X | 0 | 7 | HY | 200DB | 2,000 | 0 |
| 34 | 2-Barrel Racks | 6/30/16 | 110 | X | | X | 0 | 7 | HY | 200DB | 110 | 0 |
| 35 | 2016 Blending Tank | 6/30/16 | 5,232 | X | | X | 0 | 7 | HY | 200DB | 5,232 | 0 |
| 36 | Air Compressor Upgrade I | 6/30/16 | 1,930 | X | | X | 0 | 7 | HY | 200DB | 1,930 | 0 |
| 37 | Electrical work to install mill/ dust collect | 8/26/16 | 2,750 | X | | X | 0 | 15 | HY | 150DB | 2,750 | 0 |
| 40 | Luminometer | 9/01/16 | 2,158 | X | | X | 0 | 5 | HY | 200DB | 2,158 | 0 |
| 41 | Grain Mill | 9/01/16 | 13,835 | X | | X | 0 | 7 | HY | 200DB | 13,835 | 0 |
| 42 | Used Neutral Red Wine Barrels | 9/21/16 | 1,200 | X | | X | 0 | 7 | HY | 200DB | 1,200 | 0 |

501845  Fair State Brewing Cooperative
32-0400422

**Federal Asset Report**

FYE: 12/31/2022

**Form 1120, Page 1**

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | Used 2-Barrel Racks | 9/30/16 | 825 | X | X | | 0 | 7 | HY | 200DB | 825 | 0 |
| 44 | 2016 Bright Tank | 9/30/16 | 16,234 | X | X | | 0 | 7 | HY | 200DB | 16,234 | 0 |
| 45 | 10 Barrels | 10/05/16 | 1,607 | X | X | | 0 | 7 | HY | 200DB | 1,607 | 0 |
| 46 | Air Compressor Upgrade II | 11/17/16 | 976 | X | X | | 0 | 5 | HY | 200DB | 976 | 0 |
| 47 | Printer from Amazon | 1/01/17 | 653 | | X | | 326 | 7 | HY | 200DB | 580 | 30 |
| 48 | 4 Used Wine Barrels | 1/20/17 | 857 | | X | | 428 | 7 | HY | 200DB | 761 | 39 |
| 49 | 1 MacBook Air | 2/02/17 | 915 | | X | | 457 | 5 | HY | 200DB | 889 | 26 |
| 50 | Back Bar Installation | 2/15/17 | 7,818 | | X | | 3,909 | 7 | HY | 200DB | 6,946 | 348 |
| 51 | 2 ipads and 2 keyboards | 2/21/17 | 1,792 | | X | | 896 | 5 | HY | 200DB | 1,741 | 51 |
| 52 | CROWLER Seamer | 2/28/17 | 3,960 | | X | | 1,980 | 7 | HY | 200DB | 3,518 | 177 |
| 53 | Cabinet under back bar tap | 3/01/17 | 2,100 | | X | | 1,050 | 7 | HY | 200DB | 1,866 | 93 |
| 54 | Upgrade 1 iPad to Cell capability | 3/17/17 | 136 | | X | | 68 | 5 | HY | 200DB | 132 | 4 |
| 55 | 2 iPads and 1 keyboard | 3/17/17 | 1,608 | | X | | 804 | 5 | HY | 200DB | 1,555 | 53 |
| 56 | Forklift | 3/30/17 | 7,275 | | X | | 3,638 | 5 | HY | 200DB | 7,065 | 210 |
| 57 | Density Meter | 3/31/17 | 2,644 | | X | | 1,322 | 7 | HY | 200DB | 2,349 | 118 |
| 58 | Scissor Lift | 4/30/17 | 8,016 | | X | | 4,008 | 7 | HY | 200DB | 7,121 | 358 |
| 59 | 30 BBL Brewhouse | 4/30/17 | 644,989 | | X | | 322,495 | 7 | HY | 200DB | 573,034 | 28,782 |
| 60 | Boiler & Chiller | 4/30/17 | 296,465 | | X | | 148,232 | 7 | HY | 200DB | 263,391 | 13,230 |
| 61 | Centrifuge | 4/30/17 | 132,250 | | X | | 66,125 | 7 | HY | 200DB | 117,496 | 5,902 |
| 62 | Cold Room | 4/30/17 | 97,915 | | X | | 48,957 | 7 | HY | 200DB | 86,992 | 4,369 |
| 63 | Sour Fermenters | 4/30/17 | 36,000 | | X | | 18,000 | 7 | HY | 200DB | 31,984 | 1,606 |
| 68 | Keg Washer | 4/30/17 | 20,560 | | X | | 10,280 | 7 | HY | 200DB | 18,266 | 918 |
| 69 | Water Filter - Move to CAPEX | 4/30/17 | 17,467 | | X | | 8,734 | 7 | HY | 200DB | 15,518 | 780 |
| 70 | HT-177-05 Liquor Tank 1 | 4/30/17 | 12,563 | | X | | 6,281 | 7 | HY | 200DB | 11,162 | 560 |
| 71 | HT-110-05P Liquor Tank 2 | 4/30/17 | 11,683 | | X | | 5,841 | 7 | HY | 200DB | 10,380 | 521 |
| 72 | Brewery supplies | 4/30/17 | 10,382 | | X | | 5,191 | 7 | HY | 200DB | 9,224 | 463 |
| 73 | Piping etc. | 4/30/17 | 7,944 | | X | | 3,972 | 7 | HY | 200DB | 7,057 | 355 |
| 74 | Pumps & Hoses | 4/30/17 | 6,865 | | X | | 3,432 | 7 | HY | 200DB | 6,099 | 306 |
| 75 | Transfer pipes | 4/30/17 | 4,710 | | X | | 2,355 | 7 | HY | 200DB | 4,185 | 210 |
| 76 | Hoses | 4/30/17 | 699 | | X | | 350 | 7 | HY | 200DB | 621 | 31 |
| 77 | Chemical pumps | 4/30/17 | 312 | | X | | 156 | 7 | HY | 200DB | 277 | 14 |
| 78 | Sinks | 4/30/17 | 1,994 | | X | | 997 | 7 | HY | 200DB | 1,771 | 89 |
| 79 | Security | 5/01/17 | 11,752 | | X | | 5,876 | 7 | HY | 200DB | 10,441 | 524 |
| 80 | Design & Engineering | 5/01/17 | 38,271 | | X | | 19,135 | 7 | HY | 200DB | 34,002 | 1,707 |
| 81 | Plumbing | 5/01/17 | 170,115 | | X | | 85,057 | 7 | HY | 200DB | 151,137 | 7,591 |
| 82 | Loeffler 2077 Buildout | 5/01/17 | 908,408 | | X | | 454,204 | 7 | HY | 200DB | 807,065 | 40,537 |
| 83 | Box truck | 5/30/17 | 8,616 | | X | | 4,308 | 5 | HY | 200DB | 8,368 | 248 |
| 84 | Canning Line | 5/30/17 | 171,071 | | X | | 85,535 | 7 | HY | 200DB | 151,986 | 7,634 |
| 85 | Date Code Printer | 5/30/17 | 10,316 | | X | | 5,158 | 7 | HY | 200DB | 9,165 | 460 |
| 86 | 4.5'x120' Conveyor | 5/30/17 | 4,000 | | X | | 2,000 | 7 | HY | 200DB | 3,554 | 178 |
| 87 | Lab Equipment and Glassware | 5/31/17 | 241 | | X | | 120 | 7 | HY | 200DB | 214 | 11 |
| 88 | Fixed Angle Rotor + Adaptors | 5/31/17 | 729 | | X | | 365 | 7 | HY | 200DB | 648 | 32 |
| 89 | Fixed Angle Rotor | 5/31/17 | 1,045 | | X | | 523 | 7 | HY | 200DB | 928 | 47 |
| 90 | Initial pipettes | 5/31/17 | 1,278 | | X | | 639 | 7 | HY | 200DB | 1,135 | 57 |
| 91 | pH Meter | 5/31/17 | 1,356 | | X | | 678 | 7 | HY | 200DB | 1,205 | 60 |
| 92 | Vacuum Pump/ Lab Equip | 5/31/17 | 2,114 | | X | | 1,057 | 7 | HY | 200DB | 1,879 | 94 |
| 93 | Centrifuge | 5/31/17 | 2,212 | | X | | 1,106 | 7 | HY | 200DB | 1,965 | 99 |
| 94 | 2 Incubators/ Hot Plate | 5/31/17 | 2,634 | | X | | 1,317 | 7 | HY | 200DB | 2,340 | 117 |
| 95 | (14) 53-gal used white oak bourbon barrels | 6/16/17 | 3,010 | | X | | 1,505 | 7 | HY | 200DB | 2,674 | 67 |
| | Out Of Service: 1/01/22 | | | | | | | | | | | |
| 96 | Chairs | 6/16/17 | 3,112 | | X | | 1,556 | 7 | HY | 200DB | 2,765 | 69 |
| | Mass Sale: 12/01/22 | | | | | | | | | | | |
| 97 | 56 Barrels | 6/30/17 | 3,640 | | X | | 1,820 | 7 | HY | 200DB | 3,234 | 81 |
| | Out Of Service: 1/01/22 | | | | | | | | | | | |
| 98 | Brewery Supplies II | 6/30/17 | 7,945 | | X | | 3,972 | 7 | HY | 200DB | 7,059 | 355 |
| 99 | Initial glassware (Inv 1115882) | 6/30/17 | 255 | | X | | 128 | 7 | HY | 200DB | 226 | 12 |
| 100 | Sterimax Sterilizer | 6/30/17 | 957 | | X | | 478 | 7 | HY | 200DB | 851 | 21 |
| | Mass Sale: 12/01/22 | | | | | | | | | | | |
| 101 | PCR Workstation | 6/30/17 | 2,567 | | X | | 1,284 | 7 | HY | 200DB | 2,281 | 114 |
| 102 | Duraline Lab Equipment | 6/30/17 | 2,802 | | X | | 1,401 | 7 | HY | 200DB | 2,489 | 125 |
| 103 | Printer | 7/05/17 | 291 | | X | | 146 | 7 | HY | 200DB | 259 | 13 |
| 104 | 10 Barrels (53 gallon used white oak bourbo | 7/15/17 | 2,150 | | X | | 1,075 | 7 | HY | 200DB | 1,910 | 48 |
| | Out Of Service: 1/01/22 | | | | | | | | | | | |
| 105 | 53 Racks from Paul O'Brien Winery | 7/15/17 | 1,325 | | X | | 662 | 7 | HY | 200DB | 1,166 | 64 |
| 106 | 6 Barrels (53 gallon used white oak bourbon | 7/15/17 | 690 | | X | | 345 | 7 | HY | 200DB | 613 | 15 |
| | Out Of Service: 1/01/22 | | | | | | | | | | | |
| 107 | 5 Racks - Newer 7' double-bar | 7/15/17 | 575 | | X | | 287 | 7 | HY | 200DB | 511 | 26 |
| 108 | 3 Racks - 7' double-bar | 7/15/17 | 180 | | X | | 90 | 7 | HY | 200DB | 160 | 8 |
| 109 | 1 Computer | 9/21/17 | 1,432 | | X | | 716 | 5 | HY | 200DB | 1,391 | 41 |
| 110 | Canning Line Upgrade | 9/30/17 | 1,275 | | X | | 0 | 7 | HY | 200DB | 1,275 | 0 |
| 111 | IKEA | 9/30/17 | 2,460 | | X | | 0 | 7 | HY | 200DB | 2,460 | 0 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Asset Report
## Form 1120, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | Transfer Lines II | 10/31/17 | 4,330 | | | X | 0 | 7 | HY | 200DB | 4,330 | 0 |
| 113 | Pallet Racks | 10/31/17 | 2,102 | | | X | 0 | 7 | HY | 200DB | 2,102 | 0 |
| 114 | Benching | 11/30/17 | 6,840 | | | X | 0 | 7 | HY | 200DB | 6,840 | 0 |
| 115 | Leaseback: 30 Half Barrel Kegs/ 60 Half Ba | 12/31/17 | 145,410 | | | X | 37,850 | 7 | HY | 200DB | 107,560 | 15,140 |
| 116 | 2x900 BBL Ferms (capital Lease) | 4/30/18 | 66,958 | | | X | 0 | 7 | MQ | 200DB | 66,958 | 0 |
| 117 | DO Meter | 4/30/18 | 25,650 | | | X | 0 | 7 | MQ | 200DB | 25,650 | 0 |
| 118 | 5 Mt. Gay Rum Barrels | 7/20/18 | 1,587 | | | X | 0 | 7 | MQ | 200DB | 1,587 | 0 |
| 119 | Pallet Racks | 7/23/18 | 1,962 | | | X | 0 | 7 | MQ | 200DB | 1,962 | 0 |
| 120 | DBO Laptop | 9/18/18 | 1,402 | | | X | 0 | 7 | MQ | 200DB | 1,402 | 0 |
| 122 | Leasebak 222 Sixth Barrel Kegs, 648 Half E | 11/09/18 | 125,996 | | | X | 0 | 7 | MQ | 200DB | 125,996 | 0 |
| 123 | Dir of Sales Laptop | 11/30/18 | 1,160 | | | X | 0 | 5 | MQ | 200DB | 1,160 | 0 |
| 124 | 13 Apple Brandy Barrels | 11/30/18 | 3,893 | | | X | 0 | 7 | MQ | 200DB | 3,893 | 0 |
| 125 | 20 Bourbon Barrels, 38 barrel racks | 12/31/18 | 4,405 | | | X | 0 | 7 | MQ | 200DB | 4,405 | 0 |
| | Out Of Service:  1/01/22 | | | | | | | | | | | |
| 126 | 12 used whiskey barrels | 1/30/19 | 900 | | | X | 0 | 5 | HY | 200DB | 900 | 0 |
| 129 | Sample Valves for tanks | 1/31/19 | 1,402 | | | X | 0 | 7 | HY | 200DB | 1,402 | 0 |
| 130 | Spend grain valve | 2/28/19 | 1,189 | | | X | 0 | 7 | HY | 200DB | 1,189 | 0 |
| 131 | Dishwasher | 2/28/19 | 4,522 | | | X | 0 | 7 | HY | 200DB | 4,522 | 0 |
| 132 | Dryer for Air Compressor | 3/31/19 | 1,743 | | | X | 0 | 7 | HY | 200DB | 1,743 | 0 |
| 133 | Cage for lab beer | 3/31/19 | 1,284 | | | X | 0 | 7 | HY | 200DB | 1,284 | 0 |
| 134 | Laptop | 4/16/19 | 1,074 | | | X | 0 | 5 | HY | 200DB | 1,074 | 0 |
| 135 | 4 legent Boubon Barrels | 5/24/19 | 700 | | | X | 0 | 5 | HY | 200DB | 700 | 0 |
| 136 | Slushie Machine | 5/31/19 | 1,266 | | | X | 0 | 7 | HY | 200DB | 1,266 | 0 |
| 137 | Pack Leader Labeler | 6/30/19 | 28,182 | | | X | 0 | 7 | HY | 200DB | 28,182 | 0 |
| 138 | Rain Garden Enhancements | 9/05/19 | 8,958 | | | X | 0 | 15 | HY | 150DB | 8,958 | 0 |
| 139 | 3rd Brite Tank | 10/08/19 | 40,539 | | | X | 0 | 7 | HY | 200DB | 40,539 | 0 |
| 140 | Canning Line Conveyance | 10/08/19 | 2,103 | | | X | 0 | 7 | HY | 200DB | 2,103 | 0 |
| 142 | Barrels | 6/30/19 | 1,907 | | | X | 0 | 5 | HY | 200DB | 1,907 | 0 |
| 143 | 4 Weller Bourbon Barrels | 1/08/20 | 1,030 | | | X | 0 | 5 | MQ | 200DB | 1,030 | 0 |
| 144 | Laptop Sarah Williams | 1/31/20 | 1,074 | | | X | 0 | 5 | MQ | 200DB | 1,074 | 0 |
| 145 | Merch Display | 3/31/20 | 1,074 | | | X | 0 | 7 | MQ | 200DB | 1,074 | 0 |
| 146 | 2020 Tent | 6/30/20 | 1,107 | | | X | 0 | 7 | MQ | 200DB | 1,107 | 0 |
| 147 | Refurbished taproom tables | 7/31/20 | 2,600 | | | X | 0 | 7 | MQ | 200DB | 2,600 | 0 |
| 148 | Taproom COVID upgrades | 7/31/20 | 2,335 | | | X | 0 | 7 | MQ | 200DB | 2,335 | 0 |
| 149 | Lake Monster Fermenter | 7/31/20 | 24,640 | | | X | 0 | 7 | MQ | 200DB | 24,640 | 0 |
| 150 | Grain Silo | 7/31/20 | 76,708 | | | X | 0 | 7 | MQ | 200DB | 76,708 | 0 |
| 151 | Case Packer | 10/15/20 | 135,130 | | | X | 0 | 7 | MQ | 200DB | 135,130 | 0 |
| 152 | Semi-Auto Crowler Line | 12/05/20 | 27,309 | | | X | 0 | 7 | MQ | 200DB | 27,309 | 0 |
| 153 | Production Equipment - @ head | 8/29/14 | 12,500 | | | X | 6,250 | 7 | HY | 200DB | 12,500 | 0 |
| 154 | Pallets Racks - DHM | 3/23/21 | 3,488 | | | X | 0 | 7 | HY | 200DB | 3,488 | 0 |
| 155 | 3 Digital Flow Meter & Totalizer | 4/30/21 | 2,997 | | | X | 0 | 7 | HY | 200DB | 2,997 | 0 |
| 156 | New Piping for silo | 4/30/21 | 10,995 | | | X | 0 | 7 | HY | 200DB | 10,995 | 0 |
| 157 | 4 of 60bbl fermentors 6' dry hop port | 4/30/21 | 70,265 | | | X | 0 | 7 | HY | 200DB | 70,265 | 0 |
| 159 | 3-100 Gallon Hopback | 4/30/21 | 7,902 | | | X | 0 | 7 | HY | 200DB | 7,902 | 0 |
| 160 | 3 each EPDM-Brewers Hose with TC ends | 4/30/21 | 1,125 | | | X | 0 | 7 | HY | 200DB | 1,125 | 0 |
| 161 | 6 spout gravity filler-4 spout rinser | 4/30/21 | 1,867 | | | X | 0 | 7 | HY | 200DB | 1,867 | 0 |
| 162 | Electrical and Rigging | 4/30/21 | 23,000 | | | X | 0 | 7 | HY | 200DB | 23,000 | 0 |
| 163 | 10bbl uni-tank fermentation vessel | 4/30/21 | 8,021 | | | X | 0 | 7 | HY | 200DB | 8,021 | 0 |
| 164 | 7 bbl 36" standard 1 CIP blow off with spray | 4/30/21 | 11,856 | | | X | 0 | 7 | HY | 200DB | 11,856 | 0 |
| 165 | Pallet  Racking-Lagersmith | 6/30/21 | 3,945 | | | X | 0 | 7 | HY | 200DB | 3,945 | 0 |
| 166 | Fill Head - Wild Goose | 6/30/21 | 21,055 | | | X | 0 | 7 | HY | 200DB | 21,055 | 0 |
| 167 | Forklift | 6/30/21 | 18,000 | | | X | 0 | 5 | HY | 200DB | 18,000 | 0 |
| 168 | CIP Skid from Pryes | 8/30/21 | 7,500 | | | X | 0 | 7 | HY | 200DB | 7,500 | 0 |
| 171 | 3 each pressure relief valve | 4/30/21 | 1,134 | | | X | 0 | 7 | HY | 200DB | 1,134 | 0 |
| | | | 4,395,015 | | | | 1,680,968 | | | | 3,979,791 | 143,355 |

**Other  Depreciation:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | Freight for Brewsky System | 12/31/22 | 286,610 | | | | 286,610 | 0 | -- | Memo | 0 | 0 |
| | **Total Other Depreciation** | | 286,610 | | | | 286,610 | | | | 0 | 0 |
| | **Total ACRS and Other Depreciation** | | 286,610 | | | | 286,610 | | | | 0 | 0 |

**Listed  Property:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Van | 8/29/14 | 2,500 | | X | | 1,250 | 5 | HY | 200DB | 2,284 | 0 |
| 22 | 2015 Ford Transit | 1/01/17 | 27,255 | | X | | 15,695 | 5 | HY | 200DB | 24,860 | 2,075 |
| 128 | 2010 Transit | 1/31/19 | 3,000 | | X | | 1,500 | 5 | HY | 200DB | 3,000 | 0 |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Asset Report
## Form 1120, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| 141 | Vehicle | 7/01/19 | 26,900 | | | X | 13,450 | 5 | HY | 200DB | 23,732 | 1,267 |
| | | | 59,655 | | | | 31,895 | | | | 53,876 | 3,342 |

**Amortization:**

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| 177 | Channel Partners | 6/06/22 | 2,500 | | | | 2,500 | 5 | MO | Amort | 0 | 292 |
| 187 | IOU Loan Fees | 12/12/22 | 94,749 | | | | 94,749 | 5 | MO | Amort | 0 | 1,579 |
| 188 | KLC Advance 10726-A Fees | 12/01/22 | 499 | | | | 499 | 5 | MO | Amort | 0 | 8 |
| 17 | Organizational  Expenses | 8/29/14 | 3,152 | | | | 3,152 | 15 | MO | Amort | 1,541 | 210 |
| 18 | Startup Costs | 8/29/14 | 39,608 | | | | 39,608 | 15 | MO | Amort | 19,364 | 2,641 |
| 121 | Live Oak Loan Fees | 11/07/18 | 59,941 | | | | 59,941 | 12 | MO | Amort | 15,401 | 4,996 |
| | | | 200,449 | | | | 200,449 | | | | 36,306 | 9,726 |

| | | | | | | | | | | | | |
|-------|-------------|-----------------|------|-------|---------|-------|----------------|-----|------|------|-------|---------|
| | **Grand Totals** | | 5,135,234 | | | | 2,199,922 | | | | 4,069,973 | 349,928 |
| | **Less: Dispositions and Transfers** | | 4,069 | | | | 2,034 | | | | 3,616 | 90 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 5,131,165 | | | | 2,197,888 | | | | 4,066,357 | 349,838 |

| Form **1120-C** | **Two Year Comparison Worksheet Page 1** | **2021 & 2022** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

| | | **2021** | **2022** | **Differences** |
|---|---|---|---|---|
| **Income** | Gross profit percentage | 32.7192 | 29.8253 | -2.8939 |
| | Gross receipts less returns and allowances | 4,698,846 | 4,359,912 | -338,934 |
| | Cost of goods sold | 3,161,422 | 3,059,553 | -101,869 |
| | Gross profit | 1,537,424 | 1,300,359 | -237,065 |
| | Dividends | | | |
| | Interest | | | |
| | Gross rents and royalties | 99,508 | 101,317 | 1,809 |
| | Capital gain net income from Schedule D | | | |
| | Net gain or (loss) from Form 4797 | 32,799 | -363 | -33,162 |
| | Other income | 155,226 | 232,437 | 77,211 |
| | **Total income** | 1,824,957 | 1,633,750 | -191,207 |
| **Deductions** | Compensation of officers | | | |
| | Salaries and wages less employment credits | 396,234 | 838,648 | 442,414 |
| | Bad debts | 6,830 | | -6,830 |
| | Rents | 183,008 | 210,215 | 27,207 |
| | Taxes and licenses | 142,923 | 176,958 | 34,035 |
| | Interest | 167,577 | 230,473 | 62,896 |
| | Charitable contributions | | | |
| | Depreciation | 363,264 | 340,202 | -23,062 |
| | Advertising | 1,250 | | -1,250 |
| | Pension, profit-sharing, etc., plans | 5,956 | 7,166 | 1,210 |
| | Employee benefit programs | 73,231 | 94,808 | 21,577 |
| | Domestic production activities deduction | | | |
| | Other deductions | 484,684 | -264,720 | -749,404 |
| | **Total deductions** | 1,824,957 | 1,633,750 | -191,207 |
| | **Taxable income before Sec 1382, NOL & special deductions** | | | |
| | Deductions and adjustments under Section 1382 | | | |
| | Net operating loss | | | |
| | Special deductions | | | |
| **Tax and Credits** | **Taxable income** | | | |
| | Income tax | 0 | 0 | 0 |
| | Base erosion minimum tax | | | |
| | Foreign tax credit | | | |
| | Credit from Form 8834 | | | |
| | General business credit | | | |
| | Credit for prior year minimum tax | | | |
| | Bond credits | | | |
| | Other taxes | | | |
| | **Total tax** (Including additional taxes) | 0 | 0 | 0 |
| | Net 965 tax liability paid | 0 | | |

| Form **1120-C** | **Two Year Comparison Worksheet Page 2** | **2021 & 2022** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 |

| | | **2021** | **2022** | **Differences** |
|---|---|---|---|---|
| **Payments and Refundable Credits** | Prior year overpayment credited to current year | | | |
| | Current year estimated tax payments | | | |
| | Refund applied for on Form 4466 | ( )( | ) | |
| | Tax deposited with Form 7004 | | | |
| | Withholding | | | |
| | Credit from Form 2439 | | | |
| | Credit from Form 4136 | | | |
| | Refundable credits | | | |
| | Section 1383 adjustment | | | |
| | **Total payments and credits** | | | |
| **Tax Due or Refund** | **Tax due (overpayment)** | | | |
| | Estimated tax penalty from Form 2220 | | | |
| | Penalties and interest | | | |
| | **Net tax due (overpayment)** | | | |
| | **Amount of overpayment credited to next year's tax** | | | |
| | **Amount of overpayment refunded** | | | |
| **Sch L** | Beginning assets | 3,367,722 | 3,019,152 | −348,570 |
| | Beginning liabilities and equity | 3,367,722 | 3,019,152 | −348,570 |
| | Ending assets | 3,019,152 | 3,298,967 | 279,815 |
| | Ending liabilities and equity | 3,019,152 | 3,298,967 | 279,815 |
| **Sch M-1** | Net income (loss) per books | −585,536 | −837,347 | −251,811 |
| | Federal income tax per books | | | |
| | Excess of capital losses over capital gains | | | |
| | Taxable income not on books | 31,698 | 1,280 | −30,418 |
| | Book expenses not deducted | 571,838 | 1,199,557 | 627,719 |
| | Income on books not on return | 18,000 | 362,393 | 344,393 |
| | Return deductions not on books | | 1,097 | 1,097 |
| | Income per return | 0 | 0 | 0 |
| **Sch M-2** | Beginning of year balance | −710,439 | −1,298,208 | −587,769 |
| | Net income (loss) per books | −585,536 | −837,347 | −251,811 |
| | Other increases | | | |
| | Cash distributions | 2,233 | 23,666 | 21,433 |
| | Stock distributions | | | |
| | Property distributions | | | |
| | Other decreases | | | |
| | Balance at end of year | −1,298,208 | −2,159,221 | −861,013 |
| **Sch M-3** | Total income (loss) items: | | | |
| |   Income (loss) per income statement | | | |
| |   Temporary difference | | | |
| |   Permanent difference | | | |
| |   Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| |   Expense per income statement | | | |
| |   Temporary difference | | | |
| |   Permanent difference | | | |
| |   Deduction per tax return | | | |
| | Other items with no differences: | | | |
| |   Income (loss) per income statement | | | |
| |   Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| |   Income (loss) per income statement | | | |
| |   Temporary difference | | | |
| |   Permanent difference | | | |
| |   Income (loss) per tax return | | | |

501845  Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

### Form 1120-C, Page 1, Line 1a - Gross Receipts

| Description | Amount |
|---|---|
| GROSS RECEIPTS | $ 4,359,912 |
| TOTAL | $ 4,359,912 |

### Form 1120-C, Page 1, Line 6 - Gross Rents and Royalties

| Description | Amount |
|---|---|
| RENTAL INCOME (CORP) | $ 101,317 |
| TOTAL | $ 101,317 |

### Form 1120-C, Page 1, Line 15 - Taxes and Licenses

| Description | Amount |
|---|---|
| SALES TAX EXPENSE | $ 1,675 |
| PROPERTY TAXES | 48,692 |
| ENTERTAINMENT TAX (TAP) | 1,664 |
| OTHER TAXES (CORP) | 2,553 |
| LICENSES | 18,981 |
| TAXES & LICENSES | 1,222 |
| PAYROLL TAXES | 102,171 |
| TOTAL | $ 176,958 |

### Form 1120-C, Page 1, Line 16 - Interest

| Description | Amount |
|---|---|
| INTEREST EXPENSE | $ 230,473 |
| TOTAL | $ 230,473 |

### Form 1120-C, Page 1, Line 21 - Employee Benefit Programs

| Description | Amount |
|---|---|
| EMPLOYEE BENEFIT PROGRAM | $ 94,808 |
| TOTAL | $ 94,808 |

### Form 1120-C, Page 5, Schedule L, Line 2a - Trade Notes and Accounts Receivable

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCOUNTS RECEIVABLE | $ 113,711 | $ 280,021 |
| TOTAL | $ 113,711 | $ 280,021 |

501845 Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

## Form 1120-C, Page 5, Schedule L, Line 3 - Inventories

| Description | Beginning of Year | End of Year |
|---|---|---|
| INVENTORIES | $ 701,702 | $ 797,174 |
| TOTAL | $ 701,702 | $ 797,174 |

## Form 1120-C, Page 5, Schedule L, Line 5 - Investments

| Description | Beginning of Year | End of Year |
|---|---|---|
| NEIC INVESTMENT (CORP) | $ 2,091 | $ 2,091 |
| TOTAL | $ 2,091 | $ 2,091 |

## Form 1120-C, Page 5, Schedule L, Line 18 - Items Payable in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| BERNICKS LOAN (CORP) | $ 457,463 | $ 456,958 |
| GRAIN SILO LOAN (CORP) | 13,365 | |
| LIVE OAK LOAN (CORP) | 1,431,156 | 1,303,781 |
| KLC LOAN (CORP) | 125,399 | 98,844 |
| TOTAL | $ 2,027,383 | $ 1,859,583 |

## Form 1120-C, Page 5, Schedule L, Line 21 - Additional Paid-In Capital

| Description | Beginning of Year | End of Year |
|---|---|---|
| ADDITIONAL PAID-IN CAPITAL | $ | $ 90,000 |
| TOTAL | $ 0 | $ 90,000 |

501845 Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

## Form 1125-A, Line 2 Purchases

| Description | Amount |
|---|---|
| PURCHASES | $ 1,380,137 |
| CHANGE IN INVENTORY | 95,472 |
| TOTAL | $ 1,475,609 |

## Form 1125-A, Line 3 - Cost of Labor

| Description | Amount |
|---|---|
| COST OF LABOR | $ 804,083 |
| TOTAL | $ 804,083 |

501845 Fair State Brewing Cooperative
32-0400422
FYE: 12/31/2022

# Federal Statements

### Employee benefits

| Code | Description | | Amount |
|------|-------------|---|--------|
| | INSURANCE BENEFITS (CORP) | $ | 6,051 |
| | RETIREMENT MATCHING (CORP) | | 2,003 |
| | MISC BENEFITS (CORP) | | 1,867 |
| | INSURANCE BENEFITS (TAP) | | 30,673 |
| | MISC BENEFITS (TAP) | | 295 |
| | RETIREMENT MATCHING (TAP) | | 6,488 |
| | COMMUNITY INSURANCE BENEFITS ( | | 7,979 |
| | INSURANCE BENEFITS SALES (BREW | | 29,759 |
| | BENEFITS & PAYROLL PROCESSING | | 1,013 |
| | INSURANCE BENEFITS MKTG (BREW) | | 5,765 |
| | CORP EMPLOYEE WELFARE (CORP) | | 1,312 |
| | COMMUNITY RETIREMENT MATCHING | | 1,167 |
| | COMMUNITY BENEFITS & PAYROLL P | | 33 |
| | BENEFITS & PAYROLL PROCESSING | | 33 |
| | INSURANCE BENEFITS – CHILL STA | | 370 |
| TOTAL | | $ | 94,808 |

501845

## Filing  Instructions

# Fair State Brewing Cooperative

## Form M4 - Corporate Franchise Tax Return

## Taxable Year Ended December 31, 2022

**Date Due:**     AS SOON AS POSSIBLE

**Remittance:**    None is to be made with the return, but a payment in the amount of $2,204
should be made by a method of Electronic Funds Transfer (EFT). Refer to your
Minnesota EFT instructions for the proper method of payment.

**Mail To:**     Minnesota Revenue
Mail Station 1250
St. Paul, MN  55145-1250

**Signature:**    The return should be signed and dated on page 2 by an authorized officer of the
corporation.

**DEPARTMENT OF REVENUE**



# 2022 M4, Corporation Franchise Tax Return

Do not use staples on anything you submit.

Tax year beginning (MM/DD/YYYY)  01/01/2022    and ending (MM/DD/YYYY)  12/31/2022

FAIR STATE BREWING COOPERATIVE
**Name of Corporation/Designated Filer**

32-0400422
**FEIN**

3412008
**Minnesota Tax ID Number**

2075 ELLIS AVE N
**Mailing Address**          ☐ Check if new address

312120
**Business Activity Code (from federal)**

SAINT PAUL
**City**

MN
**State**

55114
**ZIP Code**

**Former Name (if changed since 2021 return)**

**Federal Consolidated Common Parent Name (if different)**     **FEIN**

☐ Check if filing a combined income return        ☐ Check if reporting Tax Position Disclosure (Enclose Form TPD)

Is this your final C corporation return? If yes, indicate if:

☐ Withdrawn   ☐ Dissolved   ☐ Merged   ☐ S corp election

Check if a member of the group (place an X in the boxes that apply):

☐ is claiming Public Law 86-272   ☒ is a Co-op   ☐ is in Bankruptcy   ☐ owns a captive insurance company

Has a federal examination been finalized? (list years) _____

Is a federal examination now in progress? (list years) _____

Tax years and expiration date(s) of federal waivers: _____

*Report changes to federal income tax within 180 days of final determination. If there is a change in tax, you must report it on Form M4X.*

**You must round amounts to nearest whole dollar**

| | | | |
|---|---|---:|---:|
| 1 | Minnesota tax liability *(from M4T, line 25)* | 1 < | 2160 |
| 2 | Minnesota Nongame Wildlife Fund donation *(see instructions, pg. 6)* | 2 < | |
| 3 | Add lines 1 and 2 | 3 | 2160 |
| 4 | Enterprise Zone Credit *(attach Schedule EPC)* | 4 < | |
| 5 | Historic Structure Rehabilitation Credit *(attach credit certificate)* | 5 < | |
| | Enter National Park Service (NPS) project number: _____ | | |
| 6 | Minnesota backup withholding | 6 < | |
| 7 | Amount credited from your 2021 return | 7 < | |
| 8 | Total corporate estimated tax payments made for 2022 | 8 < | |
| 9 | 2022 extension payment | 9 < | |
| 10 | Add lines 4 through 9 | 10 | 0 |
| 11 | Tax due. If line 3 is more than line 10, subtract line 10 from line 3 | 11 < | 2160 |
| 12 | Penalty *(see instructions, pg. 6 and 7)* | 12 < | |
| 13 | Interest *(see instructions, pg. 7)* | 13 < | |
| 14 | Additional charge for underpayment of estimated tax *(attach Schedule M15C)* | 14 < | 44 |

1015                                    *Continued next page*

# 2022 M4, Page 2



**FAIR STATE BREWING COOPERATIVE**                    32-0400422              3412008

Name of Corporation/Designated Filer                                           FEIN                          Minnesota Tax ID

---

**15  AMOUNT DUE.** If you entered an amount on line 11, add lines 11 through 14

Payment Method: [X] Electronic *(see instr., pg. 3),* or [ ] Check *(see instr., pg. 3)* .................. 15< _____ 2204

**16** Overpayment. If line 10 is more than the sum of lines 3 and 12 through 14, subtract line 3
and 12 through line 14 from line 10. If line 10 is less than the sum of lines 3 through 14,
see instructions, pg. 7 ............................................................ 16< _____

**17** Amount of line 16 to be credited to your 2023 estimated tax ................................. 17< _____

**18  REFUND.** Subtract line 17 from line 16 ................................................ 18< _____
If you have a refund, you must enter your banking information below.

**Account Type:**

[ ] **Checking**   [ ] **Savings**    **Routing Number** _____   **Account Number** *(use an account not associated with any foreign banks)* _____

---

*I declare that this return is correct and complete to the best of my knowledge and belief.*

| | | | |
|---|---|---|---|
| **Authorized Signature** | **Title** | **Date (MM/DD/YYYY)** | **Direct Phone** |
| NICHOLAS  SWEDBERG | P01269214 | 01/23/2024 | 952-854-4244 |
| Signature of Preparer | PTIN | Date (MM/DD/YYYY) | Preparer's Direct Phone |

| | | |
|---|---|---|
| **Print name of person to contact within corporation to discuss this return** | **Title** | **Direct Phone** |

**Include a complete copy of your federal return including schedules as filed with the IRS.**
**If you're paying by check, see instructions, page 3.**

Mail to:   Minnesota Department of Revenue
         Mail Station 1250
         600 N. Robert St.
         St. Paul, MN 55145-1250

[X]   I authorize the Minnesota Department of Revenue
      to discuss this tax return with the preparer.

[X]   I do not want my paid preparer to file my return
      electronically.

**mn DEPARTMENT OF REVENUE**



## 2022 Schedule M4NC, Federal Adjustments

Minnesota has generally adopted the Internal Revenue Code as amended through December 15, 2022.
This schedule allows for any remaining necessary adjustments required to file a state tax return.

Tax year beginning (MM/DD/YYYY) __01/01/2022__ and ending (MM/DD/YYYY) __12/31/2022__

__FAIR STATE BREWING COOPERATIVE__     __32-0400422__     __3412008__
Name of Corporation/Designated Filer              FEIN                       Minnesota Tax ID Number

*Before you complete this schedule, read the instructions which are on a separate sheet.*

**Enter amounts as a positive or negative. Round amounts to nearest whole dollar.**

#### Adjustments to Federal Taxable Income (FTI)

| | | |
|---|---|---|
| 1 This line intentionally left blank | 1< | |
| 2 This line intentionally left blank | 2< | |
| 3 This line intentionally left blank | 3< | |
| 4 This line intentionally left blank | 4< | |
| 5 Modification of business interest limitation (CARES Act Sec. 2306) | 5< | |
| 6 This line intentionally left blank | 6< | |
| 7 Employer credit for paid medical leave and Employer payroll credit for required paid family leave (FFCRA Sec. 7001, 7003) | 7< | |
| 8 This line intentionally left blank | 8< | |
| 9 This line intentionally left blank | 9< | |
| 10 This line intentionally left blank | 10< | |
| 11 This line intentionally left blank | 11< | |
| 12 This line intentionally left blank | 12< | |
| 13 This line intentionally left blank | 13< | |
| 14 Temporary allowance of full deduction for business meals (COVIDTRA Sec. 210) | 14< | 10558 |
| 15 This line intentionally left blank | 15< | |
| 16 This line intentionally left blank | 16< | |
| 17 This line intentionally left blank | 17< | |
| 18 Credit for COBRA Continuation Coverage (ARPA Sec. 9501) | 18< | |
| 19 This line intentionally left blank | 19< | |

*Continued next page*





FAIR STATE BREWING COOPERATIVE
Name of Corporation/Designated Filer

32-0400422
FEIN

3412008
Minnesota Tax ID Number

| | | |
|---|---|---|
| **20** This line intentionally left blank | **20<** | |
| **21** This line intentionally left blank | **21<** | |
| **22** This line intentionally left blank | **22<** | |
| **23** This line intentionally left blank | **23<** | |
| **24** This line intentionally left blank | **24<** | |
| **25** This line intentionally left blank | **25<** | |
| **26** This line intentionally left blank | **26<** | |
| **27** This line intentionally left blank | **27<** | |
| **28** This line intentionally left blank | **28<** | |
| **29** This line intentionally left blank | **29<** | |
| **30** This line intentionally left blank | **30<** | |
| **31** This line intentionally left blank | **31<** | |
| **32** This line intentionally left blank | **32<** | |
| **33** Total lines 1-32. If the result is positive, enter it on Form M4I, line 2h.<br>If the amount is negative, enter it as a positive number on Form M4I, line 4o. | **33<** | 10558 |

**You must include this schedule when you file Form M4.**



**DEPARTMENT OF REVENUE**

# 2022 M4I, Income Calculation

*See instructions beginning on page 8.*

FAIR STATE BREWING COOPERATIVE                    32-0400422        3412008
Name of Corporation/Designated Filer             FEIN              Minnesota Tax ID

**You must round amounts
to nearest whole dollar**

**1**  a. Federal taxable income before net operating loss deduction and special deductions
        *(from federal Form 1120, line 28, or see instr., pg. 8)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1a** < _____ −965938

       b. Interest expense limitation for combined reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1b** < _____

**2  Additions to income**

       a. Federal deduction taken for taxes based on net income and minimum fee . . . . . . . . . . . . . . . . **2a** < _____

       b. Federal deduction for capital losses *(IRC sections 1211 and 1212)* . . . . . . . . . . . . **2b** < _____

       c. Interest income exempt from federal income tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2c** < _____

       d. Exempt interest dividends *(IRC section 852[b][5])* . . . . . . . . . . . . . . . . . . . . . . . . **2d** < _____

       e. Losses from mining operations subject to occupation tax . . . . . . . . . . . . . . . . . . . . . . . **2e** < _____

       f. Federal deduction for percentage depletion *(IRC sections 611-614 and 291)* . . . **2f** < _____

       g. Federal bonus depreciation and suspended loss *(IRC section 168[k])* . . . . . . . . . . **2g** < _____ 154804

       h. Addition due to federal changes not adopted by Minnesota . . . . . . . . . . . . . . . . . . . . . **2h** < _____ 10558
          *(M4NC, line 33)*

       i. This line intentionally left blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2i** < _____

       j. This line intentionally left blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2j** < _____

       k. This line intentionally left blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2k** < _____

       **Total additions** *(add lines 2a through 2k)* . . . . . . . . . . . . . . . . . . . . . . . **2** < _____ 165362

**3**  Total *(add lines 1a, 1b, and 2)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** _____ −800576

501845

# 2022 M4I, Page 2

*See instructions beginning on page 9.*



FAIR STATE BREWING COOPERATIVE

**Name of Corporation/Designated Filer**

32-0400422

**FEIN**

3412008

**Minnesota Tax ID**

### 4 Subtractions from income

a. Refund of taxes based on net income included in federal
   taxable income .................................................. **4a** < _____

b. Minnesota deduction for capital losses ........................... **4b** < _____ 0

c. Certain federal credit expenses *(see instructions, pg. 10; attach schedule)* ................. **4c** < _____

d. Gross-up for foreign taxes deemed paid under IRC section 78 ................. **4d** < _____

e. Expenses relating to income taxable by Minnesota, but federally exempt ...... **4e** < _____

f. Dividends paid by a bank to the U.S. government on preferred stock ........... **4f** < _____

g. Income/gains from mining operations subject to the occupation tax ............ **4g** < _____

h. Deduction for cost depletion ...................................... **4h** < _____

i. Subtraction for prior bonus depreciation addback .............................. **4i** < _____ 367850

j. Subtraction for prior IRC section 179 addback ................................. **4j** < _____

k. This line intentionally left blank ................................................. **4k** < _____

l. Deferred foreign income (Section 965) ......................................... **4l** < _____

m. Global intangible low-taxed income (GILTI) ...................................... **4m** < _____

n. Disallowed section 280E expenses of medical cannabis manufacturers ........ **4n** < _____

o. Subtraction due to federal changes not adopted by Minnesota ................. **4o** < _____
   *(M4NC, line 33, as a positive number)*

p. This line intentionally left blank ................................................. **4p** < _____

q. This line intentionally left blank ................................................. **4q** < _____

r. This line intentionally left blank ................................................. **4r** < _____

s. This line intentionally left blank ................................................. **4s** < _____

   **Total subtractions** *(add lines 4a through 4s)* ........................................... **4** < _____ 367850

**5** Intercompany eliminations *(attach schedule)* ........................................... **5** < _____

**6** Add lines 4 and 5 .................................................................... **6** _____ 367850

**7** Minnesota net income *(subtract line 6 from line 3)* ...................................... **7** < ___ −1168426

**8** Total nonapportionable income *(see instructions, pg. 11; attach schedule)* ................ **8** < _____

**9** Minnesota apportionable income *(subtract line 8 from line 7)*. **Enter on Form M4T, line 1** ...... **9** < ___ −1168426



# DEPARTMENT OF REVENUE

# 2022 M4A, Apportionment/Fee Calculation

| | B₁ | B₂ | B₃ |
|---|---|---|---|
| | Single/Designated Filer | | |
| Corporation Name | FAIR STATE B | | |
| FEIN | 32-0400422 | | |
| Minnesota Tax ID | 3412008 | | |

| | A<br>Total in and<br>outside Minnesota | In Minnesota | In Minnesota | In Minnesota |
|---|---|---|---|---|
| **1** Average inventory ................................ a1 ■ | | 749438 b1 | c1 | |
| **2** Average tangible property and<br>land owned/used *(at original cost)* .................... a2 ■ | | 4693574 b2 | c2 | |
| **3** Capitalized rents *(gross rents x 8)* ................ a3 ■ | | 1,681,720 b3 | c3 | |
| **4** Total property *(add lines 1, 2 and 3)* .............. a4 ■ | | 7124732 b4 | c4 | |
| **5** Payroll/officer's compensation .................. a5 ■ | | 1642731 b5 | c5 | |
| **6** MN sales or receipts ............................... a6 ■ | | 4693666 b6 | c6 | |
| **7** MN sales of non-filing entities *(see instructions pg. 12)* ........ a7 ■ | | b7 | c7 | |
| **8** Sales or receipts *(add lines 6 and 7)*<br>*(Financial institutions: see instr., pg. 14)* .... 8 ■ 4693666 a8 ■ | | 4693666 b8 | c8 | |
| **9** Minnesota apportionment factor *(divide each*<br>*line 8B amount by line 8A; carry to six decimal places)* ...a9 ■<br>**Enter amounts on Form M4T, line 2.** | | 1.000000 b9 | c9 | |

**MINIMUM FEE CALCULATION** *(see instr., pg. 13)*

| | | | | |
|---|---|---|---|---|
| **10** Adjustments *(see instr., pg. 13 and 14; attach schedule)* ............ a10 ■ | | 0 b10 | c10 | |
| **11** Add lines 4, 5, 8 and 10 ........................... a11 ■ | | 13461129 b11 | c11 | |
| **12** Minimum fee *(see table below)* ................................ a12 ■ | | 2160 b12 | c12 | |

**Enter amounts on Form M4T, line 17.**

| Minimum Fee Table | |
|---|---|
| **If the amount<br>on line 11 is:** | **Enter this amount<br>on line 12:** |
| less than $1,080,000 .................... | $0 |
| $1,080,000 to $2,159,999 ............... | $220 |
| $2,160,000 to $10,809,999 ............... | $650 |
| $10,810,000 to $21,609,999 ............ | $2,160 |
| $21,610,000 to $43,219,999 ............ | $4,330 |
| $43,220,000 or more .................... | $10,810 |





# 2022 NOL, Net Operating Loss Deduction

**Combined Income Return Filers:** Complete a separate Schedule NOL for each corporation that is carrying forward a net operating loss (NOL).

FAIR STATE BREWING COOPERATIVE        32-0400422        3412008
Name of Corporation        FEIN        Minnesota Tax ID Number

| Year | Taxable Net Income/Loss | Minnesota Losses Used | Losses Remaining |
|---|---|---|---|
| Oldest Loss Year<br>12/31/07 | 0 | | 0 |
| Subsequent Year 1<br>12/31/08 | 0 | | 0 |
| 2<br>12/31/09 | 0 | | 0 |
| 3<br>12/31/10 | 0 | | 0 |
| 4<br>12/31/11 | 0 | | 0 |
| 5<br>12/31/12 | 0 | | 0 |
| 6<br>12/31/13 | 0 | | 0 |
| 7<br>12/31/14 | −67227 | | −67227 |
| 8<br>12/31/15 | 13525 | −13525 | −53702 |
| 9<br>12/31/16 | 53702 | −53702 | 0 |
| 10<br>12/31/17 | −392196 | | −392196 |
| 11<br>12/31/18 | −604248 | | −996444 |
| 12<br>12/31/19 | −873736 | | −1870180 |
| 13<br>12/31/20 | −1104131 | | −2974311 |
| 14<br>12/31/21 | −992407 | | −3966718 |
| 15<br>12/31/22 | −1168426 | | −5135144 |
| **2022 Summary:** | | Net Operating Loss Deduction | Total Losses Remaining (to be carried forward)<br>−5135144 |

**Enter on Form M4T, line 6**



# 2022 M4T, Tax Calculation

|  | **B₁** | **B₂** | **B₃** |
|---|---|---|---|
|  | Single/designated filer |  |  |

**Corporation Name** FAIR STATE BREWIN

**FEIN** 32-0400422

**Minnesota Tax ID** 3412008

**1** Minnesota apportionable income
*(enter amount from M4I, line 9, in each column)* ........... a1< **−1168426** b1 _____ c1 _____

**2** Apportionment factor *(from M4A, line 9)* ................ a2< **1.000000** b2 _____ c2 _____

**3** Net income apportioned to Minnesota
*(multiply line 1 by line 2)* ........... a3< **−1168426** b3 _____ c3 _____

**4a** Minnesota nonapportionable income
*(see instr., pg. 15; attach schedule)* .................... a4a < _____ b4a _____ c4a _____

**4b** Minnesota nonunitary partnership income
*(see instr., pg. 15; attach schedule)* .................... a4b< _____ b4b _____ c4b _____

**5** Taxable net income *(add lines 3, 4a, and 4b)* ............... a5< **−1168426** b5 _____ c5 _____

**6** Net operating loss deduction *(from NOL)* ................ a6< _____ b6 _____ c6 _____

**7** Subtract line 6 from line 5 ................ a7< **−1168426** b7 _____ c7 _____

**8** Deduction for dividends received *(see instr., pg. 15)* ......... a8< _____ b8 _____ c8 _____

**9** Taxable income *(subtract line 8 from line 7)* ................. a9< **0** b9 _____ c9 _____

**10** Regular tax *(multiply line 9 by 0.098;*
*if result is zero or less, leave blank)* ...................... a10< **0** b10 _____ c10 _____

**11** Alternative minimum tax (AMT) *(from AMTT, line 10)* ........a11< _____ b11 _____ c11 _____

**12** Add lines 10 and 11 ................ a12< _____ b12 _____ c12 _____

**13** AMT credit *(from AMTT, line 13)* ................ a13< _____ b13 _____ c13 _____

**14** Subtract line 13 from line 12 ................ a14< **0** b14 _____ c14 _____

**15** Minnesota credit for increasing research activities
*(from RD, line 45)* ................ a15< _____ b15 _____ c15 _____

**16** Subtract line 15 from line 14 ................ a16< **0** b16 _____ c16 _____

**17** Minimum fee *(from M4A, line 12)*. ................ a17< **2160** b17 **0** c17 **0**

**18** Tax liability by corporation *(add lines 16 and 17)* ............ a18< **2160** b18 _____ c18 _____

**19** Film Production Tax Credit ................ a19< _____ b19 _____ c19 _____

Enter the credit certificate number: TAXC - _____

**20** Tax Credit for Owners of Agricultural Assets *(see instr.)* ..... a20< _____ b20 _____ c20 _____

**21** Employer Transit Pass Credit *(from ETP, line 4)* ............a21< _____ b21 _____ c21 _____

*Continued next page*

# 2022 M4T, Page 2



|                       | **B₁** | **B₂** | **B₃** |
|-----------------------|--------|--------|--------|
|                       | Single/designated filer |  |  |
| **Corporation Name**  | FAIR STATE BREWIN |  |  |
| **FEIN**              | 32-0400422 |  |  |
| **Minnesota Tax ID**  | 3412008 |  |  |

**22** LIFO Recapture Tax Deferral . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . a22 &lt; _____ b22 _____ c22 _____

**23** Add lines 19, 20, 21, and 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . a23 &lt; _____ b23 _____ c23 _____

**24** Subtract line 23 from line 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . a24 &lt; ____2160___ b24 _____ c24 _____

**25** Add all amounts on line 24. This is your **MINNESOTA TAX LIABILITY** . . . . . . . . . . . . . . . . . . 25 &lt; ____2160___

**Enter on Form M4, line 1.**

501845

**mn DEPARTMENT OF REVENUE**

# 2022 M15C, Additional Charge for Underpayment of Estimated Tax

C corporations must use Schedule M15C to determine the additional charge for underpayment of estimated tax.

FAIR STATE BREWING COOPERATIVE                    32-0400422        3412008

Name of Corporation/Designated Filer              FEIN              Minnesota Tax ID

**You must round amounts to nearest whole dollar.**

**1** Enter your 2022 tax *(see instructions)* ................................................ **1** _____ 2160
**If less than $500, do not complete this form. You owe no additional charge.**

**2** Enter your 2021 tax *(see instructions)* ................................................ **2** _____ 2090

**3** Required annual payment. Enter the amount from line 1 or line 2, whichever is less ................ **3** _____ 2090
*Exceptions:* If you did not file a 2021 return or filed a return for less than a full 12-month period
in the preceding tax year, or you did not have a 2021 tax liability, you must enter the amount
from line 1. *Large corporations,* read special instructions on back and enter the amount from line 1.

| | | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|---|
| **4** Enter the due dates *(see instructions)* | **4** | 03/15/22 | 06/15/22 | 09/15/22 | 12/15/22 |
| **5** Required installments *(see instructions)* | **5** | 523 | 522 | 523 | 522 |
| **6** Amount paid each period *(see instructions)* | **6** | | | | |
| **7** Enter the amount from line 13 of the previous column | **7** | | | | |
| **8** Add lines 6 and 7 | **8** | | | | |
| **9** Add lines 11 and 12 of the previous column | **9** | | 523 | 1045 | 1568 |
| **10** Subtract line 9 from line 8. If result is zero or less, leave blank | **10** | | | | |
| **11** Remaining underpayment from previous period. If line 10 is zero, subtract line 8 from line 9. Otherwise, leave blank | **11** | | 523 | 1045 | 1568 |
| **12 UNDERPAYMENT.** If line 10 is less than or equal to line 5, subtract line 10 from line 5, enter the result and go to line 6 of the next column. Otherwise, go to line 13 | **12** | 523 | 522 | 523 | 522 |
| **13 OVERPAYMENT.** If line 5 is less than line 10, subtract line 5 from line 10 and enter the result. Go to line 6 of the next column | **13** | | | | |
| **14** Date underpayment is paid or the 15th day of the third month following the tax year, whichever is earlier | **14** | | | | |
| **15** Number of days from the due date on line 4 to the date on line 14 | **15** | | | | |
| **16** Additional charge *(line 15 ÷ 365 x .03 x line 12)* | **16** | | | | |

**17 TOTAL.** Add amounts on line 16. Enter this amount on M4, line 14 ........... SEE WORKSHEET ..... **17** _____ 44
Attach this schedule to your Form M4.

## MN Underpayment of Estimated Tax Worksheet

Form **M15C**

**2022**

Tax year beginning  01/01/22 , and ending  12/31/22

| Name | FEIN | Minnesota Tax ID |
|------|------|------------------|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 | 3412008 |

|  | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter |
|---|---|---|---|---|
| Due date of estimated payment | 03/15/22 | 06/15/22 | 09/15/22 | 12/15/22 |
| Amount of underpayment | 523 | 522 | 523 | 522 |

|  | 1st Payment | 2nd Payment | 3rd Payment | 4th Payment | 5th Payment |
|---|---|---|---|---|---|
| Date of payment | | | | | |
| Amount of payment | | | | | |

| QTR | FROM | TO | UNDERPAYMENT | DAYS | RATE | PENALTY |
|-----|------|-----|--------------|------|------|---------|
| 1 | 3/15/22 | 4/18/23 | 523 | 399 | 3.00 | 17 |
| 2 | 6/15/22 | 4/18/23 | 522 | 307 | 3.00 | 13 |
| 3 | 9/15/22 | 4/18/23 | 523 | 215 | 3.00 | 9 |
| 4 | 12/15/22 | 4/18/23 | 522 | 124 | 3.00 | 5 |
| | TOTAL PENALTY | | | | | 44 |

CS

## MN Net Operating Loss Carryover Worksheet - AMT

| Form **M4** | | Tax year beginning 01/01/22 , ending 12/31/22 | | | **2022** |

| Name | | | FEIN | Minnesota Tax ID |
|------|--|--|------|------------------|
| FAIR STATE BREWING COOPERATIVE | | | 32-0400422 | 3412008 |

| Preceding Taxable Year | Income/(Loss) | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | Carryover NOL Utilized | Carryover |
| 15th 12/31/07 | | | | | |
| 14th 12/31/08 | | | | | |
| 13th 12/31/09 | | | | | |
| 12th 12/31/10 | | | | | |
| 11th 12/31/11 | | | | | |
| 10th 12/31/12 | | | | | |
| 9th 12/31/13 | | | | | |
| 8th 12/31/14 | | | | | |
| 7th 12/31/15 | | | | | |
| 6th 12/31/16 | | | | | |
| 5th 12/31/17 | -392,196 | | 392,196 | | 392,196 |
| 4th 12/31/18 | | | | | |
| 3rd 12/31/19 | -873,736 | | 873,736 | | 873,736 |
| 2nd 12/31/20 | -1,104,131 | | 1,104,131 | | 1,104,131 |
| 1st 12/31/21 | -992,407 | | 992,407 | | 992,407 |
| NOL Carryover Available To Current Year | | | 3,362,470 | | |
| Current Year | -1,168,426 | | | | 1,168,426 |
| NOL Carryover Available To Next Year | | | | | 4,530,896 |

## MN Depreciation Adjustment Worksheet

| Form **M4** | | | **2022** |
|---|---|---|---|

Tax year beginning  01/01/22  , ending  12/31/22

| Name | FEIN | Minnesota Tax ID |
|---|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 | 3412008 |

### Depreciation Adjustment for Year Assets Placed in Service

| Tax Year Reported | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Net Adjustment |
|---|---|---|---|---|---|---|---|
| 12/31/17 | 1,183,898 | | | | | | 1,183,898 |
| 12/31/18 | −236,780 | 186,410 | | | | | −50,370 |
| 12/31/19 | −236,780 | −37,282 | 96,027 | | | | −178,035 |
| 12/31/20 | −236,780 | −37,282 | −19,205 | 218,406 | | | −74,861 |
| 12/31/21 | −236,780 | −37,282 | −19,205 | −43,681 | 154,520 | | −182,428 |
| 12/31/22 | −236,778 | −37,282 | −19,205 | −43,681 | −30,904 | 154,804 | −213,046 |
| 12/31/23 | | −37,282 | −19,205 | −43,681 | −30,904 | −30,961 | |
| 12/31/24 | | | −19,207 | −43,681 | −30,904 | −30,961 | |
| 12/31/25 | | | | −43,682 | −30,904 | −30,961 | |
| 12/31/26 | | | | | −30,904 | −30,961 | |
| 12/31/27 | | | | | | −30,960 | |

### Section 179 Expense Adjustment for Year Assets Placed in Service

| Tax Year Reported | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Net Adjustment |
|---|---|---|---|---|---|---|---|
| 12/31/17 | | | | | | | |
| 12/31/18 | | | | | | | |
| 12/31/19 | | | | | | | |
| 12/31/20 | | | | | | | |
| 12/31/21 | | | | | | | |
| 12/31/22 | | | | | | | |
| 12/31/23 | | | | | | | |
| 12/31/24 | | | | | | | |
| 12/31/25 | | | | | | | |
| 12/31/26 | | | | | | | |
| 12/31/27 | | | | | | | |

## MN Net Operating Loss Carryover Worksheet

| Form **M4** | | | | 2022 |
|---|---|---|---|---|

Tax year beginning   01/01/22   , ending   12/31/22

| Name | FEIN | Minnesota Tax ID |
|---|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 | 3412008 |

| Preceding Taxable Year | Income/(Loss) | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | Carryover NOL Utilized | Carryover |
| 15th 12/31/07 | | | | | |
| 14th 12/31/08 | | | | | |
| 13th 12/31/09 | | | | | |
| 12th 12/31/10 | | | | | |
| 11th 12/31/11 | | | | | |
| 10th 12/31/12 | | | | | |
| 9th 12/31/13 | | | | | |
| 8th 12/31/14 | −67,227 | 67,227 | | | |
| 7th 12/31/15 | 13,525 | | | | |
| 6th 12/31/16 | 53,702 | | | | |
| 5th 12/31/17 | −392,196 | | 392,196 | | 392,196 |
| 4th 12/31/18 | −604,248 | | 604,248 | | 604,248 |
| 3rd 12/31/19 | −873,736 | | 873,736 | | 873,736 |
| 2nd 12/31/20 | −1,104,131 | | 1,104,131 | | 1,104,131 |
| 1st 12/31/21 | −992,407 | | 992,407 | | 992,407 |
| NOL Carryover Available To Current Year | | | 3,966,718 | | |
| Current Year | −1,168,426 | | | | 1,168,426 |
| NOL Carryover Available To Next Year | | | | | 5,135,144 |

| Form **M4** | **MN Two Year Comparison Worksheet** | **2021 & 2022** |

| Name | FEIN | Minnesota Tax ID |
|---|---|---|
| FAIR STATE BREWING COOPERATIVE | 32-0400422 | 3412008 |

| | | **2021** | **2022** | **Differences** |
|---|---|---|---|---|
| | Federal taxable income | −340,952 | −965,938 | −624,986 |
| | Interest expense limitation | | | |
| | Additions | 158,636 | 165,362 | 6,726 |
| | Subtractions | 810,091 | 367,850 | −442,241 |
| | Intercompany eliminations | | | |
| | **Minnesota net income (loss)** | −992,407 | −1,168,426 | −176,019 |
| **Income** | Total nonapportionable income | | | |
| **and** | Minnesota apportionable income | −992,407 | −1,168,426 | −176,019 |
| **Adjustments** | Minnesota apportionment percent | 1.000000 | 1.000000 | 0.000000 |
| | Net income apportioned to Minnesota | −992,407 | −1,168,426 | −176,019 |
| | Minnesota nonapportionable income | | | |
| | Minnesota nonunitary partnership income | | | |
| | Taxable net income | −992,407 | −1,168,426 | −176,019 |
| | Net operating loss deduction | | | |
| | Dividend received deduction | | | |
| | **Taxable income** | | | |
| | Regular tax | | | |
| | Alternative minimum tax | | | |
| | **Taxes before credits** | 0 | 0 | 0 |
| | AMT credit | | | |
| | Research credit | | | |
| | **Taxes after credits** | 0 | 0 | 0 |
| | Minimum fee | 2,090 | 2,160 | 70 |
| | Film production tax credit | | | 0 |
| | Tax credit for owners of agricultural assets | | | |
| | Employer transit pass credit | | | |
| | LIFO recapture tax deferral | | | |
| | **Tax liability** | 2,090 | 2,160 | 70 |
| | Nongame wildlife fund donation | | | |
| | **Total tax liability** | 2,090 | 2,160 | 70 |
| **Tax** | Enterprise zone credit | | | |
| **Payments** | Credit for historic structure rehabilitation | | | |
| **and Credits** | Amount credited from prior year return | | | |
| | Current year estimated payments | | | |
| | Extension payment | | | |
| | Backup withholding | | | |
| | **Total payments and credits** | | | |
| | **Tax due (overpayment)** | 2,090 | 2,160 | 70 |
| | Failure to file penalty | | | |
| | Failure to pay penalty | | | |
| | Late filing interest | | | |
| | Underpayment of estimated tax | 34 | 44 | 10 |
| | **Net tax due (overpayment)** | 2,124 | 2,204 | 80 |
| | **Amount credited to next year's return** | | | |
| | **Amount refunded** | | | |

# 90 DAY EXPENDITURES ACCT 0090

| Post Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 02/12/2024 | Withdrawal ACH Icontrol/TYPE: 1253469434 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071754679210 | $ 9.99 | | $ 7,675.61 |
| 02/09/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000229 | $ 24,000.00 | | $ 7,685.60 |
| 02/08/2024 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000706 | | $ 29,806.71 | $ 31,685.60 |
| 02/08/2024 | Deposit ACH 6002 Esquire EPS/TYPE: Net ACH ID: 6002ESQEPSCO: 6002 Esquire EPSEntry Class Code: CCDACH Trace Number: 026073067372014 | | $ 42.50 | $ 1,878.89 |
| 02/07/2024 | Deposit by Check 038202430010356/Remote deposit item count: 01 | | $ 640.00 | $ 1,836.39 |
| 02/07/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770526037 | $ 300.00 | | $ 1,196.39 |
| 02/07/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770526036 | $ 300.00 | | $ 1,496.39 |
| 02/07/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770526035 | $ 300.00 | | $ 1,796.39 |
| 02/07/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770526034 | $ 300.00 | | $ 2,096.39 |
| 02/07/2024 | Withdrawal ACH BANKFUL/TYPE: PURCHASE ID: 3383693141CO: BANKFULEntry Class Code: CCDACH Trace Number: 091000013711739 | $ 1.61 | | $ 2,396.39 |
| 02/07/2024 | Deposit ACH 6002 Esquire EPS/TYPE: Net ACH ID: 6002ESQEPSCO: 6002 Esquire EPSEntry Class Code: CCDACH Trace Number: 026073067345729 | | $ 87.94 | $ 2,398.00 |
| 02/06/2024 | Deposit by Check/Check Received 320.00Check Received 351.00Check Received 320.00Check Received 336.00Check Received 111.00 | | $ 1,598.00 | $ 2,310.06 |
| 02/05/2024 | Deposit ACH 6002 Esquire EPS/TYPE: Net ACH ID: 6002ESQEPSCO: 6002 Esquire EPSEntry Class Code: CCDACH Trace Number: 026073067267903 | | $ 187.50 | $ 712.06 |
| 02/02/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779145550 | $ 237.66 | | $ 524.56 |
| 02/02/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779145549 | $ 237.66 | | $ 762.22 |
| 02/02/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779145548 | $ 237.66 | | $ 999.88 |
| 02/02/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779145547 | $ 237.66 | | $ 1,237.54 |
| 02/02/2024 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900575385611 | | $ 80.00 | $ 1,475.20 |
| 02/02/2024 | Deposit by Check 033202430010357/Remote deposit item count: 01 | | $ 392.00 | $ 1,395.20 |
| 02/01/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000066 | $ 2,000.00 | | $ 1,003.20 |
| 01/31/2024 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 3,003.20 |

PAGE 1

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 01/31/2024 | Deposit by Check/Check Received 432.00Check Received 400.00Check Received 160.00 | | $ 992.00 | $ 3,053.20 |
| 01/26/2024 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900579650967 | | $ 724.00 | $ 2,061.20 |
| 01/25/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776810641 | $ 950.63 | | $ 1,337.20 |
| 01/24/2024 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000628 | | $ 2,000.00 | $ 2,287.83 |
| 01/24/2024 | Withdrawal Rtn ACH/In the amount $950.63 FC Capital HoldiEntry Class Code: CCD | $ 35.00 | | $ 287.83 |
| 01/24/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776298301 | $ 950.63 | | $ 322.83 |
| 01/24/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776298300 | $ 950.63 | | $ 1,273.46 |
| 01/24/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776298299 | $ 950.63 | | $ 2,224.09 |
| 01/24/2024 | Deposit ACH Milkweed, Inc/TYPE: 1436466977 ID: 1202646029CO: Milkweed, IncEntry Class Code: CCDACH Trace Number: 242071758041985 | | $ 480.00 | $ 3,174.72 |
| 01/24/2024 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000069 | | $ 160.91 | $ 2,694.72 |
| 01/24/2024 | Deposit ACH Flipside, LLC/TYPE: 1436466977 ID: 1202646029CO: Flipside, LLCEntry Class Code: CCDACH Trace Number: 242071758041983 | | $ 152.00 | $ 2,533.81 |
| 01/23/2024 | Deposit by Check 023202430010688/Remote deposit item count: 05 | | $ 1,969.00 | $ 2,381.81 |
| 01/22/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000016 | $ 10,000.00 | | $ 412.81 |
| 01/19/2024 | Deposit/INCOMING WIRE - SOCALI MANUFACTURING INC | | $ 10,000.00 | $ 10,412.81 |
| 01/19/2024 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 412.81 |
| 01/18/2024 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900578373822 | | $ 350.00 | $ 422.81 |
| 01/18/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000191 | $ 16,000.00 | | $ 72.81 |
| 01/17/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774347433 | $ 950.63 | | $ 16,072.81 |
| 01/17/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774347432 | $ 950.63 | | $ 17,023.44 |
| 01/17/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774347431 | $ 950.63 | | $ 17,974.07 |
| 01/17/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774347430 | $ 950.63 | | $ 18,924.70 |
| 01/16/2024 | Withdrawal ACH ORIG. FEE | $ 125.00 | | $ 19,875.33 |
| 01/16/2024 | Withdrawal Adjustment ACH ORIG. FEE/ACH FEE REVERSAL | | $ 215.00 | $ 20,000.33 |
| 01/15/2024 | Withdrawal ACH ORIG. FEE | $ 215.00 | | $ 19,785.33 |

PAGE 2

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 01/12/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000091 | $ 33,826.00 | | $ 20,000.33 |
| 01/12/2024 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000025006385 | | $ 12,656.14 | $ 53,826.33 |
| 01/12/2024 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000025006387 | | $ 12,360.91 | $ 41,170.19 |
| 01/11/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 19,405.74 | | $ 28,809.28 |
| 01/11/2024 | Deposit by Check 011202430010342/Remote deposit item count: 02 | | $ 720.00 | $ 48,215.02 |
| 01/11/2024 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000016 | | $ 47,430.74 | $ 47,495.02 |
| 01/10/2024 | Deposit by Check 010202430010430/Remote deposit item count: 01 | | $ 148.00 | $ 64.28 |
| 01/10/2024 | Withdrawal OVERDRAFT FEE/Entry Class Code: CCDACH Trace Number: 122243772437393 | $ 35.00 | | $ (83.72) |
| 01/10/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital Holdi | $ 950.63 | | $ (48.72) |
| 01/10/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772437392 | $ 950.63 | | $ 901.91 |
| 01/10/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772437391 | $ 950.63 | | $ 1,852.54 |
| 01/10/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772437390 | $ 950.63 | | $ 2,803.17 |
| 01/10/2024 | Withdrawal ACH Icontrol/TYPE: 1246161079 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071754879734 | $ 9.99 | | $ 3,753.80 |
| 01/05/2024 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900574741966 | | $ 364.00 | $ 3,763.79 |
| 01/04/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000170 | $ 26,435.00 | | $ 3,399.79 |
| 01/03/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770318790 | $ 950.63 | | $ 29,834.79 |
| 01/03/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770318789 | $ 950.63 | | $ 30,785.42 |
| 01/03/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770318788 | $ 950.63 | | $ 31,736.05 |
| 01/03/2024 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770318787 | $ 950.63 | | $ 32,686.68 |
| 01/02/2024 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000240 | $ 32,416.00 | | $ 33,637.31 |
| 01/02/2024 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000271 | | $ 25,281.55 | $ 66,053.31 |

PAGE 3

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 01/02/2024 | Withdrawal ACH HWCRCVBLS23/TYPE: HEADWAY ID: 1923342932CO: HWCRCVBLS23Entry Class Code: CCDACH Trace Number: 113024160054251 | $ 5,594.71 | | $ 40,771.76 |
| 12/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 46,366.47 |
| 12/29/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900571891735 | | $ 640.00 | $ 46,416.47 |
| 12/27/2023 | Deposit by Check/Check Received 148.00Check Received 111.00Check Received 960.00Check Received 633.00Check Received 640.00 | | $ 2,492.00 | $ 45,776.47 |
| 12/27/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000043 | $ 22,844.22 | | $ 43,284.47 |
| 12/27/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778371048 | $ 950.63 | | $ 66,128.69 |
| 12/27/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778371047 | $ 950.63 | | $ 67,079.32 |
| 12/27/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778371046 | $ 950.63 | | $ 68,029.95 |
| 12/27/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778371045 | $ 950.63 | | $ 68,980.58 |
| 12/27/2023 | Deposit ACH Shopify/TYPE: TRANSFER ID: 1800948598CO: ShopifyEntry Class Code: CCDACH Trace Number: 091000016142854 | | $ 905.94 | $ 69,931.21 |
| 12/22/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 11,414.73 | | $ 69,025.27 |
| 12/22/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING | | $ 10,000.00 | $ 80,440.00 |
| 12/22/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 70,440.00 |
| 12/22/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000498 | | $ 41,388.00 | $ 70,450.00 |
| 12/22/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900570618448 | | $ 766.00 | $ 29,062.00 |
| 12/22/2023 | Deposit ACH Shopify/TYPE: TRANSFER ID: 1800948598CO: ShopifyEntry Class Code: CCDACH Trace Number: 091000013000038 | | $ 21.94 | $ 28,296.00 |
| 12/21/2023 | Deposit ACH World Street Kit/TYPE: 2317835359 ID: 1202646029CO: World Street KitEntry Class Code: CCDACH Trace Number: 242071759729778 | | $ 186.00 | $ 28,274.06 |
| 12/20/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776707851 | $ 950.63 | | $ 28,088.06 |
| 12/20/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776707850 | $ 950.63 | | $ 29,038.69 |
| 12/20/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776707849 | $ 950.63 | | $ 29,989.32 |
| 12/20/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776707848 | $ 950.63 | | $ 30,939.95 |
| 12/19/2023 | Withdrawal ACH ORIG. FEE | $ 215.00 | | $ 31,890.58 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 12/18/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000048 | $ 25,645.00 | | $ 32,105.58 |
| 12/18/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairStPMT ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051673135 | | $ 1,776.00 | $ 57,750.58 |
| 12/15/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900578040325 | | $ 392.00 | $ 55,974.58 |
| 12/14/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000016 | | $ 16,509.40 | $ 55,582.58 |
| 12/13/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774664888 | $ 950.63 | | $ 39,073.18 |
| 12/13/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774664887 | $ 950.63 | | $ 40,023.81 |
| 12/13/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774664886 | $ 950.63 | | $ 40,974.44 |
| 12/13/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774664885 | $ 950.63 | | $ 41,925.07 |
| 12/12/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000123 | $ 65,450.00 | | $ 42,875.70 |
| 12/11/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000078 | | $ 92,680.00 | ######### |
| 12/08/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000557 | | $ 13,248.49 | $ 15,645.70 |
| 12/08/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900576007624 | | $ 718.00 | $ 2,397.21 |
| 12/06/2023 | Withdrawal by Check/Check 00 44209 Disbursed 24,968.00Check Disbursed Fee 5.00 | $ 24,973.00 | | $ 1,679.21 |
| 12/06/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772716064 | $ 950.63 | | $ 26,652.21 |
| 12/06/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772716063 | $ 950.63 | | $ 27,602.84 |
| 12/06/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772716062 | $ 950.63 | | $ 28,553.47 |
| 12/06/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772716061 | $ 950.63 | | $ 29,504.10 |
| 12/06/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000215 | | $ 17,688.44 | $ 30,454.73 |
| 12/05/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 10,300.00 | | $ 12,766.29 |
| 12/05/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000194 | | $ 22,020.00 | $ 23,066.29 |

PAGE 5

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 12/01/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000238 | $ 30,104.06 | | $ 1,046.29 |
| 12/01/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900571978596 | | $ 204.00 | $ 31,150.35 |
| 11/30/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 30,946.35 |
| 11/30/2023 | Deposit by Check 334202330010659/Remote deposit item count: 01 | | $ 1,280.00 | $ 30,996.35 |
| 11/30/2023 | Withdrawal ACH HWCRCVBLS23/TYPE: HEADWAY ID: 1923342932CO: HWCRCVBLS23Entry Class Code: CCDACH Trace Number: 113024160084975 | $ 5,594.71 | | $ 29,716.35 |
| 11/29/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000068 | | $ 12,416.32 | $ 35,311.06 |
| 11/29/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000516 | $ 50,000.00 | | $ 22,894.74 |
| 11/29/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770361000 | $ 950.63 | | $ 72,894.74 |
| 11/29/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770360999 | $ 950.63 | | $ 73,845.37 |
| 11/29/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770360998 | $ 950.63 | | $ 74,796.00 |
| 11/29/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770360997 | $ 950.63 | | $ 75,746.63 |
| 11/27/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING | | $ 10,000.00 | $ 76,697.26 |
| 11/27/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 66,697.26 |
| 11/24/2023 | Deposit/INCOMING WIRE FROM HAPPI CO | | $ 42,238.59 | $ 66,707.26 |
| 11/24/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 24,468.67 |
| 11/24/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000068 | | $ 2,708.39 | $ 24,478.67 |
| 11/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 100,000.00 | | $ 21,770.28 |
| 11/22/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900578610884 | | $ 1,018.00 | ######### |
| 11/22/2023 | Deposit by Check 326202330010678/Remote deposit item count: 02 | | $ 985.00 | ######### |
| 11/22/2023 | Deposit/INCOMING WIRE FROM HAPPI CO | | $ 100,000.00 | ######### |
| 11/22/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 19,767.28 |
| 11/22/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778729709 | $ 950.63 | | $ 19,777.28 |
| 11/22/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778729708 | $ 950.63 | | $ 20,727.91 |
| 11/22/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778729707 | $ 950.63 | | $ 21,678.54 |
| 11/22/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778729706 | $ 950.63 | | $ 22,629.17 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 11/22/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | | $ 21,972.00 | $ 23,579.80 |
| 11/21/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 31,000.00 | | $ 1,607.80 |
| 11/20/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000034 | | $ 11,076.00 | $ 32,607.80 |
| 11/17/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000032 | | $ 19,335.44 | $ 21,531.80 |
| 11/17/2023 | Deposit by Check 321202330010853/Remote deposit item count: 02 | | $ 797.00 | $ 2,196.36 |
| 11/16/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070389560325 | | $ 133.20 | $ 1,399.36 |
| 11/15/2023 | Withdrawal ACH ORIG. FEE | $ 150.00 | | $ 1,266.16 |
| 11/15/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776715417 | $ 950.63 | | $ 1,416.16 |
| 11/15/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776715416 | $ 950.63 | | $ 2,366.79 |
| 11/15/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776715415 | $ 950.63 | | $ 3,317.42 |
| 11/15/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776715414 | $ 950.63 | | $ 4,268.05 |
| 11/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Perfectly ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000049 | $ 18,000.00 | | $ 5,218.68 |
| 11/10/2023 | Deposit by Check 314202330011079/Remote deposit item count: 02 | | $ 1,656.00 | $ 23,218.68 |
| 11/10/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000303 | $ 2,805.60 | | $ 21,562.68 |
| 11/10/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000306 | $ 367.50 | | $ 24,368.28 |
| 11/10/2023 | Withdrawal ACH Icontrol/TYPE: 1251404638 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071754586702 | $ 9.99 | | $ 24,735.78 |
| 11/10/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900577018871 | | $ 588.00 | $ 24,745.77 |
| 11/09/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 100,000.00 | | $ 24,157.77 |
| 11/09/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000128 | | $ 105,896.00 | ######### |
| 11/08/2023 | Deposit by Check/Check Received 480.00Check Received 180.00Check Received 1,100.00Check Received 80.00Check Received 480.00 | | $ 2,320.00 | $ 18,261.77 |
| 11/08/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774785886 | $ 950.63 | | $ 15,941.77 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 11/08/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774785885 | $ 950.63 | | $ 16,892.40 |
| 11/08/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774785884 | $ 950.63 | | $ 17,843.03 |
| 11/08/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774785883 | $ 950.63 | | $ 18,793.66 |
| 11/06/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 19,744.29 |
| 11/06/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000319 | | $ 21,888.00 | $ 49,744.29 |
| 11/03/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000245 | $ 88.20 | | $ 27,856.29 |
| 11/03/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000597 | | $ 22,298.47 | $ 27,944.49 |
| 11/03/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070385008687 | | $ 862.96 | $ 5,646.02 |
| 11/03/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900574013876 | | $ 400.00 | $ 4,783.06 |
| 11/01/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772567866 | $ 950.63 | | $ 4,383.06 |
| 11/01/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772567863 | $ 950.63 | | $ 5,333.69 |
| 11/01/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772567862 | $ 950.63 | | $ 6,284.32 |
| 11/01/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772567861 | $ 950.63 | | $ 7,234.95 |
| 11/01/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairStPMT ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051652255 | | $ 3,552.00 | $ 8,185.58 |
| 10/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 4,633.58 |
| 10/31/2023 | Deposit by Check/Check Received 3,600.00 | | $ 3,600.00 | $ 4,683.58 |
| 10/31/2023 | Deposit by Check 304202330010453/Remote deposit item count: 01 | | $ 660.00 | $ 1,083.58 |
| 10/31/2023 | Withdrawal ACH HWCRCVBLS23/TYPE: HEADWAY ID: 1923342932CO: HWCRCVBLS23Entry Class Code: CCDACH Trace Number: 113024160112610 | $ 5,594.71 | | $ 423.58 |
| 10/30/2023 | Deposit by Check/Check Received 111.00Check Received 480.00Check Received 4,600.00 | | $ 5,191.00 | $ 6,018.29 |
| 10/27/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000262 | $ 483.00 | | $ 827.29 |
| 10/27/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900579994598 | | $ 278.00 | $ 1,310.29 |
| 10/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 64,000.00 | | $ 1,032.29 |

PAGE 8

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---:|---:|---:|
| 10/26/2023 | Deposit by Check 299202330010787/Remote deposit item count: 01 | | $ 111.00 | $ 65,032.29 |
| 10/26/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000609 | | 25,946.65 | $ 64,921.29 |
| 10/26/2023 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000023540165 | | 20,000.00 | $ 38,974.64 |
| 10/26/2023 | Deposit ACH HEADWAYCAPITAL 2/TYPE: HEADWAY ID: 2383952821CO: HEADWAYCAPITAL 2Entry Class Code: CCDACH Trace Number: 113024160045400 | | 17,000.00 | $ 18,974.64 |
| 10/25/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 56,625.00 | | $ 1,974.64 |
| 10/25/2023 | Deposit by Check 298202330010627/Remote deposit item count: 01 | | 774.00 | $ 58,599.64 |
| 10/25/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770519783 | $ 950.63 | | $ 57,825.64 |
| 10/25/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770519782 | $ 950.63 | | $ 58,776.27 |
| 10/25/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770519781 | $ 950.63 | | $ 59,726.90 |
| 10/25/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770519780 | $ 950.63 | | $ 60,677.53 |
| 10/25/2023 | Deposit ACH World Street Kit/TYPE: 1530242890 ID: 1202646029CO: World Street KitEntry Class Code: CCDACH Trace Number: 242071756057362 | | 198.00 | $ 61,628.16 |
| 10/24/2023 | Deposit by Check 297202330010488/Remote deposit item count: 02 | | 1,440.00 | $ 61,430.16 |
| 10/24/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000015 | | 37,940.07 | $ 59,990.16 |
| 10/23/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 22,050.09 |
| 10/23/2023 | Deposit by Check 296202330011500/Remote deposit item count: 02 | | 545.00 | $ 42,050.09 |
| 10/20/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 646.80 | | $ 41,505.09 |
| 10/20/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000545 | | 32,413.49 | $ 42,151.89 |
| 10/20/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900578970791 | | 764.00 | $ 9,738.40 |
| 10/19/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 8,974.40 |
| 10/19/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairStPMT ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051646144 | | 4,209.00 | $ 38,974.40 |
| 10/18/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778613637 | $ 950.63 | | $ 34,765.40 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 10/18/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778613636 | $ 950.63 | | $ 35,716.03 |
| 10/18/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778613635 | $ 950.63 | | $ 36,666.66 |
| 10/18/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778613634 | $ 950.63 | | $ 37,617.29 |
| 10/16/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000395 | $ 5,355.00 | | $ 38,567.92 |
| 10/15/2023 | Withdrawal ACH ORIG. FEE | $ 160.00 | | $ 43,922.92 |
| 10/13/2023 | Deposit by Check 286202330010856/Remote deposit item count: 02 | | $ 1,628.00 | $ 44,082.92 |
| 10/13/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000044 | $ 11,283.30 | | $ 42,454.92 |
| 10/13/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900577158814 | | $ 204.00 | $ 53,738.22 |
| 10/12/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000173 | | $ 32,988.00 | $ 53,534.22 |
| 10/12/2023 | Deposit ACH Global Distribut/TYPE: GMST 10 11 ID: 262105535CO: Global DistributEntry Class Code: CCDACH Trace Number: 073921420000002 | | $ 6,720.00 | $ 20,546.22 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594323 | $ 2,875.00 | | $ 13,826.22 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594318 | $ 950.63 | | $ 16,701.22 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594317 | $ 950.63 | | $ 17,651.85 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594316 | $ 950.63 | | $ 18,602.48 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594315 | $ 950.63 | | $ 19,553.11 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594311 | $ 585.00 | | $ 20,503.74 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594310 | $ 585.00 | | $ 21,088.74 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594309 | $ 585.00 | | $ 21,673.74 |
| 10/11/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776594308 | $ 585.00 | | $ 22,258.74 |
| 10/11/2023 | Withdrawal ACH Icontrol/TYPE: 1224560789 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071757343867 | $ 9.99 | | $ 22,843.74 |
| 10/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 165,000.00 | | $ 22,853.73 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | | | |
|------|-------------|---|---|---|
| 10/10/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000101 | $ 11,258.10 | | ######### |
| 10/10/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000097 | $ 6,211.80 | | ######### |
| 10/10/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000080 | | $ 145,386.00 | ######### |
| 10/06/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING | | $ 10,000.00 | $ 59,937.63 |
| 10/06/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 49,937.63 |
| 10/06/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900575336867 | | $ 370.00 | $ 49,947.63 |
| 10/05/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000007 | $ 120,000.00 | | $ 49,577.63 |
| 10/05/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000263 | | $ 10,920.00 | ######### |
| 10/05/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairStPMT ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051638872 | | $ 7,128.00 | ######### |
| 10/04/2023 | Deposit by Check 277202330010381/Remote deposit item count: 01 | | $ 324.00 | ######### |
| 10/04/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774637372 | $ 2,875.00 | | ######### |
| 10/04/2023 | Deposit ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 2871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774637364 | | $ 29,250.00 | ######### |
| 10/04/2023 | Deposit ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 2871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774637363 | | $ 29,250.00 | ######### |
| 10/04/2023 | Deposit ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 2871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774637362 | | $ 29,250.00 | $ 95,580.63 |
| 10/04/2023 | Deposit ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 2871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774637361 | | $ 29,250.00 | $ 66,330.63 |
| 10/04/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070383727622 | | $ 13,373.50 | $ 37,080.63 |
| 10/04/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000029240356 | | $ 2,358.00 | $ 23,707.13 |
| 10/03/2023 | Deposit by Check/Check Received 604.00Check Received 1,600.00Check Received 148.00Check Received 148.00 | | $ 2,500.00 | $ 21,349.13 |
| 10/02/2023 | Withdrawal ACH HWCRCVBLS23/TYPE: HEADWAY ID: 1923342932CO: HWCRCVBLS23Entry Class Code: CCDACH Trace Number: 113024160047802 | $ 5,903.19 | | $ 18,849.13 |
| 10/02/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 2471655925 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071756835561 | | $ 3,475.00 | $ 24,752.32 |
| 10/02/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2471655925 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071756835573 | | $ 640.00 | $ 21,277.32 |
| 10/02/2023 | Deposit ACH Black Hart of Sa/TYPE: 2471655925 ID: 1202646029CO: Black Hart of SaEntry Class Code: CCDACH Trace Number: 242071756835569 | | $ 560.00 | $ 20,637.32 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 10/02/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2471655925 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071756835563 | | $ 480.00 | $ 20,077.32 |
| 10/02/2023 | Deposit ACH CBD Health and W/TYPE: 2471655925 ID: 1202646029CO: CBD Health and WEntry Class Code: CCDACH Trace Number: 242071756835565 | | $ 450.00 | $ 19,597.32 |
| 10/02/2023 | Deposit ACH Milkweed, Inc/TYPE: 2471655925 ID: 1202646029CO: Milkweed, IncEntry Class Code: CCDACH Trace Number: 242071756835571 | | $ 320.00 | $ 19,147.32 |
| 10/02/2023 | Deposit ACH The Parkway Thea/TYPE: 2471655925 ID: 1202646029CO: The Parkway TheaEntry Class Code: CCDACH Trace Number: 242071756835567 | | $ 240.00 | $ 18,827.32 |
| 10/02/2023 | Deposit ACH World Street Kit/TYPE: 2471655925 ID: 1202646029CO: World Street KitEntry Class Code: CCDACH Trace Number: 242071756835575 | | $ 192.00 | $ 18,587.32 |
| 09/30/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 18,395.32 |
| 09/29/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900571148226 | | $ 342.00 | $ 18,445.32 |
| 09/27/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 18,103.32 |
| 09/27/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 8,101.22 | $ 18,113.32 |
| 09/27/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772398060 | $ 2,875.00 | | $ 10,012.10 |
| 09/25/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 55,000.00 | | $ 12,887.10 |
| 09/25/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000077 | | $ 42,768.00 | $ 67,887.10 |
| 09/25/2023 | Deposit by Check/Check Received 800.00Check Received 442.00Check Received 1,646.00Check Received 407.00Check Received 480.00 | | $ 3,775.00 | $ 25,119.10 |
| 09/25/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070381538619 | | $ 16,502.96 | $ 21,344.10 |
| 09/22/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900579191263 | | $ 416.00 | $ 4,841.14 |
| 09/21/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 4,425.14 |
| 09/20/2023 | Withdrawal ACH Fair State Brewi/TYPE: SIGONFILE ID: 1320400422CO: Fair State BrewiEntry Class Code: CCDACH Trace Number: 091017500278676 | $ 10,000.00 | | $ 24,425.14 |
| 09/20/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770621041 | $ 2,875.00 | | $ 34,425.14 |
| 09/20/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairStPMT ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051628851 | | $ 18,945.00 | $ 37,300.14 |
| 09/20/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000022628550 | | $ 800.00 | $ 18,355.14 |
| 09/19/2023 | Deposit by Check/Check Received 480.00Check Received 618.00Check Received 800.00Check Received 7,408.00 | | $ 9,306.00 | $ 17,555.14 |
| 09/18/2023 | Deposit/Check Received 800.00Check Received 480.00Check Received 640.00Check Received 394.00Check Received 540.00 | | $ 4,443.00 | $ 8,249.14 |
| 09/15/2023 | Withdrawal ACH ORIG. FEE | $ 250.00 | | $ 3,806.14 |

PAGE 12

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 09/15/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900577194601 | | $ 682.00 | $ 4,056.14 |
| 09/14/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 3,374.14 |
| 09/14/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairStPMT ID: 462274777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051625401 | | $ 5,344.00 | $ 33,374.14 |
| 09/13/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778575308 | $ 2,875.00 | | $ 28,030.14 |
| 09/13/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070380627055 | | $ 13,484.43 | $ 30,905.14 |
| 09/12/2023 | Withdrawal ACH Icontrol/TYPE: 1242782452 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071759356442 | $ 10.89 | | $ 17,420.71 |
| 09/11/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 125,000.00 | | $ 17,431.60 |
| 09/11/2023 | Deposit ACH GMST, LLC/TYPE: Climbing K ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000654 | | $ 134,990.15 | ######### |
| 09/08/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 46,000.00 | | $ 7,441.45 |
| 09/08/2023 | Deposit by Check/Check Received 320.00Check Received 720.00Check Received 1,210.00Check Received 352.00Check Received 2,400.00 | | $ 6,548.00 | $ 53,441.45 |
| 09/08/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000149 | | $ 44,189.00 | $ 46,893.45 |
| 09/08/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000511 | $ 1,520.40 | | $ 2,704.45 |
| 09/08/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900575328538 | | $ 864.00 | $ 4,224.85 |
| 09/08/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000022184872 | | $ 800.00 | $ 3,360.85 |
| 09/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 15,000.00 | | $ 2,560.85 |
| 09/07/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Pmt082423 ID: 462274777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051619473 | | $ 3,728.00 | $ 17,560.85 |
| 09/07/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000027971834 | | $ 2,320.00 | $ 13,832.85 |
| 09/07/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 2241478687 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071750838424 | | $ 2,034.00 | $ 11,512.85 |
| 09/07/2023 | Deposit ACH Black Hart of Sa/TYPE: 2241478687 ID: 1202646029CO: Black Hart of SaEntry Class Code: CCDACH Trace Number: 242071750838422 | | $ 640.00 | $ 9,478.85 |
| 09/06/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 8,838.85 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 09/06/2023 | Deposit by Check/Check Received 480.00Check Received 800.00Check Received 340.00Check Received 446.00Check Received 720.00 | | $ 3,146.00 | $ 38,838.85 |
| 09/06/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 10,000.00 | | $ 35,692.85 |
| 09/06/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776608949 | $ 2,875.00 | | $ 45,692.85 |
| 09/06/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408597682777 | | $ 34,964.20 | $ 48,567.85 |
| 09/01/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000189 | $ 4,029.90 | | $ 13,603.65 |
| 09/01/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Pmt090123 ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051616751 | | $ 9,106.00 | $ 17,633.55 |
| 09/01/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900572466954 | | $ 1,004.00 | $ 8,527.55 |
| 08/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 7,523.55 |
| 08/31/2023 | Deposit by Check/Check Received 480.00Check Received 222.00Check Received 330.00Check Received 880.00Check Received 781.00 | | $ 2,997.00 | $ 7,573.55 |
| 08/31/2023 | Withdrawal ACH HWCRCVBLS23/TYPE: HEADWAY ID: 1923342932CO: HWCRCVBLS23Entry Class Code: CCDACH Trace Number: 113024160074711 | $ 5,903.19 | | $ 4,576.55 |
| 08/31/2023 | Deposit ACH GMST, LLC/TYPE: Pull from ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000306 | | $ 5,000.00 | $ 10,479.74 |
| 08/30/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 5,479.74 |
| 08/30/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774575926 | $ 2,875.00 | | $ 25,479.74 |
| 08/30/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 1593462492 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071752346455 | | $ 893.00 | $ 28,354.74 |
| 08/28/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 25,055.90 | $ 27,461.74 |
| 08/28/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 2,405.84 |
| 08/28/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 12,000.00 | | $ 2,415.84 |
| 08/25/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000329 | $ 1,512.00 | | $ 14,415.84 |
| 08/25/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900570475531 | | $ 764.00 | $ 15,927.84 |
| 08/24/2023 | Deposit by Check/Check Received 414.00 | | $ 414.00 | $ 15,163.84 |
| 08/24/2023 | Deposit by Check/Check Received 384.00Check Received 800.00Check Received 699.00Check Received 3,610.00Check Received 778.00 | | $ 6,271.00 | $ 14,749.84 |
| 08/24/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Pmt082323 ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051608327 | | $ 2,260.00 | $ 8,478.84 |

PAGE 14

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 08/23/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 25,000.00 | | $ 6,218.84 |
| 08/23/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772726538 | $ 2,875.00 | | $ 31,218.84 |
| 08/23/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 1552627660 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071759035347 | | $ 1,835.00 | $ 34,093.84 |
| 08/23/2023 | Deposit ACH CBD Health and W/TYPE: 1552627660 ID: 1202646029CO: CBD Health and WEntry Class Code: CCDACH Trace Number: 242071759035351 | | $ 930.00 | $ 32,258.84 |
| 08/23/2023 | Deposit ACH Twin Cities Co-o/TYPE: 1552627660 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071759035349 | | $ 480.00 | $ 31,328.84 |
| 08/23/2023 | Deposit ACH World Street Kit/TYPE: 1552627660 ID: 1202646029CO: World Street KitEntry Class Code: CCDACH Trace Number: 242071759035353 | | $ 252.00 | $ 30,848.84 |
| 08/22/2023 | Withdrawal ACH ORIG. FEE | $ 175.00 | | $ 30,596.84 |
| 08/22/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070382898627 | | $ 26,825.45 | $ 30,771.84 |
| 08/21/2023 | Withdrawal by Check/Check 00 42071 Disbursed 41,000.00Check Disbursed Fee 5.00 | $ 41,005.00 | | $ 3,946.39 |
| 08/21/2023 | Deposit ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | | $ 38,538.00 | $ 44,951.39 |
| 08/21/2023 | Deposit by Check/Check Received 240.00Check Received 298.00Check Received 480.00 | | $ 1,018.00 | $ 6,413.39 |
| 08/21/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Pmt081423 ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051605316 | | $ 1,970.00 | $ 5,395.39 |
| 08/18/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000472 | $ 6,701.70 | | $ 3,425.39 |
| 08/18/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 1,302.00 | | $ 10,127.09 |
| 08/18/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900579621427 | | $ 226.00 | $ 11,429.09 |
| 08/17/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 15,000.00 | | $ 11,203.09 |
| 08/16/2023 | Deposit by Check/Check Received 606.00Check Received 1,229.00Check Received 800.00Check Received 240.00Check Received 152.00 | | $ 5,029.00 | $ 26,203.09 |
| 08/16/2023 | Deposit ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000005 | | $ 19,740.00 | $ 21,174.09 |
| 08/16/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243770870312 | $ 2,875.00 | | $ 1,434.09 |
| 08/16/2023 | Deposit ACH CBD Health and W/TYPE: 1540736723 ID: 1202646029CO: CBD Health and WEntry Class Code: CCDACH Trace Number: 242071751370493 | | $ 745.00 | $ 4,309.09 |
| 08/16/2023 | Deposit ACH Twin Cities Co-o/TYPE: 1540736723 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071751370495 | | $ 480.00 | $ 3,564.09 |

PAGE 15

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | | | |
|---|---|---|---|---|
| 08/15/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 25,000.00 | | $ 3,084.09 |
| 08/15/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Pmt081423 ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051600948 | | $ 14,176.00 | $ 28,084.09 |
| 08/14/2023 | Withdrawal by Check/Check 00 41905 Disbursed 50,000.00Check Disbursed Fee 5.00 | $ 50,005.00 | | $ 13,908.09 |
| 08/14/2023 | Deposit by Check/Check Received 650.00Check Received 546.00Check Received 360.00 | | $ 1,556.00 | $ 63,913.09 |
| 08/14/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 75,000.00 | | $ 62,357.09 |
| 08/14/2023 | Deposit ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | | $ 58,692.45 | ######### |
| 08/11/2023 | Deposit ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | | $ 75,000.00 | $ 78,664.64 |
| 08/11/2023 | Withdrawal ACH GMST, LLC/TYPE: GMST Weekl ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000354 | $ 1,352.40 | | $ 3,664.64 |
| 08/11/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900576962923 | | $ 676.00 | $ 5,017.04 |
| 08/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 28,000.00 | | $ 4,341.04 |
| 08/10/2023 | Deposit by Check/Check Received 866.00Check Received 144.00Check Received 560.00Check Received 240.00 | | $ 1,810.00 | $ 32,341.04 |
| 08/10/2023 | Withdrawal ACH Icontrol/TYPE: 1203126643 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071753865325 | $ 19.80 | | $ 30,531.04 |
| 08/10/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408593922264 | | $ 24,747.76 | $ 30,550.84 |
| 08/09/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 25,000.00 | | $ 5,803.08 |
| 08/09/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243778924987 | $ 2,875.00 | | $ 30,803.08 |
| 08/09/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000025164464 | | $ 800.00 | $ 33,678.08 |
| 08/08/2023 | Deposit ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | | $ 27,570.01 | $ 32,878.08 |
| 08/07/2023 | Deposit by Check/Check Received 678.00Check Received 180.00Check Received 320.00Check Received 480.00Check Received 320.00 | | $ 4,382.00 | $ 5,308.07 |
| 08/04/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200001023 | $ 3,517.50 | | $ 926.07 |
| 08/04/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900575489012 | | $ 718.00 | $ 4,443.57 |
| 08/03/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 3,000.00 | | $ 3,725.57 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 08/03/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Pmt080223 ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051594461 | | $ 1,264.00 | $ 6,725.57 |
| 08/03/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 2206934487 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071754107721 | | $ 725.00 | $ 5,461.57 |
| 08/03/2023 | Deposit ACH Milkweed, Inc/TYPE: 2206934487 ID: 1202646029CO: Milkweed, IncEntry Class Code: CCDACH Trace Number: 242071754107723 | | $ 320.00 | $ 4,736.57 |
| 08/03/2023 | Deposit ACH CBD Health and W/TYPE: 2206934487 ID: 1202646029CO: CBD Health and WEntry Class Code: CCDACH Trace Number: 242071754107719 | | $ 320.00 | $ 4,416.57 |
| 08/02/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 15,000.00 | | $ 4,096.57 |
| 08/02/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776802437 | $ 2,875.00 | | $ 19,096.57 |
| 08/02/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000028747773 | | $ 1,200.00 | $ 21,971.57 |
| 07/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 20,771.57 |
| 07/31/2023 | Withdrawal by Check/Check Received 612.00Check Received 800.00Check Received 273.00Check Received 185.00Check Received 720.00 | | $ 8,398.00 | $ 20,821.57 |
| 07/31/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 75,000.00 | | $ 12,423.57 |
| 07/31/2023 | Withdrawal ACH HEADWAYCAPITAL 1/TYPE: HEADWAY ID: 1383952821CO: HEADWAYCAPITAL 1Entry Class Code: CCDACH Trace Number: 113024160049954 | $ 5,903.19 | | $ 87,423.57 |
| 07/28/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000439 | $ 4,653.60 | | $ 93,326.76 |
| 07/27/2023 | Withdrawal ACH Pizzeria Lola NE/TYPE: 2225724769 ID: 1202646029CO: Pizzeria Lola NEEntry Class Code: CCDACH Trace Number: 242071754966357 | $ 306.00 | | $ 97,980.36 |
| 07/27/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900579061738 | | $ 998.00 | $ 98,286.36 |
| 07/26/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243774741333 | $ 2,875.00 | | $ 97,288.36 |
| 07/26/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000111 | | $ 100.00 | ######### |
| 07/25/2023 | Deposit by Check/Check Received 306.00Check Received 376.00Check Received 240.00Check Received 324.00Check Received 400.00 | | $ 3,729.00 | ######### |
| 07/25/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 50,000.00 | | $ 96,334.36 |
| 07/25/2023 | Deposit ACH CBD Health and W/TYPE: 1935286711 ID: 1202646029CO: CBD Health and WEntry Class Code: CCDACH Trace Number: 242071757928934 | | $ 2,495.00 | ######### |
| 07/25/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 1935286711 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071757928936 | | $ 1,872.00 | ######### |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 07/25/2023 | Deposit ACH Black Hart of Sa/TYPE: 1935286711 ID: 1202646029CO: Black Hart of SaEntry Class Code: CCDACH Trace Number: 242071757928932 | | $ 560.00 | ######### |
| 07/25/2023 | Deposit ACH The Parkway Thea/TYPE: 1935286711 ID: 1202646029CO: The Parkway TheaEntry Class Code: CCDACH Trace Number: 242071757928940 | | $ 320.00 | ######### |
| 07/25/2023 | Deposit ACH Twin Cities Co-o/TYPE: 1935286711 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071757928930 | | $ 320.00 | ######### |
| 07/25/2023 | Deposit ACH Pizzeria Lola NE/TYPE: 1935286711 ID: 1202646029CO: Pizzeria Lola NEEntry Class Code: CCDACH Trace Number: 242071757928938 | | $ 306.00 | ######### |
| 07/24/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 50,432.63 | ######### |
| 07/24/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 50,000.00 | | $ 90,028.73 |
| 07/24/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070381725673 | | $ 25,260.79 | ######### |
| 07/24/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000118 | | $ 20,291.74 | ######### |
| 07/24/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: FairState ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051588689 | | $ 4,062.00 | $ 94,476.20 |
| 07/21/2023 | Deposit/INCOMING WIRE FROM FSST PHARMS LLC | | $ 38,400.00 | $ 90,414.20 |
| 07/21/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 52,014.20 |
| 07/21/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 52,024.20 |
| 07/21/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000463 | $ 4,210.50 | | $ 82,024.20 |
| 07/21/2023 | Deposit ACH GMST, LLC/TYPE: ACH Collec ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000077 | | $ 74,378.59 | $ 86,234.70 |
| 07/21/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900570245671 | | $ 646.00 | $ 11,856.11 |
| 07/19/2023 | Deposit by Check/Check Received 480.00Check Received 400.00Check Received 1,120.00Check Received 636.00Check Received 376.00 | | $ 3,896.00 | $ 11,210.11 |
| 07/19/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772950916 | $ 2,875.00 | | $ 7,314.11 |
| 07/19/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 1432557629 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071753413965 | | $ 1,819.00 | $ 10,189.11 |
| 07/19/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000026782908 | | $ 800.00 | $ 8,370.11 |
| 07/19/2023 | Deposit ACH Twin Cities Co-o/TYPE: 1432557629 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071753413969 | | $ 480.00 | $ 7,570.11 |
| 07/19/2023 | Deposit ACH Twin Cities Co-o/TYPE: 1432557629 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071753413967 | | $ 320.00 | $ 7,090.11 |
| 07/19/2023 | Deposit ACH World Street Kit/TYPE: 1432557629 ID: 1202646029CO: World Street KitEntry Class Code: CCDACH Trace Number: 242071753413971 | | $ 192.00 | $ 6,770.11 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 07/17/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 33,000.00 | | $ 6,578.11 |
| 07/15/2023 | Withdrawal ACH ORIG. FEE | $ 260.00 | | $ 39,578.11 |
| 07/14/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 42,000.00 | | $ 39,838.11 |
| 07/14/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000632 | $ 919.80 | | $ 81,838.11 |
| 07/14/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900577805429 | | $ 602.00 | $ 82,757.91 |
| 07/13/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408597579231 | | $ 26,702.98 | $ 82,155.91 |
| 07/12/2023 | Deposit by Check/Check Received 185.00Check Received 1,065.55Check Received 218.00Check Received 74.00 | | $ 1,542.55 | $ 55,452.93 |
| 07/12/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243771014356 | $ 2,875.00 | | $ 53,910.38 |
| 07/12/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070381135078 | | $ 25,624.30 | $ 56,785.38 |
| 07/12/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Inventory ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051582612 | | $ 3,138.00 | $ 31,161.08 |
| 07/12/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT CO: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000036 | | $ 940.00 | $ 28,023.08 |
| 07/11/2023 | Withdrawal ACH Icontrol/TYPE: 1198571347 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071757595272 | $ 23.76 | | $ 27,083.08 |
| 07/11/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408594775153 | | $ 2,540.00 | $ 27,106.84 |
| 07/10/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 2469179754 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071755491454 | | $ 1,922.00 | $ 24,566.84 |
| 07/10/2023 | Deposit ACH Black Hart of Sa/TYPE: 2469179754 ID: 1202646029CO: Black Hart of SaEntry Class Code: CCDACH Trace Number: 242071755491456 | | $ 800.00 | $ 22,644.84 |
| 07/10/2023 | Deposit ACH Dakota Cooks LLC/TYPE: 2469179754 ID: 1202646029CO: Dakota Cooks LLCEntry Class Code: CCDACH Trace Number: 242071755491460 | | $ 512.00 | $ 21,844.84 |
| 07/10/2023 | Deposit ACH Milkweed, Inc/TYPE: 2469179754 ID: 1202646029CO: Milkweed, IncEntry Class Code: CCDACH Trace Number: 242071755491458 | | $ 160.00 | $ 21,332.84 |
| 07/07/2023 | Deposit by Check/Check Received 392.00Check Received 480.00Check Received 240.00Check Received 320.00Check Received 216.00 | | $ 4,864.00 | $ 21,172.84 |
| 07/07/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000749 | $ 13,040.40 | | $ 16,308.84 |
| 07/07/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000743 | $ 3,452.70 | | $ 29,349.24 |
| 07/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000733 | $ 3,162.60 | | $ 32,801.94 |

PAGE 19

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 07/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000735 | $ 2,952.00 | | $ 35,964.54 |
| 07/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000731 | $ 1,902.60 | | $ 38,916.54 |
| 07/07/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900575725638 | | $ 434.00 | $ 40,819.14 |
| 07/06/2023 | Deposit ACH YAYIN GADOL LLC/TYPE: Inventory ID: 462724777CO: YAYIN GADOL LLCEntry Class Code: CCDACH Trace Number: 091917051578997 | | $ 22,388.00 | $ 40,385.14 |
| 07/06/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000028828515 | | $ 2,080.00 | $ 17,997.14 |
| 07/05/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779270556 | $ 2,875.00 | | $ 15,917.14 |
| 06/30/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 18,792.14 |
| 06/30/2023 | Withdrawal Bus Chk Cnt Fee | $ 2.90 | | $ 18,842.14 |
| 06/30/2023 | Deposit/Check Received 560.00Check Received 240.00Check Received 1,016.00Check Received 512.00Check Received 360.00 | | $ 4,964.00 | $ 18,845.04 |
| 06/30/2023 | Withdrawal ACH HEADWAYCAPITAL 1/TYPE: HEADWAY ID: 1383952821CO: HEADWAYCAPITAL 1Entry Class Code: CCDACH Trace Number: 113024160126893 | $ 5,903.19 | | $ 13,881.04 |
| 06/30/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900572876548 | | $ 392.00 | $ 19,784.23 |
| 06/30/2023 | Deposit ACH Mac's Industrial/TYPE: 2351827928 ID: 1202646029CO: Mac's IndustrialEntry Class Code: CCDACH Trace Number: 242071757301890 | | $ 304.00 | $ 19,392.23 |
| 06/29/2023 | Deposit ACH Nothing But Hemp/TYPE: 2232339951 ID: 1202646029CO: Nothing But HempEntry Class Code: CCDACH Trace Number: 242071759132092 | | $ 3,360.00 | $ 19,088.23 |
| 06/29/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 2232339951 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071759132090 | | $ 1,906.00 | $ 15,728.23 |
| 06/28/2023 | Deposit by Check/Check Received 416.00Check Received 448.00Check Received 288.00Check Received 672.00Check Received 800.00 | | $ 5,043.00 | $ 13,822.23 |
| 06/28/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243776931967 | $ 2,875.00 | | $ 8,779.23 |
| 06/28/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000024815507 | | $ 1,600.00 | $ 11,654.23 |
| 06/27/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 90,000.00 | | $ 10,054.23 |
| 06/27/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | ######### |
| 06/27/2023 | Deposit/INCOMING WIRE FROM CLIMBING KITES LLC | | $ 88,279.86 | ######### |
| 06/26/2023 | Deposit/Check Received 392.00Check Received 176.00Check Received 650.00Check Received 720.00Check Received 611.00 | | $ 6,584.00 | $ 11,784.37 |
| 06/23/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000089 | $ 2,572.50 | | $ 5,200.37 |
| 06/23/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000085 | $ 1,584.00 | | $ 7,772.87 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 06/23/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000083 | $ 768.60 | | $ 9,356.87 |
| 06/23/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000087 | $ 327.60 | | $ 10,125.47 |
| 06/22/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2277060962 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071755520989 | | $ 800.00 | $ 10,453.07 |
| 06/22/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2277060962 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071755520993 | | $ 720.00 | $ 9,653.07 |
| 06/22/2023 | Deposit ACH Cobble Social Ho/TYPE: 2277060962 ID: 1202646029CO: Cobble Social HoEntry Class Code: CCDACH Trace Number: 242071755520991 | | $ 240.00 | $ 8,933.07 |
| 06/21/2023 | Deposit by Check/Check Received 1,896.00Check Received 1,472.00Check Received 672.00Check Received 288.00 | | $ 4,328.00 | $ 8,693.07 |
| 06/21/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243775039347 | $ 2,875.00 | | $ 4,365.07 |
| 06/16/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 40,000.00 | | $ 7,240.07 |
| 06/16/2023 | Deposit by Check/Check Received 546.00Check Received 542.00Check Received 546.00Check Received 400.00Check Received 376.00 | | $ 5,119.00 | $ 47,240.07 |
| 06/16/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 25,000.00 | | $ 42,121.07 |
| 06/16/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000105 | $ 5,397.00 | | $ 67,121.07 |
| 06/16/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000103 | $ 4,500.00 | | $ 72,518.07 |
| 06/16/2023 | Withdrawal ACH GMST, LLC/TYPE: Bent Paddl ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000107 | $ 4,298.00 | | $ 77,018.07 |
| 06/16/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000101 | $ 1,310.40 | | $ 81,316.07 |
| 06/16/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070380411253 | | $ 38,756.48 | $ 82,626.47 |
| 06/15/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900578958586 | | $ 1,052.00 | $ 43,869.99 |
| 06/15/2023 | Withdrawal ACH ORIG. FEE | $ 215.00 | | $ 42,817.99 |
| 06/14/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243773234559 | $ 2,875.00 | | $ 43,032.99 |
| 06/13/2023 | Deposit/INCOMING WIRE FROM OFF FIELD INC | | $ 30,808.84 | $ 45,907.99 |
| 06/13/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 15,099.15 |
| 06/12/2023 | Deposit by Check/Check Received 160.00Check Received 1,326.00Check Received 280.00Check Received 185.00Check Received 1,206.00 | | $ 5,005.00 | $ 15,109.15 |
| 06/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000018 | $ 9,643.20 | | $ 10,104.15 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 06/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000020 | $ 6,501.60 | | $ 19,747.35 |
| 06/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000014 | $ 5,742.00 | | $ 26,248.95 |
| 06/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000012 | $ 3,851.40 | | $ 31,990.95 |
| 06/12/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000016 | $ 2,719.50 | | $ 35,842.35 |
| 06/12/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000022 | $ 546.00 | | $ 38,561.85 |
| 06/12/2023 | Withdrawal ACH Icontrol/TYPE: 1188386619 ID: 1202646029CO: IcontrolEntry Class Code: CCDACH Trace Number: 242071751116600 | $ 12.87 | | $ 39,107.85 |
| 06/12/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2399181127 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071751111913 | | $ 640.00 | $ 39,120.72 |
| 06/12/2023 | Deposit ACH Black Hart of Sa/TYPE: 2399181127 ID: 1202646029CO: Black Hart of SaEntry Class Code: CCDACH Trace Number: 242071751111909 | | $ 560.00 | $ 38,480.72 |
| 06/12/2023 | Deposit ACH Verdand Solution/TYPE: 2399181127 ID: 1202646029CO: Verdand SolutionEntry Class Code: CCDACH Trace Number: 242071751111911 | | $ 264.00 | $ 37,920.72 |
| 06/09/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 25,000.00 | | $ 37,656.72 |
| 06/09/2023 | Deposit ACH MISSISSIPPI MARK/TYPE: PAYMENTJNL ID: 1411375198CO: MISSISSIPPI MARKEntry Class Code: CTXACH Trace Number: 075900577209423 | | $ 2,104.00 | $ 62,656.72 |
| 06/08/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243772005146 | $ 2,875.00 | | $ 60,552.72 |
| 06/08/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408593442657 | | $ 36,307.12 | $ 63,427.72 |
| 06/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 45,000.00 | | $ 27,120.60 |
| 06/07/2023 | Deposit by Check/Check Received 400.00Check Received 706.00Check Received 6,000.00Check Received 488.00Check Received 320.00 | | $ 12,030.00 | $ 72,120.60 |
| 06/07/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 39,337.70 | $ 60,090.60 |
| 06/07/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 20,752.90 |
| 06/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 5,000.00 | | $ 20,762.90 |
| 06/06/2023 | Deposit ACH Milkweed, Inc/TYPE: 2100724401 ID: 1202646029CO: Milkweed, IncEntry Class Code: CCDACH Trace Number: 242071756310802 | | $ 590.00 | $ 25,762.90 |
| 06/06/2023 | Deposit ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | | $ 1.00 | $ 25,172.90 |
| 06/05/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 50,000.00 | | $ 25,171.90 |

PAGE 22

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 06/05/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000179 | | $ 39,303.08 | $ 75,171.90 |
| 06/05/2023 | Deposit ACH Honeycomb dba Ma/TYPE: 2437219325 ID: 1202646029CO: Honeycomb dba MaEntry Class Code: CCDACH Trace Number: 242071752546236 | | $ 4,866.00 | $ 35,868.82 |
| 06/05/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2437219325 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071752546230 | | $ 2,640.00 | $ 31,002.82 |
| 06/05/2023 | Deposit ACH Verdand Solution/TYPE: 2437219325 ID: 1202646029CO: Verdand SolutionEntry Class Code: CCDACH Trace Number: 242071752546238 | | $ 1,110.00 | $ 28,362.82 |
| 06/05/2023 | Deposit ACH The Parkway Thea/TYPE: 2437219325 ID: 1202646029CO: The Parkway TheaEntry Class Code: CCDACH Trace Number: 242071752546232 | | $ 960.00 | $ 27,252.82 |
| 06/05/2023 | Deposit ACH Back Hart of Sai/TYPE: 2437219325 ID: 1202646029CO: Back Hart of SaiEntry Class Code: CCDACH Trace Number: 242071752546234 | | $ 560.00 | $ 26,292.82 |
| 06/05/2023 | Deposit ACH Cobble Social Ho/TYPE: 2437219325 ID: 1202646029CO: Cobble Social HoEntry Class Code: CCDACH Trace Number: 242071752546240 | | $ 288.00 | $ 25,732.82 |
| 06/02/2023 | Deposit Bulk/Checks 11,227.00Check Count 15Deposit Number 0000026 | | $ 11,227.00 | $ 25,444.82 |
| 06/02/2023 | Withdrawal/NSF CHECK SPLITROCK FARMS LLC | $ 640.00 | | $ 14,217.82 |
| 06/02/2023 | Withdrawal RETURNED ITEM | $ 10.00 | | $ 14,857.82 |
| 06/01/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 14,867.82 |
| 06/01/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000029478889 | | $ 2,080.00 | $ 34,867.82 |
| 05/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 32,787.82 |
| 05/31/2023 | Withdrawal Bus Chk Cnt Fee | $ 4.90 | | $ 32,837.82 |
| 05/31/2023 | Deposit by Check/Check Received 222.00Check Received 920.00Check Received 600.00 | | $ 1,742.00 | $ 32,842.72 |
| 05/31/2023 | Withdrawal ACH HEADWAYCAPITAL 1/TYPE: HEADWAY ID: 1383952821CO: HEADWAYCAPITAL 1Entry Class Code: CCDACH Trace Number: 113024160134448 | $ 5,903.19 | | $ 31,100.72 |
| 05/31/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779099796 | $ 2,875.00 | | $ 37,003.91 |
| 05/31/2023 | Withdrawal ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 3871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243779099793 | $ 1,000.00 | | $ 39,878.91 |
| 05/31/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000078 | | $ 25,663.66 | $ 40,878.91 |
| 05/30/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 20,000.00 | | $ 15,215.25 |
| 05/30/2023 | Deposit by Check/Check Received 80.00Check Received 236.00Check Received 762.00Check Received 456.00Check Received 1,656.00 | | $ 7,118.00 | $ 35,215.25 |
| 05/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 28,000.00 | | $ 28,097.25 |
| 05/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Bent Paddl ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000018 | $ 4,792.76 | | $ 56,097.25 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | | | |
|------|-------------|---|---|---|
| 05/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000104 | $ 4,074.00 | | $ 60,890.01 |
| 05/26/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000108 | $ 2,131.50 | | $ 64,964.01 |
| 05/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000106 | $ 1,884.00 | | $ 67,095.51 |
| 05/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000020 | $ 168.00 | | $ 68,979.51 |
| 05/25/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408595652330 | | $ 9,856.71 | $ 69,147.51 |
| 05/24/2023 | Deposit ACH FC Capital Holdi/TYPE: ACH PAYMTS ID: 2871540825CO: FC Capital HoldiEntry Class Code: CCDACH Trace Number: 122243777486374 | | $ 50,000.00 | $ 59,290.80 |
| 05/24/2023 | Deposit by Check 144202330010732/Remote deposit item count: 01 | | $ 840.00 | $ 9,290.80 |
| 05/24/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000020563703 | | $ 300.00 | $ 8,450.80 |
| 05/23/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 8,150.80 |
| 05/23/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000051 | | $ 25,600.26 | $ 28,150.80 |
| 05/22/2023 | Deposit by Check/Check Received 348.00Check Received 252.00Check Received 954.00Check Received 497.00 | | $ 2,051.00 | $ 2,550.54 |
| 05/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 19,500.00 | | $ 499.54 |
| 05/19/2023 | Deposit Bulk/Checks 16,589.00Check Count 12Deposit Number 0000025 | | $ 16,589.00 | $ 19,999.54 |
| 05/19/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 23,500.00 | | $ 3,410.54 |
| 05/19/2023 | Deposit ACH Twin Cities Co-o/TYPE: 2204413705 ID: 1202646029CO: Twin Cities Co-oEntry Class Code: CCDACH Trace Number: 242071757125072 | | $ 2,480.00 | $ 26,910.54 |
| 05/19/2023 | Deposit ACH World Street Kit/TYPE: 2204413705 ID: 1202646029CO: World Street KitEntry Class Code: CCDACH Trace Number: 242071757125074 | | $ 252.00 | $ 24,430.54 |
| 05/19/2023 | Deposit ACH Blue Door Pub Un/TYPE: 2204413705 ID: 1202646029CO: Blue Door Pub UnEntry Class Code: CCDACH Trace Number: 242071757125070 | | $ 168.00 | $ 24,178.54 |
| 05/17/2023 | Deposit/Check Received 744.00Check Received 4,160.00Check Received 168.00Check Received 1,452.00Check Received 1,120.00 | | $ 19,952.00 | $ 24,010.54 |
| 05/17/2023 | Deposit ACH Blue Door Pub Un/TYPE: 1418817178 ID: 1202646029CO: Blue Door Pub UnEntry Class Code: CCDACH Trace Number: 242071750349570 | | $ 904.00 | $ 4,058.54 |
| 05/17/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000027277492 | | $ 800.00 | $ 3,154.54 |
| 05/17/2023 | Deposit ACH Blue Door Pub Lo/TYPE: 1418817178 ID: 1202646029CO: Blue Door Pub LoEntry Class Code: CCDACH Trace Number: 242071750349572 | | $ 246.00 | $ 2,354.54 |

PAGE 24

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 05/17/2023 | Deposit ACH Spitz MN Inc/TYPE: 1418817178 ID: 1202646029CO: Spitz MN IncEntry Class Code: CCDACH Trace Number: 242071750349568 | | $ 240.00 | $ 2,108.54 |
| 05/16/2023 | Deposit ACH Blue Door Pub Lo/TYPE: 2007706435 ID: 1202646029CO: Blue Door Pub LoEntry Class Code: CCDACH Trace Number: 242071750724742 | | $ 434.00 | $ 1,868.54 |
| 05/15/2023 | Withdrawal ACH ORIG. FEE | $ 170.00 | | $ 1,434.54 |
| 05/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 1,604.54 |
| 05/11/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 34,000.00 | | $ 21,604.54 |
| 05/11/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000055 | $ 12,104.40 | | $ 55,604.54 |
| 05/11/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000053 | $ 3,616.03 | | $ 67,708.94 |
| 05/11/2023 | Withdrawal ACH GMST, LLC/TYPE: Bent Paddl ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000059 | $ 3,528.00 | | $ 71,324.97 |
| 05/11/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000057 | $ 3,276.00 | | $ 74,852.97 |
| 05/11/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000146 | $ 2,572.50 | | $ 78,128.97 |
| 05/10/2023 | Deposit by Check/Check Received 2,060.00Check Received 80.00Check Received 148.00Check Received 420.00Check Received 744.00 | | $ 20,712.00 | $ 80,701.47 |
| 05/09/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070380359575 | | $ 8,578.19 | $ 59,989.47 |
| 05/08/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 24,000.00 | | $ 51,411.28 |
| 05/08/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 26,000.00 | | $ 75,411.28 |
| 05/08/2023 | Deposit ACH HEADWAYCAPITAL 2/TYPE: HEADWAY ID: 2383952821CO: HEADWAYCAPITAL 2Entry Class Code: CCDACH Trace Number: 113024160036270 | | $ 75,000.00 | ######### |
| 05/05/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 26,411.28 |
| 05/05/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 23,516.46 | $ 26,421.28 |
| 05/05/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 2,904.82 |
| 05/05/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 237.54 | $ 2,914.82 |
| 05/05/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 2,677.28 |
| 05/03/2023 | Deposit by Check/Check Received 336.01 | | $ 336.01 | $ 22,677.28 |
| 05/03/2023 | Deposit/Check Received 812.00Check Received 3,078.00Check Received 468.00Check Received 1,362.00Check Received 466.00 | | $ 15,032.01 | $ 22,341.27 |
| 05/03/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000029614513 | | $ 1,140.00 | $ 7,309.26 |
| 04/30/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 6,169.26 |
| 04/30/2023 | Withdrawal Bus Chk Cnt Fee | $ 0.10 | | $ 6,219.26 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 04/27/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 15,000.00 | | $ 6,219.36 |
| 04/26/2023 | Deposit/Check Received 1,008.00Check Received 1,244.00Check Received 276.00Check Received 880.00Check Received 152.00 | | $ 12,778.00 | $ 21,219.36 |
| 04/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000072 | $ 6,426.00 | | $ 8,441.36 |
| 04/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000070 | $ 3,763.20 | | $ 14,867.36 |
| 04/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000131 | $ 2,412.00 | | $ 18,630.56 |
| 04/26/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000028382787 | | $ 1,016.00 | $ 21,042.56 |
| 04/21/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 45,000.00 | | $ 20,026.56 |
| 04/21/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000003 | $ 20,000.00 | | $ 65,026.56 |
| 04/19/2023 | Deposit by Check 109202330010762/Remote deposit item count: 30 | | $ 20,722.00 | $ 85,026.56 |
| 04/19/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000059 | $ 13,500.00 | | $ 64,304.56 |
| 04/17/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408596028662 | | $ 59,134.70 | $ 77,804.56 |
| 04/15/2023 | Withdrawal ACH ORIG. FEE | $ 130.00 | | $ 18,669.86 |
| 04/14/2023 | Withdrawal ACH LAGERSMITH LLC/TYPE: SALE ID: 9215986202CO: LAGERSMITH LLCEntry Class Code: CCDACH Trace Number: 021000022151319 | $ 3,923.10 | | $ 18,799.86 |
| 04/13/2023 | Deposit by Check 103202330011240/Remote deposit item count: 25 | | $ 12,654.00 | $ 22,722.96 |
| 04/13/2023 | Withdrawal ACH ARTBOX CREATIVE/TYPE: SALE ID: 9215986202CO: ARTBOX CREATIVEEntry Class Code: CCDACH Trace Number: 021000020850450 | $ 1,500.00 | | $ 10,068.96 |
| 04/13/2023 | Withdrawal ACH ARTBOX CREATIVE/TYPE: SALE ID: 9215986202CO: ARTBOX CREATIVEEntry Class Code: CCDACH Trace Number: 021000020850452 | $ 465.00 | | $ 11,568.96 |
| 04/12/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000001 | $ 70,000.00 | | $ 12,033.96 |
| 04/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000332 | $ 5,628.00 | | $ 82,033.96 |
| 04/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000336 | $ 1,440.00 | | $ 87,661.96 |
| 04/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000334 | $ 1,218.00 | | $ 89,101.96 |
| 04/12/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000021373204 | | $ 800.00 | $ 90,319.96 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 04/11/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408599314177 | | $ 32,283.84 | $ 89,519.96 |
| 04/11/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408599314179 | | $ 21,567.28 | $ 57,236.12 |
| 04/11/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408599314173 | | $ 21,043.68 | $ 35,668.84 |
| 04/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 75,000.00 | | $ 14,625.16 |
| 04/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 75,000.00 | | $ 89,625.16 |
| 04/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000460 | $ 7,578.00 | | ######### |
| 04/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000458 | $ 7,022.40 | | ######### |
| 04/07/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000456 | $ 5,229.00 | | ######### |
| 04/07/2023 | Deposit ACH IControl/TYPE: 106219090 ID: 1202646029CO: IControlEntry Class Code: CCDACH Trace Number: 242071758544965 | | $ 1.00 | ######### |
| 04/06/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | ######### |
| 04/06/2023 | Deposit/INCOMING WIRE FROM INVERSION CAPITAL LLC | | $ 76,231.80 | ######### |
| 04/05/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000021001066 | | $ 1,580.00 | ######### |
| 04/04/2023 | Deposit by Check/Check Received 144.00Check Received 452.00 | | $ 596.00 | ######### |
| 04/04/2023 | Deposit/Check Received 168.00Check Received 496.00Check Received 396.00Check Received 704.00Check Received 144.00 | | $ 22,702.00 | ######### |
| 04/04/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 83,353.76 |
| 04/04/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 74,895.00 | $ 83,363.76 |
| 04/04/2023 | Deposit by Check/Check Received 240.00 | | $ 240.00 | $ 8,468.76 |
| 04/04/2023 | Withdrawal ACH IControl/TYPE: 220969437 ID: 1202646029CO: IControlEntry Class Code: CCDACH Trace Number: 242071758480601 | $ 1.00 | | $ 8,228.76 |
| 04/03/2023 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 25,000.00 | | $ 8,229.76 |
| 03/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 33,229.76 |
| 03/31/2023 | Withdrawal Bus Chk Cnt Fee | $ 1.40 | | $ 33,279.76 |
| 03/28/2023 | Deposit by Check/Check Received 420.00Check Received 212.00Check Received 984.00Check Received 5,740.00Check Received 192.00 | | $ 14,250.00 | $ 33,281.16 |
| 03/27/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 19,031.16 |
| 03/27/2023 | Withdrawal ACH Square Inc/TYPE: ACCTVERIFY ID: 9424300002CO: Square IncEntry Class Code: CCDACH Trace Number: 021000028816812 | $ 0.01 | | $ 39,031.16 |
| 03/27/2023 | Deposit ACH Square Inc/TYPE: ACCTVERIFY ID: 9424300002CO: Square IncEntry Class Code: CCDACH Trace Number: 021000028817236 | | $ 0.01 | $ 39,031.17 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 03/23/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 39,031.16 |
| 03/23/2023 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000022653255 | | $ 13,096.64 | $ 69,031.16 |
| 03/22/2023 | Withdrawal/NSF CHECK JACK'S HARDWARE & FARM SUPPLY | $ 628.00 | | $ 55,934.52 |
| 03/22/2023 | Withdrawal RETURNED ITEM | $ 10.00 | | $ 56,562.52 |
| 03/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000194 | $ 5,202.00 | | $ 56,572.52 |
| 03/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Wunder/Rad ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000196 | $ 4,074.00 | | $ 61,774.52 |
| 03/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000192 | $ 367.80 | | $ 65,848.52 |
| 03/22/2023 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000020462573 | | $ 12,115.45 | $ 66,216.32 |
| 03/21/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 40,000.00 | | $ 54,100.87 |
| 03/21/2023 | Deposit ACH Socali Manufactu/TYPE: BUSINESS ID: 1834585178CO: Socali ManufactuEntry Class Code: CCDACH Trace Number: 091408593498065 | | $ 31,954.64 | $ 94,100.87 |
| 03/20/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070389603047 | | $ 34,229.73 | $ 62,146.23 |
| 03/17/2023 | Deposit/Check Received 2,448.00Check Received 2,388.00Check Received 320.00Check Received 2,012.00Check Received 80.00 | | $ 20,428.00 | $ 27,916.50 |
| 03/15/2023 | Withdrawal ACH ORIG. FEE | $ 60.00 | | $ 7,488.50 |
| 03/15/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 12,000.00 | | $ 7,548.50 |
| 03/15/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000022963994 | | $ 1,600.00 | $ 19,548.50 |
| 03/14/2023 | Withdrawal ACH GMST, LLC/TYPE: Bent Paddl ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000223 | $ 8,960.00 | | $ 17,948.50 |
| 03/13/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 40,000.00 | | $ 26,908.50 |
| 03/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000066 | $ 5,052.60 | | $ 66,908.50 |
| 03/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000068 | $ 4,296.00 | | $ 71,961.10 |
| 03/10/2023 | Deposit by Check/Check Received 584.00Check Received 640.00Check Received 800.00Check Received 640.00Check Received 372.00 | | $ 4,636.00 | $ 76,257.10 |
| 03/08/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000027182760 | | $ 400.00 | $ 71,621.10 |
| 03/07/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 71,221.10 |
| 03/07/2023 | Deposit/INCOMING WIRE FROM CLIMBING KITES LLC | | $ 40,420.12 | $ 71,231.10 |
| 03/06/2023 | Deposit/Check Received 80.00Check Received 144.00Check Received 732.00Check Received 240.00Check Received 4,200.00 | | $ 11,526.00 | $ 30,810.98 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 03/01/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000310 | $ 7,200.00 | | $ 19,284.98 |
| 03/01/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000026327761 | | $ 1,600.00 | $ 26,484.98 |
| 02/28/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 24,884.98 |
| 02/28/2023 | Withdrawal Bus Chk Cnt Fee | $ 0.60 | | $ 24,934.98 |
| 02/27/2023 | Deposit by Check/Check Received 320.00Check Received 160.00Check Received 640.00Check Received 640.00Check Received 400.00 | | $ 9,924.00 | $ 24,935.58 |
| 02/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 40,000.00 | | $ 15,011.58 |
| 02/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Plift ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000014 | $ 1,824.00 | | $ 55,011.58 |
| 02/22/2023 | Withdrawal ACH GMST, LLC/TYPE: Happi ID: 1883370066 CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000012 | $ 1,350.00 | | $ 56,835.58 |
| 02/17/2023 | Deposit/Check Received 304.00Check Received 176.00Check Received 240.00Check Received 240.00Check Received 320.00 | | $ 11,834.00 | $ 58,185.58 |
| 02/17/2023 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000024250473 | | $ 13,381.42 | $ 46,351.58 |
| 02/16/2023 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000029771642 | | $ 5,187.41 | $ 32,970.16 |
| 02/15/2023 | Withdrawal ACH ORIG. FEE | $ 50.00 | | $ 27,782.75 |
| 02/15/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000031 | | $ 26,809.24 | $ 27,832.75 |
| 02/15/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000020668689 | | $ 960.00 | $ 1,023.51 |
| 02/13/2023 | Withdrawal by Check/Check 00 38178 Disbursed 16,500.00Check Disbursed Fee 5.00 | $ 16,505.00 | | $ 63.51 |
| 02/10/2023 | Deposit by Check/Check Received 400.00Check Received 624.00Check Received 352.00Check Received 288.00Check Received 320.00 | | $ 15,654.00 | $ 16,568.51 |
| 02/10/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 32,000.00 | | $ 914.51 |
| 02/08/2023 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 32,914.51 |
| 02/08/2023 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING IN | | $ 31,691.06 | $ 32,924.51 |
| 02/08/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000021936275 | | $ 800.00 | $ 1,233.45 |
| 02/03/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 26,000.00 | | $ 433.45 |
| 02/01/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 50,000.00 | | $ 26,433.45 |
| 02/01/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000149 | | $ 26,054.32 | $ 76,433.45 |
| 01/31/2023 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 50,379.13 |
| 01/31/2023 | Withdrawal Bus Chk Cnt Fee | $ 0.40 | | $ 50,429.13 |

# 90 DAY EXPENDITURES ACCT 0090

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 01/31/2023 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000070 | | $ 41,233.78 | $ 50,429.53 |
| 01/30/2023 | Deposit by Check Received 480.00Check Received 160.00Check Received 800.00Check Received 160.00Check Received 240.00 | | $ 8,720.00 | $ 9,195.75 |
| 01/27/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000007 | $ 10,000.00 | | $ 475.75 |
| 01/26/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 16,000.00 | | $ 10,475.75 |
| 01/26/2023 | Deposit ACH Radix Labs, Inc./TYPE: Fair State ID: 1831581430CO: Radix Labs, Inc.Entry Class Code: CCDACH Trace Number: 322070389584365 | | $ 8,220.00 | $ 26,475.75 |
| 01/26/2023 | Deposit ACH Surdyk?s Liquor,/TYPE: Receivable ID: 1204895317CO: Surdyk?s Liquor,Entry Class Code: CCDACH Trace Number: 021000022728480 | | $ 1,600.00 | $ 18,255.75 |
| 01/25/2023 | Deposit by Check/Check Received 480.00Check Received 160.00Check Received 240.00Check Received 1,280.00Check Received 80.00 | | $ 10,720.00 | $ 16,655.75 |
| 01/25/2023 | Deposit ACH Bill.com/TYPE: ACCTVERIFY ID: 2204895317CO: Bill.comEntry Class Code: CCDACH Trace Number: 021000022351402 | | $ 0.01 | $ 5,935.75 |
| 01/17/2023 | Deposit by Check/Check Received 80.00Check Received 800.00Check Received 240.00Check Received 160.00Check Received 480.00 | | $ 5,840.00 | $ 5,935.74 |
| 01/17/2023 | Withdrawal ACH ORIG. FEE | $ 10.00 | | $ 95.74 |
| 01/17/2023 | Withdrawal Adjustment ACH ORIG. FEE/REV DUP FEE POST | | $ 30.00 | $ 105.74 |
| 01/15/2023 | Withdrawal ACH ORIG. FEE | $ 30.00 | | $ 75.74 |
| 01/12/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 8,000.00 | | $ 105.74 |
| 01/06/2023 | Deposit Bulk/Checks 7,760.00Check Count 16Deposit Number 0000018 | | $ 7,760.00 | $ 8,105.74 |
| 01/06/2023 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 10,000.00 | | $ 345.74 |
| 12/31/2022 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 10,345.74 |
| 12/30/2022 | Deposit by Check 364202230010500/Remote deposit item count: 18 | | $ 6,160.00 | $ 10,395.74 |
| 12/28/2022 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 30,000.00 | | $ 4,235.74 |
| 12/16/2022 | Deposit/Check Received 80.00Check Received 320.00Check Received 480.00Check Received 400.00Check Received 320.00 | | $ 5,760.00 | $ 34,235.74 |
| 12/16/2022 | Withdrawal ACH ORIG. FEE | $ 30.00 | | $ 28,475.74 |
| 12/16/2022 | Withdrawal Adjustment ACH ORIG. FEE/Reverse Dup Fee | | $ 20.00 | $ 28,505.74 |
| 12/15/2022 | Withdrawal ACH ORIG. FEE | $ 20.00 | | $ 28,485.74 |
| 12/14/2022 | Deposit ACH HAPPI CO/TYPE: PAYMENT ID: 85-0959926CO: HAPPI COEntry Class Code: CCDACH Trace Number: 072404320000020 | | $ 9,970.00 | $ 28,505.74 |
| 12/14/2022 | Deposit ACH NOBLE BRANDS INC/TYPE: ACH Pmt ID: 9200502235CO: NOBLE BRANDS INCEntry Class Code: CCDACH Trace Number: 021000024335198 | | $ 9,130.00 | $ 18,535.74 |
| 12/02/2022 | Deposit/Check Received 800.00Check Received 480.00Check Received 240.00Check Received 80.00Check Received 320.00 | | $ 3,360.00 | $ 9,405.74 |
| 11/30/2022 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 6,045.74 |
| 11/29/2022 | Deposit by Check 333202230010474/Remote deposit item count: 02 | | $ 1,200.00 | $ 6,095.74 |

# 90 DAY EXPENDITURES ACCT 0090

| | | | | |
|---|---|---|---|---|
| 11/28/2022 | Withdrawal ACH ORIG. FEE | $ 20.00 | | $ 4,895.74 |
| 11/25/2022 | Deposit by Check 329202230010331/Remote deposit item count: 09 | | $ 4,640.00 | $ 4,915.74 |
| 11/16/2022 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 8,000.00 | | $ 275.74 |
| 11/14/2022 | Deposit/Check Received 240.00Check Received 320.00Check Received 800.00Check Received 240.00Check Received 320.00 | | $ 4,400.00 | $ 8,275.74 |
| 11/09/2022 | Deposit by Check 313202230010426/Remote deposit item count: 01 | | $ 800.00 | $ 3,875.74 |
| 11/09/2022 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 16,000.00 | | $ 3,075.74 |
| 11/08/2022 | Deposit by Check 312202230010357/Remote deposit item count: 10 | | $ 2,960.00 | $ 19,075.74 |
| 11/04/2022 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 40,000.00 | | $ 16,115.74 |
| 10/31/2022 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 56,115.74 |
| 10/28/2022 | Deposit by Check/Check Received 800.00Check Received 400.00Check Received 240.00Check Received 320.00Check Received 240.00 | | $ 3,440.00 | $ 56,165.74 |
| 10/21/2022 | Deposit by Check/Check Received 240.00Check Received 320.00Check Received 320.00Check Received 160.00Check Received 320.00 | | $ 1,920.00 | $ 52,725.74 |
| 10/20/2022 | Withdrawal ACH GMST, LLC/TYPE: ACH Single ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 600.00 | | $ 50,805.74 |
| 10/17/2022 | Deposit by Check/Check Received 160.00 | | $ 160.00 | $ 51,405.74 |
| 10/17/2022 | Deposit Bulk/Checks 4,800.00Check Count 15Loose Currency 80.00Deposit Number 0000039 | | $ 4,880.00 | $ 51,245.74 |
| 10/15/2022 | Withdrawal ACH ORIG. FEE | $ 30.00 | | $ 46,365.74 |
| 10/07/2022 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 50,000.00 | | $ 46,395.74 |
| 10/03/2022 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING | | $ 95,286.00 | $ 96,395.74 |
| 10/03/2022 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 1,109.74 |
| 09/30/2022 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 1,119.74 |
| 09/22/2022 | Withdrawal ACH GMST, LLC/TYPE: ACH Paymen ID: 1883370066CO: GMST, LLCEntry Class Code: CCDACH Trace Number: 291974200000376 | $ 42,000.00 | | $ 1,169.74 |
| 09/21/2022 | Deposit/INCOMING WIRE FROM CLRTY COMPANY | | $ 42,220.90 | $ 43,169.74 |
| 09/21/2022 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 948.84 |
| 09/13/2022 | Withdrawal ACH GMST, LLC/TYPE: Transfer N ID: 1883370066CO: GMST, LLCEntry Class Code: PPDACH Trace Number: 291974200000001 | $ 20,000.00 | | $ 958.84 |
| 09/09/2022 | Deposit/INCOMING WIRE FROM SOCALI MANUFACTURING | | $ 16,023.84 | $ 20,958.84 |
| 09/09/2022 | Withdrawal Fee/Domestic Wire Fee(Incoming) | $ 10.00 | | $ 4,935.00 |
| 08/31/2022 | Withdrawal Cannabis Mth Fee | $ 50.00 | | $ 4,945.00 |
| 08/30/2022 | Withdrawal Transfer To Share 0000 | $ 5.00 | | $ 4,995.00 |
| 08/26/2022 | Withdrawal ACH Fair State Brewi/TYPE: SIGONFILE ID: 1320400422CO: Fair State BrewiEntry Class Code: CCDACH Trace Number: 091017500248895 | $ 45,000.00 | | $ 5,000.00 |
| 08/25/2022 | Deposit/INCOMING WIRE FROM CORVEX CONNECTED WORKER | | $ 50,000.00 | $ 50,000.00 |
| | TOTALS | $4,010,968.48 | $ 4,018,644.09 | |

PAGE 31

| Account D | Posted Date | Serial Num | Description | debits | credits |
|---|---|---|---|---|---|
| Checking | 11/15/2023 | 0 | 231115P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021090693 Fair State Brewing Coo | | $ 32.47 |
| Checking | 11/15/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010888890 ID# 543684555980195 | | $ 1,222.67 |
| Checking | 11/15/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500283142 ID# MMH9 | | $ 22,897.96 |
| Checking | 11/15/2023 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000289032869 FAIR STATE BREWING COO | $ 410.00 | |
| Checking | 11/15/2023 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000289032868 FAIR STATE BREWING COO | $ 550.00 | |
| Checking | 11/15/2023 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000289032870 FAIR STATE BREWING COO | $ 750.00 | |
| Checking | 11/15/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780003953 ID# 2281956 | $ 4,878.96 | |
| Checking | 11/16/2023 | 0 | 231116P2  Square Inc CO ID# 9424300002PPD TRACE# 021000027022170 Fair State Brewing Coo | | $ 37.23 |
| Checking | 11/16/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018607164 ID# 543684555980195 | | $ 999.91 |
| Checking | 11/16/2023 | 1.58E+09 | MOBILE DEPOSIT | | $ 5,413.00 |
| Checking | 11/17/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012168588 ID# 543684555980195 | | $ 1,978.33 |
| Checking | 11/17/2023 | 0 | TAXPAYMNT  WI DEPT REVENUE CO ID# X000006300 CCD TRACE# 042000017604742 ID# 234171840 | $ 284.00 | |
| Checking | 11/17/2023 | 0 | INSURANCE  UNUMGROUP955 CO ID# 1010278678PPD TRACE# 111000013152919 FAIR STATE BREWING COO | $ 861.92 | |
| Checking | 11/17/2023 | 0 | INSURANCE  UNUMGROUP955 CO ID# 1010278678PPD TRACE# 111000013152915 FAIR STATE BREWING COO | $ 907.05 | |
| Checking | 11/17/2023 | 0 | INSURANCE  UNUMGROUP955 CO ID# 1010278678PPD TRACE# 111000013152913 FAIR STATE BREWING COO | $ 919.88 | |
| Checking | 11/17/2023 | 0 | INSURANCE  UNUMGROUP955 CO ID# 1010278678PPD TRACE# 111000013152917 FAIR STATE BREWING COO | $ 919.88 | |
| Checking | 11/20/2023 | 0 | RTP CREDIT RTP deposit from Melio Inc. | | $ 5,899.41 |
| Checking | 11/20/2023 | 0 | 231120P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024116149 Fair State Brewing Coo | | $ 19.86 |
| Checking | 11/20/2023 | 0 | 231120P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024116150 Fair State Brewing Coo | | $ 32.76 |
| Checking | 11/20/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015660063 ID# 543684555980195 | | $ 1,899.46 |
| Checking | 11/20/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016439148 ID# 543684555980195 | | $ 3,635.15 |
| Checking | 11/20/2023 | 0 | PY112023  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006485240401 FAIR STATE BREWING COO | | $ 29,074.87 |
| Checking | 11/20/2023 | 0 | AUTOPAYBUS CHASE CREDIT CRD CO ID# 4760039224PPD TRACE# 021000029157497 SALLEE DAVID E | $ 1,622.00 | |
| Checking | 11/20/2023 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000025398094 ID# MN466I0XBJtZZmi | $ 1,737.14 | |
| Checking | 11/20/2023 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205059865045 ID# C-BUND40497548 | $ 3,104.48 | |
| Checking | 11/20/2023 | 0 | FSBC-1   VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043481878359 ID# 2960126 | $ 9,916.67 | |
| Checking | 11/21/2023 | 0 | 231121P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029193585 Fair State Brewing Coo | | $ 42.29 |
| Checking | 11/21/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013834220 ID# 543684555980195 | | $ 1,797.31 |
| Checking | 11/21/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018323367 ID# 543684555980195 | | $ 4,147.91 |
| Checking | 11/21/2023 | 0 | Transfer N GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000002 FSBC-NE | | $ 31,000.00 |
| Checking | 11/21/2023 | 0 | MN Rev pay MN DEPT OF REVEN CO ID# X416007162 CCD TRACE# 042000017099270 ID# 000000105741169 | $ 6,595.00 | |
| Checking | 11/21/2023 | 0 | PURCHASE   Iron Heart Canni CO ID# 9000010067PPD TRACE# 122043481397626 Evan Sallee | $ 13,216.12 | |
| Checking | 11/21/2023 | 0 | AUTH PAYME Channel Partner CO ID# 1552626785 CCD TRACE# 071006484929777 ID# G-7142CC03F71C4 | $ 16,805.56 | |
| Checking | 11/21/2023 | 10319 | CHECK      10319 | $ 500.00 | |
| Checking | 11/22/2023 | 0 | 231122P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029981948 Fair State Brewing Coo | | $ 4.47 |
| Checking | 11/22/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011280924 ID# 543684555980195 | | $ 1,994.37 |
| Checking | 11/22/2023 | 0 | Transfer N GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000004 FSBC-NE | | $ 100,000.00 |
| Checking | 11/22/2023 | 1.58E+09 | MOBILE DEPOSIT | | $ 3,614.50 |
| Checking | 11/22/2023 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000287503268 FAIR STATE BREWING COO | $ 410.00 | |
| Checking | 11/22/2023 | 0 | BILLPAY   THE CINCINNATI I CO ID# 0000000160WEB TRACE# 091000014588185 SENDER: THE CINCINNATI | $ 4,712.00 | |
| Checking | 11/22/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780004749 ID# 2283426 | $ 4,878.96 | |
| Checking | 11/22/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200986616262 ID# ZNFTSS0943024 | $ 9,486.64 | |
| Checking | 11/22/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200986616879 ID# ZNFTSS0947050 | $ 11,185.43 | |
| Checking | 11/22/2023 | 0 | PAYROLL   ZENEFITS CO ID# R942875288 CCD TRACE# 053200986612879 ID# ZNFTSS0946642 | $ 28,409.61 | |
| Checking | 11/22/2023 | 0 | PAYROLL   ZENEFITS CO ID# R942875288 CCD TRACE# 053200986618151 ID# ZNFTSS0945961 | $ 32,108.73 | |
| Checking | 11/24/2023 | 0 | 231124P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023750192 Fair State Brewing Coo | | $ 51.82 |
| Checking | 11/24/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016914603 ID# 543684555980195 | | $ 1,814.44 |
| Checking | 11/24/2023 | 0 | Fairstate COLLEGE CITY BEV CO ID# 1411335489 CCD TRACE# 091000015905627 ID# Fairstate | | $ 21,138.20 |
| Checking | 11/24/2023 | 0 | DEPOSIT | | $ 1,490.00 |
| Checking | 11/24/2023 | 0 | SETL     MBI CO ID# 1383261866 CCD TRACE# 071000281689024 ID# MED-I-BANK | $ 29.20 | |
| Checking | 11/27/2023 | 0 | 231127P2  Square Inc CO ID# 9424300002PPD TRACE# 021000025468636 Fair State Brewing Coo | | $ 18.76 |
| Checking | 11/27/2023 | 0 | 231127P2  Square Inc CO ID# 9424300002PPD TRACE# 021000025468638 Fair State Brewing Coo | | $ 51.82 |
| Checking | 11/27/2023 | 0 | 231127P2  Square Inc CO ID# 9424300002PPD TRACE# 021000025468637 Fair State Brewing Coo | | $ 363.64 |
| Checking | 11/27/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013444843 ID# 543684555980195 | | $ 4,089.88 |
| Checking | 11/27/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016748938 ID# 543684555980195 | | $ 4,473.50 |
| Checking | 11/27/2023 | 0 | ISA PYMENT NORTHWESTERN MU CO ID# 9000596067PPD TRACE# 021000024366594 FAIRSTATE BREWING CO | $ 284.88 | |
| Checking | 11/27/2023 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000027341239 ID# 5XooMCUWZ5K9BV | $ 9,500.48 | |
| Checking | 11/27/2023 | 0 | FSBC-1   VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043481978621 ID# 2960126 | $ 9,916.67 | |
| Checking | 11/27/2023 | 10318 | CHECK      10318 | $ 2,454.30 | |
| Checking | 11/28/2023 | 0 | 231128P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024626317 Fair State Brewing Coo | | $ 9.23 |
| Checking | 11/28/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016357066 ID# 543684555980195 | | $ 1,566.48 |
| Checking | 11/28/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012833344 ID# 543684555980195 | | $ 3,270.34 |
| Checking | 11/28/2023 | 0 | PURCHASE   Iron Heart Canni CO ID# 9000010067PPD TRACE# 122043481694944 Evan Sallee | $ 13,736.36 | |
| Checking | 11/28/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500283841 ID# 5CJ9 | $ 44,697.59 | |
| Checking | 11/29/2023 | 0 | 231129P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020709998 Fair State Brewing Coo | | $ 87.05 |
| Checking | 11/29/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015340277 ID# 543684555980195 | | $ 661.02 |
| Checking | 11/29/2023 | 0 | 20ACHPFBEB DIVVYPAY LLC CO ID# 1870890811 CCD TRACE# 121143269370915 ID# | | $ 1,971.31 |
| Checking | 11/29/2023 | 0 | Transfer N GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000517 FSBC-NE | | $ 50,000.00 |
| Checking | 11/29/2023 | 0 | ACH XFER  VERMONT INFORMAT CO ID# 1030231253 CCD TRACE# 021303618283508 ID# 254684 | $ 619.52 | |
| Checking | 11/29/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780002686 ID# 2284719 | $ 4,878.96 | |
| Checking | 11/29/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500283923 ID# TFJ9 | $ 79,867.00 | |
| Checking | 11/29/2023 | 10293 | CHECK      10293 | $ 90.00 | |
| Checking | 11/29/2023 | 10320 | CHECK      10320 | $ 3,500.00 | |
| Checking | 11/30/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013316224 ID# 543684555980195 | | $ 1,060.83 |
| Checking | 11/30/2023 | 0 | Receivable Yayin Gadol dba CO ID# 1204895317 CCD TRACE# 021000025307600 ID# 025PZSQIGLPK9UK | | $ 1,217.00 |
| Checking | 11/30/2023 | 0 | PY113023  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006485098752 FAIR STATE BREWING COO | | $ 31,061.90 |

| | | | | | |
|---|---|---|---|---|---|
| Checking | 11/30/2023 | 0 | REMOTE DEPOSIT SM BUS MO FEE | $ 35.00 | |
| Checking | 11/30/2023 | 0 | INT BNKING SERVICE CHARGE | $ 35.00 | |
| Checking | 12/1/2023 | 0 | 231201P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023989326 Fair State Brewing Coo | | $ 18.76 |
| Checking | 12/1/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016712186 ID# 543684555980195 | | $ 1,433.55 |
| Checking | 12/1/2023 | 0 | Transfer N GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000239 FSBC-NE | | $ 30,104.06 |
| Checking | 12/1/2023 | 0 | LEASE PYMT Financial Pacifi CO ID# 9118771358 CCD TRACE# 123205052033477 ID# 001-1587152-301 | $ 1,156.53 | |
| Checking | 12/1/2023 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205052045523 ID# CT-BUND40609649 | $ 3,042.80 | |
| Checking | 12/1/2023 | 0 | SIGONFILE  Northeast Invest CO ID# 1453810874 CCD TRACE# 091017500284052 ID# ZKJ9 | $ 5,778.58 | |
| Checking | 12/1/2023 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205052045522 ID# CT-BUND40532804 | $ 6,470.89 | |
| Checking | 12/4/2023 | 0 | 231204P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029209720 Fair State Brewing Coo | | $ 37.52 |
| Checking | 12/4/2023 | 0 | 231204P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029209721 Fair State Brewing Coo | | $ 98.37 |
| Checking | 12/4/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010651337 ID# 543684555980195 | | $ 2,108.42 |
| Checking | 12/4/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010752302 ID# 543684555980195 | | $ 2,870.02 |
| Checking | 12/4/2023 | 0 | MERCH PMT  HUNTINGTON BP CO ID# 9000001200PPD TRACE# 044000029441832 708116-NORTHEAST BAN | | $ 12,377.51 |
| Checking | 12/4/2023 | 0 | SETL   MBI CO ID# 1383261866 CCD TRACE# 071000285260955 ID# MED-I-BANK | $ 25.00 | |
| Checking | 12/4/2023 | 0 | SQ231204  Square Inc CO ID# 9591330001WEB TRACE# 021000029971383 SENDER: T3BDHHZGVSRDMHP | $ 180.00 | |
| Checking | 12/4/2023 | 0 | WEB PAY  FSL CO ID# 7860986927 CCD TRACE# 091000013103338 ID# 30912-18 | $ 190.51 | |
| Checking | 12/4/2023 | 0 | 4254840261 Container Logic CO ID# 0010943335 CCD TRACE# 242071758157017 ID# | $ 228.00 | |
| Checking | 12/4/2023 | 0 | DIRECT DEB CHUBB-SCI CO ID# 3131963496WEB TRACE# 043000266443373 SENDER: SCI | $ 267.43 | |
| Checking | 12/4/2023 | 0 | ACH PMT   AMEX EPAYMENT CO ID# 0005000040 CCD TRACE# 091000015416951 ID# A2540 | $ 422.00 | |
| Checking | 12/4/2023 | 0 | LOANLEASE WELLS FARGO BANK CO ID# WFEFIMSG11 CCD TRACE# 091000014397896 ID# 000000014538665 | $ 526.35 | |
| Checking | 12/4/2023 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000029091436 ID# AWhLYaCYQqm46m | $ 5,605.05 | |
| Checking | 12/4/2023 | 0 | FSBC-1   VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482103232 ID# 2960126 | $ 9,916.67 | |
| Checking | 12/4/2023 | 0 | XCELENERGY XCEL ENERGY-MN CO ID# 7410448030TEL TRACE# 091000011306086 | $ 13,088.99 | |
| Checking | 12/5/2023 | 0 | 231205P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024437931 Fair State Brewing Coo | | $ 28.29 |
| Checking | 12/5/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011759094 ID# 543684555980195 | | $ 2,209.75 |
| Checking | 12/5/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013100566 ID# 543684555980195 | | $ 3,538.25 |
| Checking | 12/5/2023 | 0 | CR CD CHBK TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017633244 ID# 543684555980195 | $ 8.74 | |
| Checking | 12/5/2023 | 0 | BILLNG   MERCHANTSERVCS CO ID# 7300604847 CCD TRACE# 242071758004067 ID# 370670000312057 | $ 18.92 | |
| Checking | 12/5/2023 | 0 | BILLNG   MERCHANTSERVCS CO ID# 7300604847 CCD TRACE# 242071757301633 ID# 370670000312057 | $ 27.20 | |
| Checking | 12/5/2023 | 0 | MGC ACH DR CPENERGY MNGCO CO ID# 176051140SPPD TRACE# 021000025849873 CNP | $ 232.69 | |
| Checking | 12/5/2023 | 0 | Premium   SFM Mutual Ins CO ID# 1411459789 CCD TRACE# 042000017712988 ID# 117421ttt829580 | $ 971.00 | |
| Checking | 12/5/2023 | 0 | CRCARDPMT CAPITAL ONE CO ID# 9541719318 CCD TRACE# 056073612369202 ID# 3ST3P0PK3WZFPUK | $ 1,113.00 | |
| Checking | 12/5/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500284752 ID# K9K9 | $ 4,075.70 | |
| Checking | 12/5/2023 | 0 | PURCHASE  BOYUMBARENSCHEER CO ID# 911925808M CCD TRACE# 042000019141965 ID# FAIR STATE BREW | $ 5,165.85 | |
| Checking | 12/6/2023 | 0 | 231206P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029590799 Fair State Brewing Coo | | $ 4.47 |
| Checking | 12/6/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017408922 ID# 543684555980195 | | $ 1,562.55 |
| Checking | 12/6/2023 | 0 | DEPOSIT | | $ 24,968.00 |
| Checking | 12/6/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780003923 ID# 2286171 | $ 4,878.96 | |
| Checking | 12/6/2023 | 10306 | CHECK    10306 | $ 17.04 | |
| Checking | 12/7/2023 | 0 | WIRE TRANSFER CREDIT SPECIALTY CAPITAL LLC 224 W 35TH ST STE 500  583 NEW YORK, NY 10001 US | | $ 268,125.00 |
| Checking | 12/7/2023 | 0 | 231207P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024350997 Fair State Brewing Coo | | $ 47.35 |
| Checking | 12/7/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018057850 ID# 543684555980195 | | $ 1,531.74 |
| Checking | 12/7/2023 | 0 | WIRE TRANSFER FEE | $ 12.00 | |
| Checking | 12/7/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200983555110 ID# ZNFTS51368832 | $ 8,282.62 | |
| Checking | 12/7/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200983554782 ID# ZNFTS51366684 | $ 12,858.11 | |
| Checking | 12/7/2023 | 0 | PAYROLL   ZENEFITS CO ID# P942875288 CCD TRACE# 053200983747913 ID# ZNFTS51367077 | $ 25,910.27 | |
| Checking | 12/7/2023 | 0 | PREMIUM   HealthPartners CO ID# F410797853 CCD TRACE# 021000021351181 ID# 0158358340982 | $ 27,198.05 | |
| Checking | 12/7/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500284899 ID# 9GK9 | $ 29,915.86 | |
| Checking | 12/7/2023 | 0 | PAYROLL   ZENEFITS CO ID# P942875288 CCD TRACE# 053200983747430 ID# ZNFTS51364059 | $ 35,483.51 | |
| Checking | 12/8/2023 | 0 | 231208P2  Square Inc CO ID# 9424300002PPD TRACE# 021000025776898 Fair State Brewing Coo | | $ 47.35 |
| Checking | 12/8/2023 | 0 | PAYROLL   ZENEFITS CO ID# P942875288 CCD TRACE# 053200985557688 ID# ZNFTS51438114 | | $ 1,820.95 |
| Checking | 12/8/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011945650 ID# 543684555980195 | | $ 2,235.54 |
| Checking | 12/8/2023 | 0 | ACH     SCHOTT DISTRIBUT CO ID# 1410830368 CCD TRACE# 071006482453401 ID# | | $ 4,454.25 |
| Checking | 12/8/2023 | 0 | PAYMENTS  LIME VENTUR 6098 CO ID# 1460926592 CCD TRACE# 111000029172562 ID# | | $ 5,035.00 |
| Checking | 12/11/2023 | 0 | 231211P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021396056 Fair State Brewing Coo | | $ 27.99 |
| Checking | 12/11/2023 | 0 | 231211P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021396058 Fair State Brewing Coo | | $ 38.81 |
| Checking | 12/11/2023 | 0 | 231211P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021396057 Fair State Brewing Coo | | $ 115.42 |
| Checking | 12/11/2023 | 0 | PAYABLES  COBRACOMPLETE CO ID# 9300975075 CCD TRACE# 091310524050886 ID# 522748 | | $ 450.53 |
| Checking | 12/11/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015315652 ID# 543684555980195 | | $ 2,767.91 |
| Checking | 12/11/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017261901 ID# 543684555980195 | | $ 3,252.54 |
| Checking | 12/11/2023 | 0 | DC      East Hudson Oper CO ID# 091408593827520 ID# | | $ 25,490.05 |
| Checking | 12/11/2023 | 0 | FintechEFT fintech.net CO ID# 65-0152732 CCD TRACE# 063112147425709 ID# 32-0400422 | $ 20.00 | |
| Checking | 12/11/2023 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000286285592 ID# MED-I-BANK | $ 131.21 | |
| Checking | 12/11/2023 | 0 | MERCH FEES TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010103964 ID# 543684555980195 | $ 2,527.89 | |
| Checking | 12/11/2023 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205054111881 ID# CT-BUND40419742 | $ 2,772.50 | |
| Checking | 12/11/2023 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205054111881 ID# CT-BUND40398469 | $ 3,219.85 | |
| Checking | 12/11/2023 | 0 | FSBC-1   VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482222528 ID# 2960126 | $ 9,916.67 | |
| Checking | 12/12/2023 | 0 | 231212P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024315802 Fair State Brewing Coo | | $ 161.19 |
| Checking | 12/12/2023 | 0 | Receivable Yayin Gadol dba CO ID# 1204895317 CCD TRACE# 021000024969717 ID# 025OAGBBZUQ2TTV | | $ 2,352.00 |
| Checking | 12/12/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013945005 ID# 543684555980195 | | $ 2,848.87 |
| Checking | 12/12/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010534093 ID# 543684555980195 | | $ 10,686.30 |
| Checking | 12/12/2023 | 0 | ACH Single GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000124 FSBC-NE | | $ 65,450.00 |
| Checking | 12/12/2023 | 0 | TAXPAYMNT  WI DEPT REVENUE CO ID# X000006300 CCD TRACE# 042000017766929 ID# 682401216 | $ 38.00 | |
| Checking | 12/12/2023 | 0 | T      East Hudson Oper CO ID# 1832521253 CCD TRACE# 091408594035358 ID# | $ 45.00 | |
| Checking | 12/12/2023 | 0 | TAXPAYMNT  WI DEPT REVENUE CO ID# X000006300 CCD TRACE# 042000017766900 ID# 1400315328 | $ 49.00 | |
| Checking | 12/12/2023 | 0 | LOANLEASE WELLS FARGO BANK CO ID# WFEFIMSG11 CCD TRACE# 091000013012552 ID# 000000014592444 | $ 601.90 | |

| Account | Date | Chk | Description | Debit | Credit |
|---|---|---|---|---|---|
| Checking | 12/12/2023 | 0 | PURCHASE   ORCHESTRASOFTWAR CO ID# 3383693141 CCD TRACE# 091000014483467 ID# FAIR STATE BREW | $   1,225.00 | |
| Checking | 12/12/2023 | 0 | P            East Hudson Oper CO ID# 1832521253 CCD TRACE# 091408594035356 ID# | $   3,899.00 | |
| Checking | 12/12/2023 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000025070849 ID# 1ya1MuBlib7fA7 | $   4,452.49 | |
| Checking | 12/12/2023 | 0 | AUTO TRANS LIVE OAK BANK CO ID# 053112822 PPD TRACE# 053112827333387 Fair State Brewing Coo | $   20,024.71 | |
| Checking | 12/12/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500285203 ID# 3SK9 | $   81,563.00 | |
| Checking | 12/13/2023 | 0 | 231213P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024530416 Fair State Brewing Coo | | $   77.55 |
| Checking | 12/13/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012573238 ID# 543684555980195 | | $   2,293.62 |
| Checking | 12/13/2023 | 0 | AchBatch  BERGSETH BROS CO CO ID# 1450216315 CCD TRACE# 093310524084029 ID# fair state | | $   4,840.16 |
| Checking | 12/13/2023 | 0 | STOP PAYMENT CHARGE | $   30.00 | |
| Checking | 12/13/2023 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000282042125 FAIR STATE BREWING COO | $   380.00 | |
| Checking | 12/13/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780001443 ID# 2287585 | $   4,878.96 | |
| Checking | 12/13/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500285282 ID# NVK9 | $   78,470.87 | |
| Checking | 12/14/2023 | 0 | 231214P2  Square Inc CO ID# 9424300002PPD TRACE# 021000028094274 Fair State Brewing Coo | | $   23.53 |
| Checking | 12/14/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018758482 ID# 543684555980195 | | $   1,644.64 |
| Checking | 12/14/2023 | 0 | SETL      MBI CO ID# 1383261866 CCD TRACE# 071000285483372 ID# MED-I-BANK | $   25.00 | |
| Checking | 12/14/2023 | 0 | INVOICE #  MITSUBISHI HC CA CO ID# 1330380629PPD TRACE# 028000081000138 FAIR STATE BREWING COO | $   1,364.83 | |
| Checking | 12/14/2023 | 0 | PAYMENT 18 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482296761 ID# 222471 | $   9,930.56 | |
| Checking | 12/14/2023 | 0 | XCELENERGY XCEL ENERGY-MN CO ID# 7411967505WEB TRACE# 091000012854064 SENDER: 00105812618 | $   10,415.60 | |
| Checking | 12/14/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500285331 ID# 7XK9 | $   15,845.00 | |
| Checking | 12/15/2023 | 0 | 231215P2  Square Inc CO ID# 9424300002PPD TRACE# 021000026701086 Fair State Brewing Coo | | $   32.47 |
| Checking | 12/15/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018529376 ID# 543684555980195 | | $   2,828.54 |
| Checking | 12/18/2023 | 0 | 231218P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024889938 Fair State Brewing Coo | | $   13.70 |
| Checking | 12/18/2023 | 0 | 231218P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024889939 Fair State Brewing Coo | | $   118.23 |
| Checking | 12/18/2023 | 0 | 231218P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024889940 Fair State Brewing Coo | | $   157.02 |
| Checking | 12/18/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017153540 ID# 543684555980195 | | $   1,957.61 |
| Checking | 12/18/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010995281 ID# 543684555980195 | | $   3,445.03 |
| Checking | 12/18/2023 | 0 | ACH Single GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000049 FSBC-NE | | $   25,645.00 |
| Checking | 12/18/2023 | 0 | SETL      MBI CO ID# 1383261866 CCD TRACE# 071000282596443 ID# MED-I-BANK | $   25.00 | |
| Checking | 12/18/2023 | 0 | AUTOPAYBUS CHASE CREDIT CRD CO ID# 4760039224PPD TRACE# 021000025196150 SALLEE DAVID E | $   1,639.00 | |
| Checking | 12/18/2023 | 0 | 7864084809 United First/UCE CO ID# 1922285267 CCD TRACE# 091408591157223 ID# | $   3,499.00 | |
| Checking | 12/18/2023 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000026464246 ID# YtyTvbzdCl2xwO | $   7,440.34 | |
| Checking | 12/18/2023 | 0 | FSBC-1    VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482347698 ID# 2960126 | $   9,916.67 | |
| Checking | 12/19/2023 | 0 | 231219P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021491894 Fair State Brewing Coo | | $   47.35 |
| Checking | 12/19/2023 | 0 | Receivable Yayin Gadol dba CO ID# 1204895317 CCD TRACE# 021000023111688 ID# 025AVHWXXEQDUOK | | $   1,776.00 |
| Checking | 12/19/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016251994 ID# 543684555980195 | | $   2,051.05 |
| Checking | 12/19/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012951735 ID# 543684555980195 | | $   3,050.16 |
| Checking | 12/19/2023 | 0 | 17634     Sixth City Distr CO ID# 1289133000 CCD TRACE# 021000028952643 ID# e37356334 | | $   4,707.00 |
| Checking | 12/19/2023 | 0 | WIRE TRANSFER FEE | $   20.00 | |
| Checking | 12/19/2023 | 0 | STOP PAYMENT CHARGE | $   30.00 | |
| Checking | 12/19/2023 | 0 | WIRE TRANSFER DEBIT UNITED FIRST LLC 091408598 8706312769 | $   14,548.05 | |
| Checking | 12/19/2023 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000287242840 FAIR STATE BREWING COO | $   850.00 | |
| Checking | 12/19/2023 | 0 | 7864084809 United First/UCE CO ID# 1922285267 CCD TRACE# 091408593480211 ID# | $   3,499.00 | |
| Checking | 12/19/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500285773 ID# HCL9 | $   14,089.68 | |
| Checking | 12/19/2023 | 10323 | CHECK       10323 | $   500.00 | |
| Checking | 12/20/2023 | 0 | 231220P2  Square Inc CO ID# 9424300002PPD TRACE# 021000027627935 Fair State Brewing Coo | | $   80.11 |
| Checking | 12/20/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016445414 ID# 543684555980195 | | $   2,257.48 |
| Checking | 12/20/2023 | 0 | ACH Pmt    OATH CHICAGO LLC CO ID# 9200502235PPD TRACE# 021000024072240 Fair State Brewing Coo | | $   6,708.70 |
| Checking | 12/20/2023 | 0 | PY122023  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006485955871 FAIR STATE BREWING COO | | $   56,572.45 |
| Checking | 12/20/2023 | 0 | SETL      MBI CO ID# 1383261866 CCD TRACE# 071000280763124 ID# MED-I-BANK | $   25.00 | |
| Checking | 12/20/2023 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205056117233 ID# CT-BUND40497548 | $   3,104.48 | |
| Checking | 12/20/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780003670 ID# 2289031 | $   4,878.96 | |
| Checking | 12/21/2023 | 0 | 231221P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020867814 Fair State Brewing Coo | | $   327.92 |
| Checking | 12/21/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017418028 ID# 543684555980195 | | $   1,165.25 |
| Checking | 12/21/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500285886 ID# 4HL9 | $   3,493.50 | |
| Checking | 12/21/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200988276069 ID# ZNFTS51797814 | $   3,597.52 | |
| Checking | 12/21/2023 | 0 | PAYROLL   ZENEFITS CO ID# R942875288 CCD TRACE# 053200988274321 ID# ZNFTS51797376 | $   5,362.06 | |
| Checking | 12/21/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200988276509 ID# ZNFTS51800556 | $   6,919.46 | |
| Checking | 12/21/2023 | 0 | PAYMENT 18 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482419754 ID# 222471 | $   9,930.56 | |
| Checking | 12/21/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200988276660 ID# ZNFTS51801441 | $   11,991.48 | |
| Checking | 12/21/2023 | 0 | PAYROLL   ZENEFITS CO ID# R942875288 CCD TRACE# 053200988274520 ID# ZNFTS51798507 | $   21,291.48 | |
| Checking | 12/21/2023 | 0 | PAYROLL   ZENEFITS CO ID# R942875288 CCD TRACE# 053200988274358 ID# ZNFTS51797580 | $   34,764.76 | |
| Checking | 12/22/2023 | 0 | 231222P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023872306 Fair State Brewing Coo | | $   99.48 |
| Checking | 12/22/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012847649 ID# 543684555980195 | | $   2,349.12 |
| Checking | 12/22/2023 | 0 | AP EXPENSE SCHOTT DISTRIBUT CO ID# 1410830368 CCD TRACE# 071006484295064 ID# 2746 | | $   3,223.30 |
| Checking | 12/22/2023 | 0 | PY122223  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006484295567 FAIR STATE BREWING COO | | $   23,330.64 |
| Checking | 12/22/2023 | 0 | DEPOSIT | | $   1,950.00 |
| Checking | 12/26/2023 | 0 | 231226P2  Square Inc CO ID# 9424300002PPD TRACE# 021000025917168 Fair State Brewing Coo | | $   4.47 |
| Checking | 12/26/2023 | 0 | 231226P2  Square Inc CO ID# 9424300002PPD TRACE# 021000022080943 Fair State Brewing Coo | | $   18.76 |
| Checking | 12/26/2023 | 0 | 231226P2  Square Inc CO ID# 9424300002PPD TRACE# 021000022080942 Fair State Brewing Coo | | $   51.82 |
| Checking | 12/26/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014032843 ID# 543684555980195 | | $   3,453.89 |
| Checking | 12/26/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018979560 ID# 543684555980195 | | $   6,886.99 |
| Checking | 12/26/2023 | 0 | Fairstate  COLLEGE CITY BEV CO ID# 1411335489 CCD TRACE# 091000013874256 ID# Fairstate | | $   11,081.03 |
| Checking | 12/26/2023 | 0 | ACH DEBITS IL STATE TREASUR CO ID# 1550895818 CCD TRACE# 091000013438680 ID# 0001791248128 | $   275.00 | |
| Checking | 12/26/2023 | 0 | ACH XFER   VERMONT INFORMAT CO ID# 1030231253 CCD TRACE# 021303618645944 ID# 254684 | $   701.52 | |
| Checking | 12/26/2023 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000021154902 ID# n4GVx41ij1UALz | $   5,682.16 | |
| Checking | 12/26/2023 | 0 | FSBC-1    VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482468796 ID# 2960126 | $   9,916.67 | |
| Checking | 12/27/2023 | 0 | 231227P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029249513 Fair State Brewing Coo | | $   28.29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Checking | 12/27/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011954164 ID# 543684555980195 | | | $ 7,245.12 |
| Checking | 12/27/2023 | 0 | ACH Single GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000044 FSBC-NE | | | $ 22,844.22 |
| Checking | 12/27/2023 | 1.61E+09 | MOBILE DEPOSIT | | | $ 1,045.00 |
| Checking | 12/27/2023 | 1.61E+09 | MOBILE DEPOSIT | | | $ 1,680.00 |
| Checking | 12/27/2023 | 1.61E+09 | MOBILE DEPOSIT | | | $ 9,249.50 |
| Checking | 12/27/2023 | 0 | ISA PYMENT NORTHWESTERN MU CO ID# 9000596067PPD TRACE# 021000023333026 FAIRSTATE BREWING CO | $ 298.35 | | |
| Checking | 12/27/2023 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200985932171 ID# ZNFTS51940566 | $ 616.78 | | |
| Checking | 12/27/2023 | 0 | PAYROLL  ZENEFITS CO ID# P942875288 CCD TRACE# 053200985932571 ID# ZNFTS51940515 | $ 1,784.65 | | |
| Checking | 12/27/2023 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780002135 ID# 2290268 | $ 4,878.96 | | |
| Checking | 12/27/2023 | 0 | PREMIUM   HealthPartners CO ID# F410797853 CCD TRACE# 021000022320144 ID# O158707524573 | $ 25,722.74 | | |
| Checking | 12/27/2023 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500286151 ID# PRL9 | $ 30,000.00 | | |
| Checking | 12/28/2023 | 0 | 231228P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020367518 Fair State Brewing Coo | | | $ 9.23 |
| Checking | 12/28/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017380832 ID# 543684555980195 | | | $ 1,419.20 |
| Checking | 12/28/2023 | 0 | PAYMENT 18 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482520294 ID# 222471 | $ 9,930.56 | | |
| Checking | 12/28/2023 | 10324 | CHECK   10324 | $ 400.00 | | |
| Checking | 12/29/2023 | 0 | 231229P2  Square Inc CO ID# 9424300002PPD TRACE# 021000022931228 Fair State Brewing Coo | | | $ 47.35 |
| Checking | 12/29/2023 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016902957 ID# 543684555980195 | | | $ 2,118.01 |
| Checking | 12/29/2023 | 0 | PY122923  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006486528508 FAIR STATE BREWING COO | | | $ 8,918.00 |
| Checking | 12/29/2023 | 0 | EFT/REIMBU THE BERNICK'S CO CO ID# 3411673579PPD TRACE# 091000016010876 FAIR STATE BREWING COO | | | $ 9,861.60 |
| Checking | 12/29/2023 | 0 | Fair state Global Distribut CO ID# 262105535 PPD TRACE# 073921420000003 Fair State Brewing | | | $ 23,322.00 |
| Checking | 12/29/2023 | 0 | REMOTE DEPOSIT SM BUS MO FEE | $ 35.00 | | |
| Checking | 12/29/2023 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000284048944 ID# MED-I-BANK | $ 47.60 | | |
| Checking | 12/29/2023 | 0 | INT BNKING SERVICE CHARGE | $ 35.00 | | |
| Checking | 12/29/2023 | 10326 | CHECK   10326 | $ 200.00 | | |
| Checking | 1/2/2024 | 0 | 240102P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029373448 Fair State Brewing Coo | | | $ 65.81 |
| Checking | 1/2/2024 | 0 | 240101P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023320319 Fair State Brewing Coo | | | $ 95.01 |
| Checking | 1/2/2024 | 0 | 240101P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023320318 Fair State Brewing Coo | | | $ 237.38 |
| Checking | 1/2/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000018127116 ID# 543684555980195 | | | $ 2,132.25 |
| Checking | 1/2/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016299703 ID# 543684555980195 | | | $ 4,650.85 |
| Checking | 1/2/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000241 FSBC-NE | | | $ 32,416.00 |
| Checking | 1/2/2024 | 0 | LEASE PYMT Financial Pacifi CO ID# 9118771358 CCD TRACE# 123205058129102 ID# 001-1587152-301 | $ 1,156.53 | | |
| Checking | 1/2/2024 | 0 | EIPP_DEB  TOYOTA INDUSTRIE CO ID# 1472251750 CCD TRACE# 031100200390560 ID# TRZTMTB7F8 | $ 1,537.05 | | |
| Checking | 1/2/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200984678690 ID# ZNFTS52171056 | $ 2,052.20 | | |
| Checking | 1/2/2024 | 0 | PAYROLL  ZENEFITS CO ID# P942875288 CCD TRACE# 053200984678728 ID# ZNFTS52171050 | $ 2,884.75 | | |
| Checking | 1/2/2024 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205058112524 ID# CT-BUND40609649 | $ 3,042.80 | | |
| Checking | 1/2/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000021736383 ID# Q42I42CjUsd1li | $ 4,980.96 | | |
| Checking | 1/2/2024 | 0 | SIGONFILE  Northeast Invest CO ID# 1453810874 CCD TRACE# 091017500286495 ID# S3M9 | $ 5,778.58 | | |
| Checking | 1/2/2024 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205058112523 ID# CT-BUND40532804 | $ 6,470.89 | | |
| Checking | 1/2/2024 | 0 | FSBC-1    VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482569251 ID# 2960126 | $ 9,916.67 | | |
| Checking | 1/2/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500286651 ID# T8M9 | $ 55,625.30 | | |
| Checking | 1/3/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016904166 ID# 543684555980195 | | | $ 5,973.79 |
| Checking | 1/3/2024 | 0 | Fair state Global Distribut CO ID# 262105535 PPD TRACE# 073921420000003 Fair State Brewing | | | $ 17,762.25 |
| Checking | 1/3/2024 | 0 | BILLNG   MERCHANTSERVCS CO ID# 7300604847 CCD TRACE# 242071754508930 ID# 370670000312057 | $ 27.20 | | |
| Checking | 1/3/2024 | 0 | WEB PAY  FSL CO ID# 7860986927 CCD TRACE# 091000013795429 ID# 30912-18 | $ 170.42 | | |
| Checking | 1/3/2024 | 0 | DIRECT DEB CHUBB-SCI CO ID# 3131963496WEB TRACE# 043000265955461 SENDER: SCI | $ 267.43 | | |
| Checking | 1/3/2024 | 0 | LOANLEASE WELLS FARGO BANK CO ID# WFEFIMSG11 CCD TRACE# 091000015280199 ID# 000000014737025 | $ 526.35 | | |
| Checking | 1/3/2024 | 0 | PAYMENT  THE LAB LLC CO ID# 1825300502PPD TRACE# 071000284028382 FAIR STATE BREWING COO | $ 900.00 | | |
| Checking | 1/3/2024 | 0 | Premium  SFM Mutual Ins CO ID# 1411459789 CCD TRACE# 042000010199677 ID# 117421ttt842662 | $ 971.00 | | |
| Checking | 1/3/2024 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780004586 ID# 2291580 | $ 4,878.96 | | |
| Checking | 1/4/2024 | 0 | 240104P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029658867 Fair State Brewing Coo | | | $ 18.76 |
| Checking | 1/4/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010145079 ID# 543684555980195 | | | $ 380.22 |
| Checking | 1/4/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000171 FSBC-NE | | | $ 26,435.00 |
| Checking | 1/4/2024 | 0 | SQ240104  Square Inc CO ID# 9591330001WEB TRACE# 021000027343285 SENDER: T3AYJ970APKBW4K | $ 180.00 | | |
| Checking | 1/4/2024 | 0 | MGC ACH DR CPENERGY MNGCO CO ID# 176051140SPPD TRACE# 021000027362286 CNP | $ 322.64 | | |
| Checking | 1/4/2024 | 0 | ACH PMT   AMEX EPAYMENT CO ID# 0005000040 CCD TRACE# 091000011658923 ID# A2672 | $ 450.00 | | |
| Checking | 1/4/2024 | 0 | CRCARDPMT  CAPITAL ONE CO ID# 9541719318 CCD TRACE# 056073614257900 ID# 3WPNNQ0UVL9F82K | $ 1,189.00 | | |
| Checking | 1/4/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200981779918 ID# ZNFTS52212009 | $ 7,414.72 | | |
| Checking | 1/4/2024 | 0 | PAYMENT 18 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482626199 ID# 222471 | $ 9,930.56 | | |
| Checking | 1/4/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200981779476 ID# ZNFTS52209177 | $ 12,201.24 | | |
| Checking | 1/4/2024 | 0 | INS.PREM   Cincinnati Insur CO ID# 1310542366 CCD TRACE# 044000024717078 ID# 1000483355 | $ 13,396.00 | | |
| Checking | 1/4/2024 | 0 | PAYROLL  ZENEFITS CO ID# P942875288 CCD TRACE# 053200981777671 ID# ZNFTS52207416 | $ 21,624.33 | | |
| Checking | 1/4/2024 | 0 | PAYROLL  ZENEFITS CO ID# P942875288 CCD TRACE# 053200981777594 ID# ZNFTS52206933 | $ 33,103.09 | | |
| Checking | 1/4/2024 | 0 | OVERDRAFT ITEM CHARGE | $ 60.00 | | |
| Checking | 1/5/2024 | 0 | WIRE TRANSFER CREDIT BOW APPLE CAPITAL LLC 159-16 UNION TPKE FLUSHING NY 113661954 | | | $ 190,000.00 |
| Checking | 1/5/2024 | 0 | 240105P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021646879 Fair State Brewing Coo | | | $ 727.21 |
| Checking | 1/5/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012628931 ID# 543684555980195 | | | $ 2,394.92 |
| Checking | 1/5/2024 | 0 | WIRE TRANSFER FEE | $ 12.00 | | |
| Checking | 1/5/2024 | 0 | BILLNG   MERCHANTSERVCS CO ID# 7300604847 CCD TRACE# 242071750358786 ID# 370670000312057 | $ 18.92 | | |
| Checking | 1/5/2024 | 0 | 4254840261 Container Logic CO ID# 0010943335 CCD TRACE# 242071756808744 ID# | $ 228.00 | | |
| Checking | 1/8/2024 | 0 | WIRE TRANSFER CREDIT 7TH STREET BEER COMPANY LLC 248 7TH ST E ST PAUL MN 55101 | | | $ 19,339.86 |
| Checking | 1/8/2024 | 0 | 240108P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021806120 Fair State Brewing Coo | | | $ 14.46 |
| Checking | 1/8/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015329936 ID# 543684555980195 | | | $ 2,590.36 |
| Checking | 1/8/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016346748 ID# 543684555980195 | | | $ 3,860.55 |
| Checking | 1/8/2024 | 0 | WIRE TRANSFER FEE | $ 12.00 | | |
| Checking | 1/8/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094008187 ID# 230170 COLL | $ 2,140.83 | | |
| Checking | 1/8/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000021844350 ID# gJtXkf2jhCeM05 | $ 5,278.40 | | |
| Checking | 1/8/2024 | 0 | FSBC-1    VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482673691 ID# 2960126 | $ 9,916.67 | | |

| | | | | | |
|---|---|---|---|---|---|
| Checking | 1/8/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500287421 ID# N2N9 | $ 48,812.43 | |
| Checking | 1/9/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200989655846 ID# ZNFTSS2317054 | | $ 0.02 |
| Checking | 1/9/2024 | 0 | 240109P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023356402 Fair State Brewing Coo | | $ 413.94 |
| Checking | 1/9/2024 | 0 | PAYABLES  COBRACOMPLETE CO ID# 9300975075 CCD TRACE# 091310524892052 ID# 522748 | | $ 473.18 |
| Checking | 1/9/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015648737 ID# 543684555980195 | | $ 2,540.59 |
| Checking | 1/9/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012430048 ID# 543684555980195 | | $ 3,514.40 |
| Checking | 1/9/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200989658320 ID# ZNFTSS2321581 | $ 0.03 | |
| Checking | 1/9/2024 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000281089253 ID# MED-I-BANK | $ 19.42 | |
| Checking | 1/9/2024 | 0 | FintechEFT fintech.net CO ID# 65-0152732 CCD TRACE# 063112148221708 ID# 32-0400422 | $ 20.00 | |
| Checking | 1/9/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094016018 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/9/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500287461 ID# 24N9 | $ 10,880.48 | |
| Checking | 1/10/2024 | 0 | 240110P2  Square Inc CO ID# 9424300002PPD TRACE# 021000022934047 Fair State Brewing Coo | | $ 192.38 |
| Checking | 1/10/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015179770 ID# 543684555980195 | | $ 1,001.19 |
| Checking | 1/10/2024 | 0 | MERCH PMT  HUNTINGTON BP CO ID# 9000001200PPD TRACE# 044000024082781 708116-NORTHEAST BAN | | $ 9,867.40 |
| Checking | 1/10/2024 | 0 | WIRE TRANSFER FEE | $ 20.00 | |
| Checking | 1/10/2024 | 0 | WIRE TRANSFER DEBIT CI MINN I-A LLC 121000248 4312152945 | $ 39,645.57 | |
| Checking | 1/10/2024 | 0 | LOANLEASE  WELLS FARGO BANK CO ID# WFEFIMSG11 CCD TRACE# 091000014677482 ID# 000000014781561 | $ 601.90 | |
| Checking | 1/10/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094033451 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/10/2024 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205050278624 ID# CT-BUND40419742 | $ 2,772.50 | |
| Checking | 1/10/2024 | 0 | MERCH FEES TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010146717 ID# 543684555980195 | $ 2,960.20 | |
| Checking | 1/10/2024 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205050278623 ID# CT-BUND40398469 | $ 3,219.85 | |
| Checking | 1/10/2024 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780005688 ID# 2293002 | $ 4,878.96 | |
| Checking | 1/10/2024 | 0 | INVESTMENT  AMERICAN FUNDS CO ID# 1956817943 CCD TRACE# 091000012006663 ID# 000000710707211 | $ 15,060.42 | |
| Checking | 1/10/2024 | 0 | December Coin Order Fee | $ 1.20 | |
| Checking | 1/11/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016305122 ID# 543684555980195 | | $ 681.16 |
| Checking | 1/11/2024 | 0 | 240111P2  Square Inc CO ID# 9424300002WEB TRACE# 021000024650908 SENDER: L207852112877 | $ 79.24 | |
| Checking | 1/11/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094045212 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/11/2024 | 0 | PAYMENT 18 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482743899 ID# 222471 | $ 9,930.56 | |
| Checking | 1/12/2024 | 0 | 240112P2  Square Inc CO ID# 9424300002PPD TRACE# 021000029523506 Fair State Brewing Coo | | $ 28.29 |
| Checking | 1/12/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014896533 ID# 543684555980195 | | $ 1,477.52 |
| Checking | 1/12/2024 | 0 | PY011224  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006485273462 FAIR STATE BREWING COO | | $ 29,945.74 |
| Checking | 1/12/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066PPD TRACE# 291974200000092 FSBC-NE | | $ 33,826.00 |
| Checking | 1/12/2024 | 0 | PURCHASE  ORCHESTRASOFTWAR CO ID# 3383693141 CCD TRACE# 091000017081316 ID# FAIR STATE BREW | $ 1,251.25 | |
| Checking | 1/12/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094056750 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/12/2024 | 0 | XCELENERGY XCEL ENERGY-MN CO ID# 7411967505WEB TRACE# 091000016566626 SENDER: 00105812618 | $ 10,246.88 | |
| Checking | 1/12/2024 | 0 | AUTO TRANS LIVE OAK BANK CO ID# 053112822 PPD TRACE# 053112485240 Fair State Brewing Coo | $ 20,024.73 | |
| Checking | 1/16/2024 | 0 | 240115P2  Square Inc CO ID# 9424300002PPD TRACE# 021000025495340 Fair State Brewing Coo | | $ 32.47 |
| Checking | 1/16/2024 | 0 | 240116P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021812876 Fair State Brewing Coo | | $ 427.02 |
| Checking | 1/16/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016179812 ID# 543684555980195 | | $ 2,133.09 |
| Checking | 1/16/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012151913 ID# 543684555980195 | | $ 2,543.83 |
| Checking | 1/16/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012833141 ID# 543684555980195 | | $ 2,591.38 |
| Checking | 1/16/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000012001383 ID# 543684555980195 | | $ 3,186.04 |
| Checking | 1/16/2024 | 0 | Fairstate  COLLEGE CITY BEV CO ID# 1411335489 CCD TRACE# 091000017001274 ID# Fairstate | | $ 15,786.58 |
| Checking | 1/16/2024 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000287152059 ID# MED-I-BANK | $ 20.21 | |
| Checking | 1/16/2024 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000284560645 ID# MED-I-BANK | $ 40.00 | |
| Checking | 1/16/2024 | 0 | INVOICE #  MITSUBISHI HC CA CO ID# 1330380629PPD TRACE# 028000083646646 FAIR STATE BREWING COO | $ 1,364.83 | |
| Checking | 1/16/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094071850 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/16/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 091000024196733 ID# JzFN40hdJ2Wuhl | $ 5,611.40 | |
| Checking | 1/16/2024 | 0 | FSBC-1   VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482793081 ID# 2960126 | $ 9,916.67 | |
| Checking | 1/16/2024 | 10342 | CHECK      10342 | $ 400.00 | |
| Checking | 1/17/2024 | 0 | 240117P2  Square Inc CO ID# 9424300002PPD TRACE# 021000021448689 Fair State Brewing Coo | | $ 256.85 |
| Checking | 1/17/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017627064 ID# 543684555980195 | | $ 956.81 |
| Checking | 1/17/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094088387 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/17/2024 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780003333 ID# 2294236 | $ 4,878.96 | |
| Checking | 1/18/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017003003 ID# 543684555980195 | | $ 500.54 |
| Checking | 1/18/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500288153 ID# 8VN9 | | $ 7,442.50 |
| Checking | 1/18/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066 CCD TRACE# 291974200000192 ID# 1035569 | | $ 16,000.00 |
| Checking | 1/18/2024 | 0 | SIGONFILE  Northeast Invest CO ID# 1453810874 CCD TRACE# 091017500288127 ID# FTN9 | $ 200.10 | |
| Checking | 1/18/2024 | 0 | AUTOPAYBUS CHASE CREDIT CRD CO ID# 4760039224PPD TRACE# 021000020645643 SALLEE DAVID E | $ 1,589.00 | |
| Checking | 1/18/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094099506 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/18/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200986404379 ID# ZNFTSS2616679 | $ 6,289.53 | |
| Checking | 1/18/2024 | 0 | PAYMENT 19 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482848800 ID# 222471 | $ 9,930.56 | |
| Checking | 1/18/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200986405351 ID# ZNFTSS2621137 | $ 11,984.04 | |
| Checking | 1/18/2024 | 0 | PAYROLL  ZENEFITS CO ID# P942875288 CCD TRACE# 053200986408159 ID# ZNFTSS2624797 | $ 18,009.48 | |
| Checking | 1/18/2024 | 0 | PAYROLL  ZENEFITS CO ID# P942875288 CCD TRACE# 053200986407121 ID# ZNFTSS2615215 | $ 33,908.01 | |
| Checking | 1/19/2024 | 0 | WIRE TRANSFER CREDIT FLOOD DISTRIBUTION LLC 7303 BURLESON RD STE 700 AUSTIN TX 78744-3225 US | | $ 10,000.00 |
| Checking | 1/19/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010763185 ID# 543684555980195 | | $ 1,784.29 |
| Checking | 1/19/2024 | 0 | PAYMENTS  LIME VENTUR 6098 CO ID# 1460926592 CCD TRACE# 111000023338615 ID# | | $ 2,930.00 |
| Checking | 1/19/2024 | 0 | ACH Pmt  OATH CHICAGO LLC CO ID# 9200502235PPD TRACE# 021000021230812 Fair State Brewing Coo | | $ 5,156.95 |
| Checking | 1/19/2024 | 0 | WIRE TRANSFER FEE | $ 12.00 | |
| Checking | 1/19/2024 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000288312006 ID# MED-I-BANK | $ 45.00 | |
| Checking | 1/19/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094111473 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/19/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500288246 ID# 8YN9 | $ 5,042.50 | |
| Checking | 1/22/2024 | 0 | 240122P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020254145 Fair State Brewing Coo | | $ 4.47 |
| Checking | 1/22/2024 | 0 | 240122P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020254144 Fair State Brewing Coo | | $ 18.76 |
| Checking | 1/22/2024 | 0 | 240122P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020254143 Fair State Brewing Coo | | $ 32.76 |
| Checking | 1/22/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014669149 ID# 543684555980195 | | $ 2,235.64 |

| | | | | | |
|---|---|---|---|---|---|
| Checking | 1/22/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014384340 ID# 543684555980195 | | $ 2,716.87 |
| Checking | 1/22/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066 CCD TRACE# 291974200000017 ID# 1036596 | | $ 10,000.00 |
| Checking | 1/22/2024 | 0 | PY012224  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006486245573 FAIR STATE BREWING COO | | $ 28,459.50 |
| Checking | 1/22/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000028917835 ID# Jlql52L1h8EKTm | $ 2,106.37 | |
| Checking | 1/22/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094124224 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/22/2024 | 0 | LEASE PYMT KLC CO ID# Y912122680 CCD TRACE# 123205052369312 ID# CT-BUND40497548 | $ 3,104.48 | |
| Checking | 1/22/2024 | 0 | FSBC-1   VOX FUNDING CO ID# RPP4442677 CCD TRACE# 122043482893611 ID# 2960126 | $ 9,916.67 | |
| Checking | 1/22/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500288360 ID# Y1P9 | $ 18,420.27 | |
| Checking | 1/23/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014919036 ID# 543684555980195 | | $ 1,439.61 |
| Checking | 1/23/2024 | 0 | AP EXPENSE SCHOTT DISTRIBUT CO ID# 1410830368 CCD TRACE# 071006486245586 ID# 2746 | | $ 3,194.40 |
| Checking | 1/23/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011844815 ID# 543684555980195 | | $ 5,451.74 |
| Checking | 1/23/2024 | 0 | Invoices  Portage Brewing CO ID# 1289133000 CCD TRACE# 021000024294585 ID# e39408226 | | $ 27,235.43 |
| Checking | 1/23/2024 | 0 | TAXPAYMENT  WI DEPT REVENUE CO ID# X000006300 CCD TRACE# 042000017058483 ID# 410223552 | $ 29.00 | |
| Checking | 1/23/2024 | 0 | ISA PYMENT NORTHWESTERN MU CO ID# 9000596067PPD TRACE# 021000021124604 FAIRSTATE BREWING CO | $ 298.35 | |
| Checking | 1/23/2024 | 0 | ACH XFER  VERMONT INFORMAT CO ID# 1030231253 CCD TRACE# 021303619027759 ID# 254684 | $ 537.52 | |
| Checking | 1/23/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094136548 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/24/2024 | 0 | 240124P2  Square Inc CO ID# 9424300002PPD TRACE# 021000028118487 Fair State Brewing Coo | | $ 51.82 |
| Checking | 1/24/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013175440 ID# 543684555980195 | | $ 876.84 |
| Checking | 1/24/2024 | 0 | PAYMENT   THE LAB LLC CO ID# 1825300502PPD TRACE# 071000289002733 FAIR STATE BREWING CO | $ 960.00 | |
| Checking | 1/24/2024 | 0 | ACH Collec GMST, LLC CO ID# 1883370066 CCD TRACE# 291974200000629 ID# 1037932 | $ 2,000.00 | |
| Checking | 1/24/2024 | 0 | 230170 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094147091 ID# 230170 COLL | $ 2,140.83 | |
| Checking | 1/24/2024 | 0 | TRANSFER  IOU CENTRAL CO ID# F205407417 CCD TRACE# 322285780005586 ID# 2295970 | $ 4,878.96 | |
| Checking | 1/25/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015691551 ID# 543684555980195 | | $ 1,268.57 |
| Checking | 1/25/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500288514 ID# X6P9 | $ 1,150.00 | |
| Checking | 1/25/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094155492 ID# 240006 COL | $ 2,140.83 | |
| Checking | 1/25/2024 | 0 | PAYMENT 19 SPECIALTYCAPITAL CO ID# RPP4639677 CCD TRACE# 122043482964607 ID# 222471 | $ 9,930.56 | |
| Checking | 1/26/2024 | 0 | WIRE TRANSFER CREDIT 7TH STREET BEER COMPANY LLC 248 7TH ST E ST PAUL MN 55101 | | $ 12,501.51 |
| Checking | 1/26/2024 | 0 | PY012624  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006485617382 FAIR STATE BREWING | | $ 1,590.00 |
| Checking | 1/26/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010350571 ID# 543684555980195 | | $ 1,767.03 |
| Checking | 1/26/2024 | 1.63E+09 | MOBILE DEPOSIT | | $ 2,983.90 |
| Checking | 1/26/2024 | 0 | WIRE TRANSFER FEE | $ 12.00 | |
| Checking | 1/26/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094168924 ID# 240006 COL | $ 2,140.83 | |
| Checking | 1/29/2024 | 0 | 240129P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024943495 Fair State Brewing Coo | | $ 95.01 |
| Checking | 1/29/2024 | 0 | 240129P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024943494 Fair State Brewing Coo | | $ 199.55 |
| Checking | 1/29/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013646623 ID# 543684555980195 | | $ 1,823.64 |
| Checking | 1/29/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094181789 ID# 240006 COL | $ 2,140.83 | |
| Checking | 1/29/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000029095338 ID# 8E8DGxbfprokjG | $ 8,342.65 | |
| Checking | 1/30/2024 | 0 | AchBatch  BERGSETH BROS CO CO ID# 1450216315 CCD TRACE# 091310525465519 ID# fair state | | $ 498.16 |
| Checking | 1/30/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014729635 ID# 543684555980195 | | $ 1,337.04 |
| Checking | 1/30/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011563806 ID# 543684555980195 | | $ 4,121.38 |
| Checking | 1/30/2024 | 0 | Fair state Global Distribut CO ID# 262105535 PPD TRACE# 073921420000003 Fair State Brewing | | $ 8,010.00 |
| Checking | 1/30/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 1/30/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094193279 ID# 240006 COL | $ 2,140.83 | |
| Checking | 1/31/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010400510 ID# 543684555980195 | | $ 1,355.78 |
| Checking | 1/31/2024 | 0 | EFT/REIMBU THE BERNICK'S CO CO ID# 3411673579PPD TRACE# 091000018920900 FAIR STATE BREWING COO | | $ 3,222.85 |
| Checking | 1/31/2024 | 0 | DEPOSIT | | $ 2,690.00 |
| Checking | 1/31/2024 | 0 | REMOTE DEPOSIT SM BUS MO FEE | $ 35.00 | |
| Checking | 1/31/2024 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000287401895 ID# MED-I-BANK | $ 4.35 | |
| Checking | 1/31/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094204012 ID# 240006 COL | $ 2,140.83 | |
| Checking | 1/31/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500288883 ID# TLP9 | $ 10,000.00 | |
| Checking | 1/31/2024 | 0 | INT BNKING SERVICE CHARGE | $ 35.00 | |
| Checking | 2/1/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011313317 ID# 543684555980195 | | $ 1,118.41 |
| Checking | 2/1/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066 CCD TRACE# 291974200000067 ID# 1041727 | | $ 2,000.00 |
| Checking | 2/1/2024 | 0 | 17777    Sixth City Distr CO ID# 1289133000 CCD TRACE# 021000020364885 ID# e39963642 | | $ 2,599.00 |
| Checking | 2/1/2024 | 0 | PY020124  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006482420679 FAIR STATE BREWING COO | | $ 32,783.90 |
| Checking | 2/1/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/1/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/1/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/1/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/1/2024 | 0 | SETL    MBI CO ID# 1383261866 CCD TRACE# 071000281744207 ID# MED-I-BANK | $ 54.23 | |
| Checking | 2/1/2024 | 0 | LEASE PYMT Financial Pacifi CO ID# 9118771358 CCD TRACE# 123205054384256 ID# 001-1587152-301 | $ 1,156.53 | |
| Checking | 2/1/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# 942875288 CCD TRACE# 053200980194428 ID# ZNFTS53066934 | $ 1,276.62 | |
| Checking | 2/1/2024 | 0 | PAYROLL   ZENEFITS CO ID# 942875288 CCD TRACE# 053200980195594 ID# ZNFTS53066781 | $ 1,794.02 | |
| Checking | 2/1/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814 CCD TRACE# 067015094239038 ID# 240006 COL | $ 2,140.83 | |
| Checking | 2/1/2024 | 0 | SIGONFILE  Northeast Invest CO ID# 1453810874 CCD TRACE# 091017500288969 ID# LPP9 | $ 5,731.76 | |
| Checking | 2/1/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# 942875288 CCD TRACE# 053200980193444 ID# ZNFTS53060601 | $ 7,358.04 | |
| Checking | 2/1/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# 942875288 CCD TRACE# 053200980193831 ID# ZNFTS53062980 | $ 10,918.10 | |
| Checking | 2/1/2024 | 0 | PAYROLL   ZENEFITS CO ID# 942875288 CCD TRACE# 053200980195406 ID# ZNFTS53065590 | $ 20,313.67 | |
| Checking | 2/1/2024 | 0 | PAYROLL   ZENEFITS CO ID# 942875288 CCD TRACE# 053200980194586 ID# ZNFTS53060505 | $ 29,613.13 | |
| Checking | 2/1/2024 | 10343 | CHECK    10343 | $ 751.50 | |
| Checking | 2/2/2024 | 0 | WIRE TRANSFER CREDIT FLOOD DISTRIBUTION LLC 7303 BURLESON RD STE 700 AUSTIN TX 78744-3225 US | | $ 10,000.00 |
| Checking | 2/2/2024 | 0 | 240202P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024825485 Fair State Brewing Coo | | $ 65.81 |
| Checking | 2/2/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016256790 ID# 543684555980195 | | $ 1,871.07 |
| Checking | 2/2/2024 | 0 | WIRE TRANSFER FEE | $ 12.00 | |
| Checking | 2/2/2024 | 0 | WEB PAY   FSL CO ID# 7860986927 CCD TRACE# 091000014503525 ID# 30912-18 | $ 163.24 | |
| Checking | 2/2/2024 | 0 | 4254840261 Container Logic CO ID# 0010943335 CCD TRACE# 242071758226777 ID# | $ 228.00 | |
| Checking | 2/2/2024 | 0 | DIRECT DEB CHUBB-SCI CO ID# 3131963496WEB TRACE# 043000266691011 SENDER: SCI | $ 267.43 | |

| | | | | | |
|---|---|---|---|---|---|
| Checking | 2/2/2024 | 0 | EIPP_DEB  TOYOTA INDUSTRIE CO ID# 1472251750 CCD TRACE# 031100205258129 ID# SMYWTMKJQZ | $ 494.41 | |
| Checking | 2/2/2024 | 0 | LOANLEASE  WELLS FARGO BANK CO ID# WFEFIMSG11 CCD TRACE# 091000018031915 ID# 000000014936086 | $ 526.35 | |
| Checking | 2/2/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094252439 ID# 240006 COL | $ 2,140.83 | |
| Checking | 2/5/2024 | 0 | 240205P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020568817 Fair State Brewing Coo | | $ 18.76 |
| Checking | 2/5/2024 | 0 | 240205P2  Square Inc CO ID# 9424300002PPD TRACE# 021000020568818 Fair State Brewing Coo | | $ 28.29 |
| Checking | 2/5/2024 | 0 | MERCH PMT  HUNTINGTON BP CO ID# 9000001200PPD TRACE# 044000026487832 708116-NORTHEAST BAN | | $ 1,975.00 |
| Checking | 2/5/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017182424 ID# 543684555980195 | | $ 2,242.23 |
| Checking | 2/5/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010067897 ID# 543684555980195 | | $ 3,517.22 |
| Checking | 2/5/2024 | 0 | BILLNG   MERCHANTSERVCS CO ID# 7300604847 CCD TRACE# 242071752232040 ID# 370670000312057 | $ 27.20 | |
| Checking | 2/5/2024 | 0 | SQ240203  Square Inc CO ID# 9591330001WEB TRACE# 021000020518950 SENDER: T31YTBX93K4PYSH | $ 180.00 | |
| Checking | 2/5/2024 | 0 | ACH PMT   AMEX EPAYMENT CO ID# 0005000040 CCD TRACE# 091000011555101 ID# A3252 | $ 438.00 | |
| Checking | 2/5/2024 | 0 | MGC ACH DR CPENERGY MNGCO CO ID# 1760511405PPD TRACE# 021000025770960 CNP | $ 442.36 | |
| Checking | 2/5/2024 | 0 | Premium   SFM Mutual Ins CO ID# 1411459789 CCD TRACE# 042000011739236 ID# 117421ttt855916 | $ 971.00 | |
| Checking | 2/5/2024 | 0 | CRCARDPMT  CAPITAL ONE CO ID# 9541719318 CCD TRACE# 056073614848056 ID# 3WW78RA5C8KUF18 | $ 1,195.00 | |
| Checking | 2/5/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094275216 ID# 240006 COL | $ 2,140.83 | |
| Checking | 2/5/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000026683664 ID# 2bIsw54Y5ZXTUG | $ 6,107.13 | |
| Checking | 2/5/2024 | 0 | INS.PREM  Cincinnati Insur CO ID# 1310542366 CCD TRACE# 044000024899523 ID# 1000483355 | $ 6,698.00 | |
| Checking | 2/6/2024 | 0 | 240206P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023933224 Fair State Brewing Coo | | $ 4.47 |
| Checking | 2/6/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000017182406 ID# 543684555980195 | | $ 2,758.46 |
| Checking | 2/6/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000013459861 ID# 543684555980195 | | $ 3,610.34 |
| Checking | 2/6/2024 | 0 | BILLNG   MERCHANTSERVCS CO ID# 7300604847 CCD TRACE# 242071754832011 ID# 370670000312057 | $ 18.92 | |
| Checking | 2/6/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094289089 ID# 240006 COL | $ 2,140.83 | |
| Checking | 2/6/2024 | 10345 | CHECK       10345 | $ 400.00 | |
| Checking | 2/7/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000015641100 ID# 543684555980195 | | $ 1,631.16 |
| Checking | 2/7/2024 | 0 | PY020724  Capitol Beverage CO ID# 1411788827PPD TRACE# 071006483355024 FAIR STATE BREWING COO | | $ 25,519.40 |
| Checking | 2/7/2024 | 0 | WIRE TRANSFER FEE | $ 20.00 | |
| Checking | 2/7/2024 | 0 | WIRE TRANSFER DEBIT Qwik Liquids, LLC 026009593 325175420656 | $ 2,750.00 | |
| Checking | 2/7/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094299554 ID# 240006 COL | $ 1,558.26 | |
| Checking | 2/7/2024 | 0 | TAXPAYMENT ZENEFITS CO ID# R942875288 CCD TRACE# 053200981608398 ID# ZNFTS53202180 | $ 2,765.07 | |
| Checking | 2/7/2024 | 0 | PAYROLL   ZENEFITS CO ID# R942875288 CCD TRACE# 053200981608069 ID# ZNFTS53202015 | $ 4,209.03 | |
| Checking | 2/8/2024 | 0 | 240208P2  Square Inc CO ID# 9424300002PPD TRACE# 021000023828948 Fair State Brewing Coo | | $ 22.36 |
| Checking | 2/8/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000016566199 ID# 543684555980195 | | $ 973.34 |
| Checking | 2/8/2024 | 0 | Fair State SP3, LLC  PEQUOD CO ID# 820921782  CCD TRACE# 075904950000002 ID# | | $ 10,382.00 |
| Checking | 2/8/2024 | 0 | ACH-UNATHORIZED W/O 2/7/24 BOW APPLE CAPITA | | $ 1,558.26 |
| Checking | 2/8/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/8/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094313920 ID# 240006 COL | $ 1,558.26 | |
| Checking | 2/8/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500289929 ID# KPQ9 | $ 27,750.00 | |
| Checking | 2/8/2024 | 10304 | CHECK       10304 | $ 5.68 | |
| Checking | 2/9/2024 | 0 | STOP PAYMENT RETURNED ITEM | | $ 1,558.26 |
| Checking | 2/9/2024 | 0 | 240209P2  Square Inc CO ID# 9424300002PPD TRACE# 021000026408901 Fair State Brewing Coo | | $ 18.76 |
| Checking | 2/9/2024 | 0 | PAYABLES   COBRACOMPLETE CO ID# 9300975075 CCD TRACE# 091310525818540 ID# 522748 | | $ 473.18 |
| Checking | 2/9/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011731373 ID# 543684555980195 | | $ 2,317.79 |
| Checking | 2/9/2024 | 0 | 17766    Portage Brewing CO ID# 1294287528 CCD TRACE# 121140396197181 ID# e40496696 | | $ 14,729.08 |
| Checking | 2/9/2024 | 0 | ACH Single GMST, LLC CO ID# 1883370066 CCD TRACE# 291974200000230 ID# 1045746 | | $ 24,000.00 |
| Checking | 2/9/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/9/2024 | 0 | FintechEFT fintech.net CO ID# 65-0152732 CCD TRACE# 063112149181656 ID# 32-0400422 | $ 20.00 | |
| Checking | 2/9/2024 | 0 | DAILY    SPECIALTY CAPITA CO ID# 9426886001 CCD TRACE# 321081666146691 ID# 000000193585 | $ 1,400.00 | |
| Checking | 2/9/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094326814 ID# 240006 COL | $ 1,558.26 | |
| Checking | 2/12/2024 | 0 | STOP PAYMENT RETURNED ITEM | | $ 1,558.26 |
| Checking | 2/12/2024 | 0 | 240212P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024840492 Fair State Brewing Coo | | $ 18.76 |
| Checking | 2/12/2024 | 0 | 240212P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024840493 Fair State Brewing Coo | | $ 28.29 |
| Checking | 2/12/2024 | 0 | 240212P2  Square Inc CO ID# 9424300002PPD TRACE# 021000024840491 Fair State Brewing Coo | | $ 89.34 |
| Checking | 2/12/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000014692158 ID# 543684555980195 | | $ 1,504.44 |
| Checking | 2/12/2024 | 0 | CR CD DEP  TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000011914780 ID# 543684555980195 | | $ 3,844.79 |
| Checking | 2/12/2024 | 0 | UNAUTHORIZED ACH DB-2/9/24 SPECIALTY CAPITAL | | $ 1,400.00 |
| Checking | 2/12/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/12/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/12/2024 | 0 | STOP PAYMENT CHARGE | $ 30.00 | |
| Checking | 2/12/2024 | 0 | LOANLEASE  WELLS FARGO BANK CO ID# WFEFIMSG11 CCD TRACE# 091000013996886 ID# 000000014982604 | $ 601.90 | |
| Checking | 2/12/2024 | 0 | 240006 COL BOW APPLE CAPITA CO ID# 881749814  CCD TRACE# 067015094344866 ID# 240006 COL | $ 1,558.26 | |
| Checking | 2/12/2024 | 0 | MERCH FEES TSYS/TRANSFIRST CO ID# WFBTRANSF1 CCD TRACE# 091000010101539 ID# 543684555980195 | $ 2,227.71 | |
| Checking | 2/12/2024 | 0 | Divvy Cred EWALLET - Divvy CO ID# 9812444657 CCD TRACE# 021000027534038 ID# Y9sSKbAzaAfmtt | $ 13,585.29 | |
| Checking | 2/12/2024 | 0 | Settlement Fair State Brewi CO ID# 1320400422 CCD TRACE# 091017500290138 ID# 9XQ9 | $ 15,000.00 | |
| Checking | 2/12/2024 | 10730 | CHECK       10730 | $ 3,800.00 | |
| Checking | 2/12/2024 | 0 | Coin Order Fee - January 2024 | $ 1.95 | |
| TOTALS | | | | $ 1,822,368.85 | $ 1,826,685.08 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Fair State Brewing Cooperative

Bankruptcy No. 24-_____

Chapter 11 Case

Debtor

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, D. Evan Salle, declare under penalty of perjury that I am the CEO of Fair State Brewery Cooperative, a cooperative association organized under Minnesota Statutes 308B.01 et. seq., and that on February 11, 2024 the following resolution was duly adopted by the Board of Directors pursuant to Article IV of those By-laws and on February 24, 2024, was also duly adopted by more than 2/3 of the Nonpatron Member units pursuant to Article XI of those By-Laws:

Whereas, it is in the best interest of this Cooperative Association to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code and more specifically, Subchapter V of that chapter;

NOW, THERE, IT IS HEREBY

RESOLVED, that Evan Sallee, CEO of this Cooperative Association, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Cooperative Association; and

FURTHER RESOLVED, that this Cooperative Association is authorized and directed to employ Kenneth C. Edstrom, attorney, and the law firm of Sapientia Law Group, to represent it in such bankruptcy case; and

FURTHER RESOLVED, that Evan Sallee is authorized and directed to assist Counsel in all proceedings on behalf of the Cooperative Association, and to otherwise do and perform all acts and deeds in connection with such bankruptcy case.


Dated: February 12, 2024

By:/s/ *Evan Salle, CEO*
D. Evan Salle, CEO


4867-8394-8449, v. 1

1

**Fill in this information to identify the case and this filing:**

Debtor Name ___Fair State Brewing Cooperative___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/13/2024___          ✖ /s/ D Evan Sallee
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              D Evan Sallee
                              Printed name

                              CEO
                              Position or relationship to debtor

United States Bankruptcy Court

District of Minnesota

In re: Fair State Brewing Cooperative

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____02/13/2024_____

/s/ D Evan Sallee
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

Abstrax Tech, Inc
2661 Dow Ave
Attn: Managing Agent
Tustin, CA 92780

AGForce
PO BOX 736353
Dallas, TX 75373-6353

Aki's - Vendor
2506 Central Ave NE
Minneapolis, MN 55418

Altemp Mechanical Inc.
303 Lindsay Road
Hudson, WI 54016

American Engineering Testing
PO BOX 860678
Minneapolis, MN 55486

American Express
Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535

Anton Paar
10215 Timber Ridge Drive
Ashland, VA 23005

Appetite for Change
1200 W Broadway Ave N #250
Minneapolis, MN 55411

Aramark - FS1
PO BOX 650977
Dallas, TX 75265-0977

Aramark - FS2
PO BOX 650977
Dallas, TX 75265-0977

Arrow Lift Accessibilty
PO Box 34
Duluth, MN 55801

Arryved Inc
3002 Sterling Cir Ste 100
Boulder, CO 80301

Artbox Creative Studios
20218 221st Ave NW
Big Lake, MN 55309

ASBC - American Society of Brewing Chemists
3340 Pilot Knob Road
St Paul, MN 55121

Atlas Staffing Inc
189 7TH PLACE EAST
St. Paul, MN 55101

Atlas Toyota Material Handling
27294 Network Place
Chicago, IL 60673-1272

aui fine foods
P.O. Box 24085
New York, NY 11087

Avec Bloom, Inc.
1221 Harrison St.
Suite 16
San Francisco, CA 94103

Bent Brewstillery
1744 Terrace Drive
Roseville, MN 55113

Bent Paddle Brewing Co.
1832 W Michigan St
Attn: Managing Agent
Duluth, MN 55806

Bergseth Bros.
1211 47th St. N.
Fargo, ND 58102

Bernick Family Hldg Co 2% Loan
1996 University Avenue
St. Paul, MN 55104

Bernick's - Vendor
PO Box 7008
St. Cloud, MN 56302

Bike Box
2504 Central Avenue NE
Minneapolis, MN 55418

Blackjack Farms
755 Prior Ave
St. Paul, MN 55104

Boelter
PO BOX 734296
Chicago, IL 60673-4296

Books By Mel LLC
1701 Holton St
Falcon Heights, MN 55113

Boyum & Barenscheer PLLP
PO BOX 860725
Minneapolis, MN 55486-0725

Brewers Supply Group
2075 Ellis Ave.
Minneapolis, MN 55432

Brewing & Distilling Analytical Services
7100 Broadway Unit 1J
Denver, CO 80221

Brook and Whittle (formally ILS)
4000 Hamilton Middletown Rd
Hamilton, OH 45011

BSG
PO Box 74769
Chicago, IL 60694

Capital One
Attn: Agent for Service of Process
PO Box 30285
Salt Lake City, UT 84130-0285

Capitol Beverage Sales, LP
20240 S. Diamond Lake Rd.
Rogers, MN 55374

Capitol Beverage Sales, LP
20240 S. Diamond Lake Rd.
Minneapolis, MN 55432

Capitol Lien Records & Research, Inc.
1010 Dale St. N
Saint Paul, MN 55117

Central McGowan
123 Roosevelt Rd
St. Cloud, MN 56301

Central McGowan, Inc.
123 Roosevelt Road
Saint Cloud, MN 56301

Chas A. Bernick, Inc.
801 Sundial Drive
Waite Park, MN 56387

Chase
Attn: Agent for Service of Process
PO Box 6294
Carol Stream, IL 60197-6294

ChemStation Minnesota
PO BOX 933033
Cleveland, OH 44193

Christian Dean Architecture, LLC
2909 Bryant Ave S Ste 304
Minneapolis, MN 55408

Chubb
150 Allen Road Suite 101
Basking Ridge, NJ 7920

CI MINN I-A LLC
PO BOX 208390
Attn: Managing Agent
Dallas, TX 75320-8390

CI MINN I-A, LLC

CI Minn1-A LLC
Attn: Managing Agent
227 Park Ave , 46th Flr
New York, NY 10172

Circle City Beverages, LLC DBA Craftroads Bev
950 Dorman St,
Indianapolis, IN 46202

Climbing Kites, LLC
13211 Beechwood Drive
Urbandale, IA 50323

CLRTY Company, Inc.
4570 Churchill Street, Suite 100
Shoreview, MN 55126

College City Beverage, Inc.
700 Railway St. S.
Dundas, MN 55019

Corporation Service Co.
PO Box 2576
Springfield, IL 62708

Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Corporation Service Company
801 Stevenson Dr
Springfield, IL 62703

Country Malt Group
PO Box 51602
Los Angeles, CA 90051-5902

Crafted Consultants, LLC
9805 Friar Drive
Eden Prairie, MN 55347

Crosby Hop Farm, LLC
PO BOX 518
Rodeo, CA 94572

Crown Lift Trucks
PO BOX 641173
Cincinnati, OH 45264-1173

Culligan Bottled Water
DEPARTMENT 8511, P.O. BOX 77043
Minneapolis, MN 55480-7743

Dave Manthei
2407 5th St NE #1
Minneapolis, MN 55418

Davis Mechanical Systems
21225 Hamburg Ave Ste 3
Lakeville, MN 55044

Dist. Counsel of the IRS
380 Jackson St. Ste 650
Saint Paul, MN 55101

Dist. Director of the IRS
30 E 7th St
Stop 5700 Ste 1222
Saint Paul, MN 55101

Domino Amjet, Inc.
3809 Collection Center Drive
Chicago, IL 60693

Dorsey & Whitney LLP
PO Box 1680
Minneapolis, MN 55480

Double Take Salsa
6821 Gleason Road
Minneapolis, MN 55439

E-Z Recycling
875 Prior Ave N
St. Paul, MN 55104

eGrandstand
PO Box 3497
Wichita, KS 67201

Ekos
2520 N Brevard St suite 200
Charlotte, NC 28205

Equalstacks LLC
421 Cedar Ave S Apt 28
Minneapolis, MN 55454

Evolution Electric
10550 Hidden Valley Drive
Rogers, MN 55374

FC Capital Holdings, LLC
Attn: Managing Agent
420 Stevens Ave Ste 120
Solana Beach, CA 92075

Federal Tax and Trade Bureau
1310 G Street, NW, Box 12
Washington, DC 20005

Financial Pacific Leasing
43 Main St. SE
Minneapolis, MN 55414

Flood Distribution, LLC
10615 Shadow Wood Dr.
Warehouse A
Houston, TX 77043

Garner, Ginsburg & Johnsen
43 Main St. SE
Minneapolis, MN 55414

GEA Mechanical Equipment
PO BOX 13370
Newark, NJ 07101-3362

General Beer Distributors, Inc.
6169 McKee Road
Madison, WI 53719

Global Distributing, Inc.
PO Box 89711
Sioux Falls, SD 57109

Global Distributing, Inc.
47498 Monarch Ln.
Renner, SD 57055

Green Air Supply
2523 Jefferson Avenue
Tacoma, WA 98402

GS1 US, Inc.
Dept 781271
Detroit, MI 48278

Happi
2139 Cole St
Attn: Managing Agent
Birmingham, MI 48009

Happi Co.
2139 Cole St.
Birmingham, MI 48009

Hedway Capital, LLC
175 Jackson Blvd Ste 1000
Chicago, IL 60604

Heggies Pizza
1115 Enterprise Ave
Milaca, MN 56353

Hi-Tech Refrigeration
4610 Milton St N
Shoreview, MN 55126

Hohensteins
2330 Ventura Dr
Woodbury, MN 55125

Hopsteiner
1 West Washington Ave
Yakima, WA 98903

Hygiena
1801 W Olympic Blvd
Pasadena, CA 91199-2007

ICS Chillers
1015 6th Avenue NE
Milaca, MN 56353

Independent Brewers Alliance
PO Box 454
Rumson, NJ 7760

Indie Hops
2505 SE 11th Ave, Ste 311
Portland, OR 97202

Ingersoll Rand
15768 Collections Center Drive
Chicago, IL 60693

IngTon Recruiting
15782 Falcon Circle North
Hugo, MN 55038

Integrated Consulting Services LLC
4917 W. 93rd St
Bloomington, MN 55418

IOU Central Inc.
TownPark Lane, Suite 100
Kennesaw, GA 30144

Iron Heart Canning Co
Department 1050 PO Box 986500
Boston, MA 2298

Keg Logistics
PO Box 912908
Denver, CO 80291

KLC 10729-A
43 Main St. SE
Minneapolis, MN 55414

KLC Financial, Inc.
3514 County Road 101
Minnetonka, MN 55345

Kutak Rock LLP
PO BOX 30057
Omaha, NE 68103-1157

Lagersmith
718 Pine St. W
Stillwater, MN 55082

Lagersmith c/o Tim Carrigan
Arthur Chapman et. al.
81 S 9th St. Ste 500
Minneapolis, MN 55402

Lagersmith Holdings LLC
718 Pine St W
Stillwater, MN 55082

Lagersmith, LLC
2077 Ellis Ave
Door 26
Saint Paul, MN 55114

Liberty Packaging
870 Louisianna Ave S.
Minneapolis, MN 55426

Lien Solutions
PO Box 29071
Glendale, CA 91209

Lime Ventures, Inc.
1021 Detroit Ave
Concord, CA 94518

LIVE OAK BANKING COMPANY/SBA
1741 Tiburon Dr.
Attn: Managing Agent
Wilmington, NC 28403

Live Oak Brewing Company
1615 Crozier Lane
Del Valle, TX 78617

Maison Bloom
1221 Harrison St,
Attn: Managing Agent
San Francisco, CA 94103

Maltwerks
1448 Cormorant Ave
Detroit Lakes, MN 56501

Martin Schwartz
6636 Old Viking Blvd NW
Anoka, MN 55303

Meadowbrook Beverage Company, dba Stockertown
515 Main Street
PO Box 20
Stockertown, PA 18083

Metropolitan Council
PO Box 856513
Minneapolis, MN 55485

Metropolitan Council Environmental Services
Attn: Agent for Service of Process
455 Etna St, St Paul
Saint Paul, MN 55106

MicroStar
PO Box 912392
Denver, CO 80291

Minneapolis Regional Chamber
81 South Ninth St., Ste. 200
Minneapolis, MN 55402

Minnesota Department of Revenue
P.O. Box 64447-BKY
Bky Collection Div.
Saint Paul, MN 55164-0447

Mitsubishi HC Capital America, Inc.
800 Connecticut Ave 4th Flr
Norwalk, CT 06854-1631

MN Department of Revenue
Mail Station 1260
St. Paul, MN 55145-1260

Murphy Rigging and Erecting
PO BOX 582116
Minneapolis, MN 55458

NEIC c/o David Brandis
7900 Xerxes Ave S Ste 2020
Minneapolis, MN 55431

Nicholas W. Laird, Esq.
200 W Madison St Ste 3900
Chicago, IL 60606

Noble Brands Inc.
6743 N. Artesian Ave.
Chicago, IL 60645

North American Banking Company
2230 Albert Street North
Saint Paul, MN 55113

Northeast Investment Coop
PO Box 18082
Minneapolis, MN 55418

Northeast Investment Cooperative
PO Box 18082
Minneapolis, MN 55418

Northern Diversified Solutions
12272 Nicollet
Burnsville, MN 55337

Northland Automation
1888 Nightengale St
Mora, MN 55051

Northland Mechanical Contractors
Lockbox 224 PO BOX 1575
Minneapolis, MN 55480-1575

Northwest Packaging, Inc
1996 University Avenue
St. Paul, MN 55104

Oath Chicago LLC
852 Eagle Drive
Bensenville, IL 60106

Off Field Inc.
8200 Wilshire Blvd
Suite 402
Beverly Hills, CA 90211

Office of the Attorney General
US Dep't of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

PakTech
70 S Bertelsen Rd
Eugene, OR 97402-5371

Pallet Resource Corp
3371 99th Ct NE
Blaine, MN 55449

Perfectly Dosed
6743 N artesian Ave Apt 2
Attn: Managing Agent
Chicago, IL 60645

Perfectly Dosed
6743 Artesian Avenue Apt 2
Chicago, IL 60645

Plunketts
40 52nd Way Northeast
Fridley, MN 55421

Proximity Malt
644 South 5th Street
Milwaukee, WI 53204

Pryes Brewing Co. LLC
1401 W River Rd
Attn: Managing Agent
Minneapolis, MN 55411

Pryes Brewing Company LLC
1401 West River Road N
Minneapolis, MN 55411

PSI Engineering
PO BOX 73278
Cleveland, OH 44193

Radix Labs, Inc.
259 Patchett Street
Napa, CA 94559

Re-Cycle Bike Shop
2504 Central Ave NE
Mineapolis, MN 55418

Red V Foods Corp (RV Industries)
1665 Heraeus Blvd.
Buford, GA 30518

Salo LLC
PO BOX 1414
Minneapolis, MN 55480-1414

Sapientia
120 South 6th Street
Minneapolis, MN 55402

SBA-MN Dist. Office
100 N 6th St Ste 210 C
Attn: Agent for Service of Process
Minneapolis, MN 55403-1525

Schuler Publicity Inc
405 Tyler Ave
Hopkins, MN 55343

See Attached Schedule H

Sixth City Distribution, LLC
12141 Bennington Ave.
Cleveland, OH 44135

Specialty Capital
224 W 35th St Ste 500 #583
Attn: Managing Agent
New York, NY 10001

Strategic Print Solutions Inc.
1420 Stamy Rd
Hiawatha, IA 52233

The Brewing Science Institute
106 Glen Dale Dr.
Woodland Park, CO 80863

The Lab
219 Little Canada Rd. E Ste. #100
St. Paul, MN 55117

The Propane Express
12520 Nevada Ave S
Savage, MN 55378

Thomas Printworks
PO Box 830768
Richardson, TX 75083-0768

Tommy Helgen
100 3rd Ave S #702
Minneapolis, MN 55401

Trinity Logistics, Inc.
PO Box 536203
Pittsburgh, PA 15253-5904

Tursso Companies
223 Plato Boulevard East
St. Paul, MN 55107

Twin City Tees
2501 Winter Street NE
Minneapolis, MN 55413

Two Bettys Green Cleaning
PO BOX 18057
Minneapolis, MN 55418

U.S. Small Business Administration-EIDL
2 North Street, Suite 320
Attn: Agent for Service
Birmingham, AL 35203

UB Distributors, LLC
1213-1217 Grand Street
Brooklyn, NY 11211

Uline
PO Box 88741
Chicago, IL 60681-1741

Unite Here Local 17
312 Central Ave SE Ste 444
Minneapolis, MN 55414

US Attorney's Office
Attn: Civil Process Clerk
PO Box 7238 Ben Frkln Stn
Washington, DC 20044

US Attorney's Office-Dist of MN
Attn: Civil Process Clerk
316 N Robert St Ste 404
Saint Paul, MN 55101

US Atty for the Dist of MN
300 S 4th St Ste 600
Minneapolis, MN 55415

Vanilla Bean Kings
1185 Ruud Trail Ste 1
Hartford, SD 57033

Vasquez Pallets LLC
2137 Nokomis Ave
Saint Paul, MN 55119

Vertosa Wellness
1630 N Main St Ste 363
Walnut Creek, CA 94596

Viresco-Turtle Lake, LLC
465 Western Blvd
Turtle Lake, WI 54889-4424

VOX FUNDING, LLC
100 Park Avenue, 26th Floor
New York, NY 10017

Walters Recycling & Refuse
2830 101st Ave NE
Blaine, MN 55449-5705

Wellington Security
5555 W 78th St.
Edina, MN 55439

Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Attn: Managing Agent
Des Moines, IA 50309

Westrock Packaging Systems
PO BOX 409424
Atlanta, GA 30384-9424

WI Excise Tax Unit
PO Box 8900
Madison, WI 53708

Wild Goose-Meheen
633 CTC Blvd., Ste 100
Louisville, CO 80027

Wildpack Beverage
1301 Edison Hwy, Suite A-2
Baltimore, MD 21213

Yakima Chief - Hopunion LLC
306 Division Street
Yakima, WA 98902

Your HR Navigator
2234 N Rosewood Lane
Roseville, MN 55113

Zee Loffler Chemical Corporation
412 Georgia Avenue, Suite 300
Chattanooga, TN 37403

Zuckerman-Honickman
191 South Gulph Road
King of Prussia, PA 19406