**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No: 24−30381

Fair State Brewing Cooperative, Chapter 7

Debtor(s).

---

# POSTCONVERSION ORDER CHAPTER 11 TO CHAPTER 7

---

This case was converted from a chapter 11 case to a chapter 7 case on 10/5/26. Accordingly, under Fed. R. Bankr. P. 1019(e),

**IT IS ORDERED:**

1. The debtor(s) in possession or, if the debtor(s) is not a debtor(s) in possession, the trustee serving at the time of conversion must:
    a. Within **14 days** after conversion, file a schedule of unpaid debts incurred after the petition was filed but before conversion and include the name and address of each claim holder, substantially conforming to the *Schedule of Unpaid Postpetition, Preconversion Debts* form available on the court's website; and
    b. Within **30 days** after conversion, file and transmit to the United States trustee a final report and account substantially conforming to the *Final Report Upon Conversion of Chapter 11 or 12 Case to Chapter 7 Case* form available on the court's website.
2. The debtor(s) in possession or trustee, as applicable, must ensure that each holder of a postpetition, preconversion claim is added to the creditor matrix and mailing list using the instructions provided by the clerk and available on the court's website.
3. The deadline to request payment of an administrative expense under 11 U.S.C. § 503 is **60 days** after conversion.
4. Notice must be given as follows:
    a. The clerk must provide notice of this order to debtor(s) in possession or trustee, as applicable, the attorney for the debtor(s) in possession, the trustee in the chapter 11 case, the trustee in the chapter 7 case, the United States trustee, and the entities listed on the creditor matrix and mailing list.

b. The debtor(s) in possession or trustee, as applicable, must provide notice of this order and a copy of the meeting of creditors notice issued by the clerk upon case conversion to any holder of a postpetition, preconversion claim identified on the Schedule of Unpaid Postpetition, Preconversion Debts. *See* Local Rule 2002−1.

Dated: 10/6/26

s/ Katherine A. Constantine
United States Bankruptcy Judge